UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364-M |
| CSPH, INC. d/b/a Domino's Pizza., | § § | Jury Demanded |
| *Defendant.* | § § | |

## APPENDIX TO BRIEF IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

**Page No.**

A.  Declaration of Joy Wilson ............................................................................ APP 001-010

    1.  John Redus - Employee/Driver Agreement ............................................. APP 011-014

    2.  John Redus - Five Star Confirmation Sheet....................................................APP 015

    3.  John Redus - Application for Store Employment ...........................................APP 016

    4.  John Redus - Important Notice for Delivery Team Members
       –Team Credit .................................................................................................APP 017

    5.  John Redus – Acknowledgement of Reviewing
       Equal Employment Opportunity Poster ........................................................APP 018

    6.  John Redus - Direct-Deposit Agreement .......................................................APP 019

    7.  John Redus - Payroll Authorization Deduction Form.....................................APP 020

    8.  John Redus - Payroll Data Entry Audit Report....................................... APP 021-067

    9.  John Redus – Driver Payroll Report ....................................................... APP 068-070

    10. John Redus – Mileage and Tips Report ................................................. APP 071-090

11. John Redus – Run Time Report 2013 ...................................................... APP 091-095

12. John Redus – Run Time Report 2014 ..................................................... APP 096-099

13. Russell Rowe – Employee/Driver Agreement ........................................ APP 100-103

14. Russell Rowe – Five Star Confirmation Sheet ................................................ APP 104

15. Russell Rowe - Important Notice for Delivery Team Members
     –Team Credit .......................................................................................... APP 105

16. Russell Rowe - Acknowledgement of Reviewing
     Equal Employment Opportunity Poster ........................................................ APP 106

17. Russell Rowe – Direct Deposit Set-up Form ................................................. APP 107

18. Russell Rowe – Partners Foundation Payroll Deduction ................................ APP 108

19. Russell Rowe - Payroll Authorization Deduction Form ................................. APP 109

20. Russell Rowe – Payroll Check History Report ....................................... APP 110-131

21. Russell Rowe – Driver Payroll Report ..................................................... APP 132-133

22. Russell Rowe – Mileage and Tips Report ................................................ APP 134-143

23. Russell Rowe - Run Time Report 2013 ................................................... APP 144-146

24. Russell Rowe -  – Run Time Report 2014 .............................................. APP 147-150

B. Declaration of Parry Zielinski ...................................................................... APP 151-156

C. Defendant's Objections and Responses to Plaintiff's
     First Set of Interrogatories ........................................................................... APP 157-162

D. Defendant's Objections and Responses to Plaintiff's
     First Request for Production ......................................................................... APP 163-173

E. Plaintiff's Response to Defendant's First Request for Production ................ APP 174-185

F. Declaration of Sonja J. McGill ..................................................................... APP 186-189

25. John Redus Hourly Wage Rate Calculations ........................................... APP 190-195

26. Russell Rowe Hourly Wage Rate Calculations ...................................... APP 196-201

Respectfully submitted,


By: */s/ Sonja J. McGill*
    Jay M. Wallace
    Texas Bar No. 20769200
    jwallace@bellnunnally.com
    Sonja J. McGill
    Texas Bar No. 24007648
    smcgill@bellnunnally.com
    R. Heath Cheek
    State Bar No. 24053141
    hcheek@bellnunnally.com


**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Ave., Suite 1400
Dallas, TX  75204-2429
Tel: 214/740-1400
Fax: 214/740-1499


**ATTORNEYS FOR DEFENDANT**
CSPH, INC. D/B/A DOMINO'S PIZZA

## <u>CERTIFICATE OF SERVICE</u>

I certify that on December 20th, 2016, I electronically transmitted the foregoing document

to the Clerk of the Court using the ECF system for filing and transmittal of a Notice of Electronic

Filing to the following ECF registrants:

J. Derek Braziel
J. Forester
Lee & Braziel, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202

*/s/ Sonja J. McGill*
Sonja J. McGill

3007850_1.docx // 8259.4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364-M |
| CSPH, INC. d/b/a Domino's Pizza., | § § | Jury Demanded |
| *Defendant.* | § § | |

---

## DECLARATION OF JOY WILSON

---

I, Joy Wilson, subject to the laws concerning perjury, hereby submit this Declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1.      My name is Joy Wilson.  I am over 18 years of age, of sound mind, and competent in all respects to make this Declaration.  I have personal knowledge, or knowledge based on my review of corporate records that are within my custody and control, of all the matters stated herein, and they are all true and correct.

2.      I am submitting this Declaration in support of Defendant C.S.P.H., Inc., d/b/a Domino's Pizza's Motion for Summary Judgment (herein referred to as "Defendant") in support of its Response to Plaintiff John Redus's ("Plaintiff" or "Redus") Motion for Notice to Potential Plaintiffs and Conditional Certification.

3.      I am the Director of Human Resource Services for Defendant.  I have been in my current position for approximately twenty-eight (28) years.

---

APPENDIX A

4.      In my position as Director of Human Resource Services, I have knowledge of Defendant's policies and procedures for paying employees, setting salaries, and establishing positions.

5.      In my position as Director of Human Resource Services, I am also an authorized custodian of Defendant's business records, including employee personnel files, which are kept in the regular course of business.   Therefore, I am readily familiar with Defendant's personnel records that house information pertaining to each of Defendant's employees, including former employees Redus and Party Plaintiff Russell Rowe ("Rowe").

6.      I have reviewed Mr. Redus's personnel file for purposes of completing this declaration. My review indicates the following: Defendant hired Mr. Redus on October 10, 2012 as a delivery driver.   Mr. Redus's employment ended on March 23, 2014, following a customer complaint concerning his driving behavior while on a delivery.   Attached hereto as Exhibit 1 is a true and correct copy of Mr. Redus's signed Employee/Driver Agreement that he signed on or about October 10, 2012, at the beginning of his employment. By signing the Employee/Driver Agreement, Mr. Redus acknowledged receipt of information concerning certain safety policies he was required to follow while working as a delivery driver for Defendant.   The Employee/Driver Agreement also included a tip reporting requirement that, as a tipped employee, required Mr. Redus to report to Defendant any and all tips he received while working as a delivery driver.  (**CSPH 000014-17**)

7.      Attached hereto as Exhibit 2 is a true and correct copy of Mr. Redus's signed Five Star Confirmation Sheet that he executed on or about October 10, 2012, following a two-hour training class Defendant gave to all new employees.   Included in the Five Star Confirmation Sheet is an acknowledgment by Mr. Redus that he received certain copies of Defendant's policies and

procedures, including its Dispute Resolution Program, the Team Member Policy Manual, the Employee Safety Handbook and the Injury Benefit Plan. Included in the Five Star Confirmation Sheet is also an acknowledgment by Mr. Redus that Defendant utilizes the tip credit provision of the Fair Labor Standards Act ("FLSA") in paying wages to its delivery drivers, specifically in the amount of $2.10 per hour, after paying the delivery drivers a rate of $5.15 per hour. Defendant also notified Mr. Redus, through the Five Star Confirmation Sheet, that in the event the amount of total wages combined with tips equaled an amount less than the prevailing wage of $7.25 per hour, Defendant would pay Mr. Redus an additional amount necessary to meet the minimum wage. The same document also notified Mr. Redus that he was supposed to retain all tips, except for a valid tip pooling arrangement which Defendant did not utilize. **(CSPH 000018)**

8.      A true and correct copy of Mr. Redus's Application for Store Employment is attached hereto as Exhibit 3, which he initially signed on or about October 9, 2012, and reaffirmed certain information with his signature on or about October 10, 2012. Exhibit 3 contains a paragraph entitled: "Important Notice." In this paragraph, all delivery personnel notified that they are tipped employees, with their tips counted as wages for purposes of the FLSA. The paragraph also states that the currently hourly for delivery personnel is $5.15, plus a tip allowance to bring to ensure the federal minimum wage is satisfied. Defendant also notified Mr. Redus, with this paragraph, that it would make up the difference if the combined total, of his wages and tips, equaled less than the federal minimum wage. **(CSPH 000019)**

9.      A true and correct copy of an Important Notice for Delivery Team Members—Tip Credit is attached hereto as Exhibit 4, and was included in his personnel file after he signed it along with his manager. With his signature on this Notice, Mr. Redus acknowledged that his hourly wage as a delivery driver for Defendant was $5.15 per hour, with Defendant claiming a tip credit

that would not exceed the amount of tips received by tipped employees.  The Notice again notified Mr. Redus that in the event his tips failed to meet the current federal minimum wage of $7.25 per hour, Defendant would pay him the additional wage amount needed to meet that threshold, which would be characterized as "Tips Differential" on his pay stub.  The Notice also informed Mr. Redus that since Defendant did not employ a tip pooling arrangement, he would retain all tips he received. **(CSPH 000023)**

10.     A true and correct copy of Mr. Redus's acknowledgment of reviewing the Defendant's Equal Employment Opportunity poster, along with all other information in his employee packet, i.e., motor vehicle requirements, appearance standards, and team member job description, is attached hereto as Exhibit 5, and was included in his personnel file after he signed it on or about October 10, 2012.  With his signature, Mr. Redus verified his position as a Driver at store #6806, with his hourly wage rate of $5.15 and tip credit amount of $2.10.  **(CSPH 000024)**

11.     A true and correct copy of Mr. Redus's Direct Deposit Sign Up sheet is attached hereto as Exhibit 6, and was included in his personnel file after he signed it on or about October 10, 2012.  In the document, Mr. Redus identified routing and accounting number for his Bank of America account to which his pay checks should be sent.  **(CSPH 000028)**

12.     A true and correct copy of the Payroll Authorization Deduction Form for Mr. Redus is attached hereto as Exhibit 7, and was included with his payroll records.  Defendant provides one (1) uniform shirt to all of its delivery drivers at no cost.  The Payroll Authorization Deduction Form for Mr. Redus indicates he purchased a second uniform shirt during his employment, which he returned when he was terminated in March 2014. **(CSPH 000084)**

13.     A true and correct copy of the Payroll Data Entry Report for each pay stub made to Mr. Redus during his employment is attached as Exhibit 8.  The report indicates the amount of each

pay check, including the regular rate of $5.15, the tips reported and paid to Mr. Redus, whether any tip differential was required for a certain pay period, any overtime wages paid and the rate of that overtime, any required deductions for taxes, and/or any voluntary charitable contributions Mr. Redus elected to make.  There were also a few pay periods where Mr. Redus worked as a shift manager, and was paid at a regular rate of $9.00 per hour, including any overtime that might be associated with that work.  The report also indicates that with his second paycheck, Defendant submitted his paychecks by direct deposit, to his Bank of America account. **(CSPH 000111-157)**

14.     Exhibit 9 is a true and correct copy of a spreadsheet I created to incorporate pertinent wage and hour information for Mr. Redus during his entire employment as a delivery driver for Defendant.   Included in Exhibit 9 is Mr. Redus's store location, 6806, his employee identification number, his position, either as a Delivery Expert or those few times he served as Shift Manager, the last day of each pay period, the number of hours and overtime hours he worked therein, the applicable pay rate, including during any overtime, and the total amount of tips he received each pay period. **(CSPH 000296-298)**

15.     A true and correct copy of the Mileage & Tips report for store 6806 is attached hereto as Exhibit 10, which has been redacted for Mr. Redus's information.  The Mileage & Tips Report is one of a number of ways Defendant tracks the tips and mileage reimbursement paid to every delivery driver at the conclusion of each work day.  The report is maintained on a monthly basis. Defendant has provided the tips and mileage reimbursement paid to Mr. Redus for any month during his employment that information was still accessible at the time the above-referenced action was initiated by Mr. Redus.  **(CSPH 000091-110)**

16.     A true and correct copy of the Run Time Report for store 6806 is attached hereto as Exhibits 11 and 12, which has been redacted for Mr. Redus's information.  The Run Time Report

identifies the number of hours each delivery driver works every day, the number of runs and orders he or she completes each day, the number of miles driven by the delivery driver, and the pay/mile rate. The pay/mile rate is calculated using a run reimbursement rate of $0.90 per run divided by the number of miles driven by the employees each day. Defendant has provided the Run Time Report for any day during Mr. Redus's employment that information was still accessible at the time the above-referenced action was initiated by Mr. Redus. **(CSPH 000158-162, 163-166)**.

17.     I have reviewed Russell Rowe's ("Rowe") personnel file for purposes of completing this declaration. My review indicates the following: Defendant hired Mr. Rowe on August 9, 2013 as a delivery driver. Mr. Rowe's employment ended on July 16, 2014, following his resignation. Attached hereto as Exhibit 13 is a true and correct copy of Mr. Rowe's signed Employee/Driver Agreement that he signed on or about August 9, 2013, at the beginning of his employment. By signing the Employee/Driver Agreement, Mr. Rowe acknowledged receipt of information concerning certain safety policies he was required to follow while working as a delivery driver for Defendant. The Employee/Driver Agreement also included a tip reporting requirement that, as a tipped employee, required Mr. Rowe to report to Defendant any and all tips he received while working as a delivery driver. **(CSPH 000313-16)**

18.     Attached hereto as Exhibit 14 is a true and correct copy of Mr. Rowe's signed Five Star Confirmation Sheet that he executed on or about August 11, 2013, following a two-hour training class Defendant gave to all new employees. Included in the Five Star Confirmation Sheet is an acknowledgment by Mr. Rowe that he received certain copies of Defendant's policies and procedures, including its Dispute Resolution Program, the Team Member Policy Manual, the Employee Safety Handbook and the Injury Benefit Plan. Included in the Five Star Confirmation

Sheet is also an acknowledgment by Mr. Rowe that Defendant utilizes the tip credit provision of the FLSA in paying wages to its delivery drivers, specifically in the amount of $2.10 per hour, after paying the delivery drivers a rate of $5.15 per hour.  Defendant also notified Mr. Rowe, through the Five Star Confirmation Sheet, that in the event the amount of total wages combined with tips equaled an amount less than the prevailing wage of $7. 25 per hour, Defendant would pay Mr. Rowe an additional amount necessary to meet the minimum wage.  The same document also notified Mr. Rowe that he was supposed to retain all tips, except for a valid tip pooling arrangement which Defendant did not utilize. **(CSPH 000339)**

19.    A true and correct copy of an Important Notice for Delivery Team Members—Tip Credit is attached hereto as Exhibit 15, and was included in his personnel file after he signed it along with his manager.  With his signature on this Notice, Mr. Rowe acknowledged that his hourly wage as a delivery driver for Defendant was $5.15 per hour, with Defendant claiming a tip credit that would not exceed the amount of tips received by tipped employees.  The Notice again notified Mr. Rowe that in the event his tips failed to meet the current federal minimum wage of $7.25 per hour, Defendant would pay him the additional wage amount needed to meet that threshold, which would be characterized as "Tips Differential" on his pay stub.  The Notice also informed Mr. Rowe that since Defendant did not employ a tip pooling arrangement, he would retain all tips he received. **(CSPH 000319)**

20.    A true and correct copy of Mr. Rowe's acknowledgment of reviewing the Defendant's Equal Employment Opportunity poster, along with all other information in his employee packet, i.e., motor vehicle requirements, appearance standards, and team member job description, is attached hereto as Exhibit 16, and was included in his personnel file after he signed it on or about

August 9, 2013.  With his signature, Mr. Rowe verified his position as a Driver at store #6806, with his hourly wage rate of $5.15 and tip credit amount of $2.10.  **(CSPH 000317)**

21.      A true and correct copy of Mr. Rowe's Direct Deposit Sign Up sheet is attached hereto as Exhibit 17, and was included in his personnel file after he signed it on or about August 9, 2013. In the document, Mr. Rowe identified routing and accounting number for his Bank of America account to which his pay checks should be sent.  **(CSPH 000386)**

22.      A true and correct copy of the Payroll Authorization Deduction Form for Mr. Rowe is attached hereto as Exhibit 18, and was included with his payroll records.  The Payroll Authorization Deduction Form for Mr. Rowe made voluntary charitable donations of $2.00 from each of his paychecks.  **(CSPH 000308)**

23.      A true and correct copy of the Payroll Authorization Deduction Form for Mr. Rowe is attached hereto as Exhibit 19, and was included with his payroll records.  Defendant provides one (1) uniform shirt to all of its delivery drivers at no cost.  The shirt that Mr. Rowe purchased through a payroll deduction in March 2014 was an optional purchase for a second shirt.  **(CSPH 000366)**

24.      A true and correct copy of the Payroll Data Entry Report for each pay stub made to Mr. Rowe during his employment is attached as Exhibit 20.  The report indicates the amount of each pay check, including the regular rate of $5.15, the tips reported and paid to Mr. Rowe, whether any tip differential was required for a certain pay period, any overtime wages paid and the rate of that overtime, any required deductions for taxes, and/or any voluntary charitable contributions Mr. Rowe elected to make.  The report also indicates that with his second paycheck, Defendant submitted his paychecks by direct deposit, to his Chase account. **(CSPH 000344-366)**

DECLARATION OF JOY WILSON

25.     Exhibit 21 is a true and correct copy of a spreadsheet I created to incorporate pertinent wage and hour information for Mr. Rowe during his entire employment as a delivery driver for Defendant.    Included in Exhibit 21 is Mr. Rowe's store location, 6806, his employee identification number, his position as a Delivery Expert, the last day of each pay period, the number of hours and overtime hours he worked therein, the applicable pay rate, including during any overtime, and the total amount of tips he received each pay period. **(CSPH 000374-375)**

26.     A true and correct copy of the Mileage & Tips report for store 6806 is attached hereto as Exhibit 22, which has been redacted for Mr. Rowe information.   The Mileage & Tips Report is one of a number of ways Defendant tracks the tips and mileage reimbursement paid to every delivery driver at the conclusion of each work day.   The report is maintained on a monthly basis. Defendant has provided the tips and mileage reimbursement paid to Mr. Rowe for any month during his employment that information was still accessible at the time the above-referenced action was initiated by Mr. Redus.  **(CSPH 000376-385)**

27.     A true and correct copy of the Run Time Report for store 6806 is attached hereto as Exhibits 23 and 24, which has been redacted for Mr. Rowe's information.  The Run Time Report identifies the number of hours each delivery driver works every day, the number of runs and orders he or she completes each day, the number of miles driven by the delivery driver, and the pay/mile rate.   The pay/mile rate is calculated using a run reimbursement rate of $0.90 per run divided by the number of miles driven by the employees each day.   Defendant has provided the Run Time Report for any day during Mr. Rowe's employment that information was still accessible at the time the above-referenced action was initiated by Mr. Redus.  **(CSPH 000367-369, 370-373)**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the _PtL_ day of _DECEMBER_, 2016, in Dallas, Texas.

_____
Joy Wilson

## EMPLOYEE/DRIVER AGREEMENT

I authorize CSPH, Inc. dba Domino's Pizza, to obtain my MVR.  I understand that my record may be verified periodically at the Company's discretion.  I also understand that if my record does not meet Company requirements I can be terminated from my employment.

**I understand that I <u>must</u> have liability insurance coverage while I am driving for CSPH, Inc. dba Domino's Pizza and that CSPH, Inc. dba Domino's Pizza is <u>not</u> responsible for physical damage to my vehicle.**

I understand that I will not be penalized for any deliveries past Domino's Pizza, Inc.'s 30 minute delivery goal.

I understand that I am required to use a Cartop sign, and failure to do so will result in disciplinary action, up to and including termination.

I understand the importance of safety and agree to the following safety policies while working.

1. To obey <u>all</u> traffic laws at <u>all</u> times and to notify senior management of any pressure or coercion to break any traffic laws while making a delivery.
2. To keep my car in safe working order, and if it is not in good order, I understand that I can be taken off the road.
3. To wear my safety belt at all times.
4. To not eat or drink while driving.
5. To place the hot box and drinks in the prescribed area of the vehicle.
6. To never drive after having consumed drugs or alcohol.
7. No persons other than on-the-job employees and authorized security personnel are permitted to ride in my delivery vehicle, either company owned or personal, while making deliveries.
8. To bring my vehicle to a complete and safe stop any time I use a spotlight, lamp, or cellular phone.
9. I understand that if management requires that I take a driver safety class, failure to do so may result in termination of my employment.
10. To notify CSPH, Inc. dba Domino's Pizza when I have received a ticket or have been arrested for any driving related offenses.
11. To notify CSPH, Inc. dba Domino's Pizza when my driving privileges have been suspended, revoked or restricted.
12. To notify CSPH, Inc. dba Domino's Pizza when there has been any change in my car insurance.
13. To promptly report to my manager any incident involving the use of a car while I am working, whether or not it results to any injury to any person or damage to any vehicle or other property, and regardless of whom I believe to be at fault.
14. To always drive courteously and practice defensive driving techniques.
15. To only drive the insured car listed on the insurance form or designated Company vehicle unless prior approval has been obtained.

## TIP REPORTING REQUIREMENT

I understand that if employed in a position where tips will be received, Federal tax law requires me to report to my employer, on a periodic basis, the full amount of any and all tips received.  I understand that failure to properly report tip income for tax purposes can result in fines, imprisonment or both.  I agree to follow any policies established by the Company with regards to the reporting of tip income.

Exhibit 1

RELEASE OF LIABILITY/MEDICAL AUTHORIZATION

I understand that the Company has a drug free workplace policy which may, from time to time require drug/alcohol testing of employees.

a) I hereby consent to undergo a blood test, breathalyzer or urinalysis test or procedure (a "drug/alcohol test") for the purpose of determining my fitness for continued employment by the Company and for the purpose of determining the presence in my system of alcohol, illegal drugs or any other drugs prohibited by the Drug, Alcohol and Safety Policy of the Company.

I agree that the drug test will be given by a physician or medical facility selected by the Company and will be done on Company paid time and at the Company's expense. I agree to go immediately to the physician or medical facility directed by the Company to undergo the drug/alcohol test. I consent to the disclosure of the results of the drug/alcohol test to the Company. I hereby release the Company from any and all liability of any kind resulting from the testing procedure or the transfer of information obtained there from.

b) I understand that my employment is contingent upon my passing a drug/alcohol test to determine the presence of alcohol, illegal drugs, or other drugs in my system. I understand that I will not be employed if the drug/alcohol test indicates a positive result.

c) I hereby consent to a urinalysis or if required, a blood test or breathalyzer test to be administered by a physician or medical facility selected by the Company, at the Company's expense. I further consent to the disclosure of the results of the drug/alcohol test to the Company. I hereby release the Company from any and all liability of any kind resulting from the testing procedure or the transfer of information obtained there from. My signature at the end of this packet shall indicate my acknowledgment that I have read the foregoing, or that it has been read to me, and that I understand it fully.

d) If I am unable to sign a written test consent form for any reason, I hereby authorize and direct my legal representative to sign any such consent form which may be presented prior to conduction of a drug/alcohol test.

I understand that any positive results from such a test may result in disciplinary action, up to and including termination.

My signature at the end of this packet indicates my acknowledgment that I have read the foregoing or that it has been read to me, that I understand it fully, and that I hereby voluntarily give my consent for the Company to search my person, personal effect, vehicle, and other property located on the Company premises or work sites, Company or personal lockers, desk, file cabinets, lunch boxes, or other containers and the contents of all the forgoing brought on Company premises or work sites.

IMPORTANT NOTICE

You are hereby notified that this company DOES NOT HAVE WORKER'S COMPENSATION INSURANCE to protect you from damages because of work-related illness or injury, but instead takes care of employees injured on the job through a voluntary employee injury benefit program independent from the Texas Worker's Compensation Act.

All employees must comply with the following Company policy.

1. **Report your injury immediately.** You must report your injury to your supervisor <u>by the end of the work shift for the date of the injury</u>. Don't wait! Your injury might get worse and we want to help you.

2. **Fill out an Incident Report.** You must complete a report that provides details of the incident that resulted in your injury <u>within 24 hours after the injury is reported</u>. You and the Company will then work together to investigate your claim.

3. **Use an Approved Physician or Approved Facility for Medical Treatment.** In order to receive injury benefits, you must use physicians, hospitals, clinics and other health care providers and facilities that have been approved by the Plan's Claims Administrator. You must also receive your first medical treatment form an Approved Physician or Approved Facility within 14 days after the date of your injury.

4. **Submit to a Drug and /or Alcohol Screen.** If you are injured on the job, you will be required to submit to a drug and/or alcohol test, in accordance with CSPH, Inc. Drug-Free Workplace Policy.

5. **Follow the Doctor's Orders.** You must follow the approved physician's instructions and keep all scheduled appointments with health care providers.

6. **Welcome Back!** You must keep the Company informed about your return to work status. We will look forward to welcoming you back as soon as the treating physician issues a medical release saying you are able to return to full or Modified Duty.

Employment of any kind may be terminated should the Company discover the injury was not clearly sustained on the job in the furtherance of the Company's business or for failure to comply with Company Policy. Payment does not constitute admission or liability on the part of the Company. The Company retains the right to make changes in the program.

NOTICE TO NEW EMPLOYEE

A. **CSPH, Inc. is an Equal Opportunity Employer.** CSPH, Inc. dba Domino's Pizza is an equal opportunity employer, and always endeavors to select the best qualified individual for the job based up on the related qualifications, regardless of race, creed, sex, national origin, age, disability or other protected class under state, federal or local Equal Employment Opportunity Laws.

B. **At-Will Employment Statement.** I understand that an offer of employment is not a contract. I declare my answers to the questions on my application are true and give the Company the right to investigate all references and information given. I agree that any false

statement or misrepresentation on my application will be cause for refusal to hire or immediate dismissal. I also agree that I am an "at-will" employee and that my employment may be terminated within the sole discretion of the Company at any time without liability for wages or salary except such as may have been earned at the date of such termination.

C. **Background Checks, Investigation, and Searches.** By signing below, I request, authorize, and consent to the Company's thorough investigation of my background to ascertain whether I have any criminal convictions and all surrounding circumstances available through lawful means. I authorize the release of any information maintained by any local, municipal, city, county, state, or federal governmental or policy agency concerning any criminal records involving me. If necessary, I authorize any physician, hospital, credit bureau, or police department to release any information that is necessary to determine my ability to perform the specific duties and responsibilities of a job I am being considered for during my employment with the Company. If requested by management at any time I also agree to submit to search of my person or any locker that may be assigned to me, and I hereby waive all claims for damages on account of such examination. I hereby release this Company, its officers, employees, representatives, or agents, from any and all liability and/or damages incurred by myself in obtaining such information.

D. **CSPH, Inc. and the Americans with Disabilities Act – Rights of Disabled Workers.** I understand that if I have a physical or mental impairment that substantially limits one or more of my life activities, or a record of such impairment, or otherwise believe myself covered by the Americans With Disabilities Act (the "Act"), I can advise the Company at the time of my hire about the accommodations the Company could make to enable me to perform the essential functions of the job I am filling. I understand that submission of this information is voluntary and refusal to provide it will not subject me to adverse treatment in the employment process. I further understand that information obtained by the Company will be kept confidential, except that (1) supervisors and managers may be informed regarding restrictions on my work or duties, and regarding necessary accommodations, (2) first aid and safety personnel may be informed, when and to the extent appropriate, if the condition might require emergency treatment, and (3) government officials investigating compliance with the Act may be informed. In this connection, I authorize any physician or hospital to release any information that may be necessary to determine my ability to perform the essential functions of a job for which I am being considered in the future during my employment with this Company. I understand the Company may require me to take a physical examination, including urinalysis, the results of which I agree can be reported to the Company.

I have read and fully understand all pages of this packet.

_____                    _____
Date                                             Signature of New Employee

## FIVE STAR CONFIRMATION SHEET

STORE # _6806_

DATE FIVE STAR TAKEN _10/10/12_   TOTAL HOURS OF TRAINING _2 hrs_

TEAM MEMBER POSITION: ___✓___ DRIVER  _____ CSR

TEAM MEMBER NAME (PLEASE PRINT) _Michael Redus_

TEAM MEMBER SOCIAL SECURITY NUMBER _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_

I certify that I have reviewed all information provided in 5 Star training including the CSPH, Inc. Dispute Resolution Program, Team Member Policy Manual, Employee Safety Handbook, and the CSPH, Inc. Injury Benefit Plan. I understand that it is my responsibility to clarify any questions I have regarding the contents, and agree that my employment shall be in accordance with the terms of these policies and programs.

I understand that CSPH, Inc. offers team members the option of viewing, reading, and printing documents electronically. **By providing my e-mail address below I agree that any electronic documents sent to me are equal to a printed version. I also understand that I may rescind this authorization in writing at any time to Joy Wilson, CSPH, Inc. Director of Human Resource Services, or request a printed version of any Company public document by contacting her at 214/640-4017.**

I also confirm that I have been notified that CSPH, Inc. utilizes the tip credit provision of the Fair Labor Standards Act in payment of wages to delivery team members. I understand that currently for new delivery team members the standard hourly wage paid is $5.15 per hour, plus tip credit of $2.10. I understand that the tip credit claimed by CSPH, Inc. cannot exceed the amount of tips I receive, and that if my combined total of wages plus tips is less than the prevailing minimum wage of $7.25 per hour I will be paid an additional amount in wages to meet minimum wage. I understand that all tips received by tipped employees are to be retained by the employee except for a valid tip pooling arrangement, which CSPH, Inc. does not currently employ.

_____   _10/10/12_
SIGNATURE                          DATE

MY E-MAIL ADDRESS FOR RECEIVING COMPANY DOCUMENTS IS:

_JMRedus@Yahoo.com_
Please print carefully and legibly

EXHIBIT 2

MVR called in   Yes ☑ No ☐     MVR Status _O/C_

_To day 2pm?_

**Domino's Pizza**
An Equal Opportunity Employer

**Application for Store Employment**
Today's Date: _10/9/12_     Store #: _6806_

Personal Information: (Please Print)    List Any Other Names Used in Previous Employment _____

Name _John_    _Michael_    _Redus_     Social Security Number _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_
First      Middle      Last

Present Address _2301 White Ave #1124_    _McKinney_    _TX_    _75071_
Street      City      State      Zip Code

Phone #: _972 569-8293_ Emergency Contact Name _Alex Redus_  Phone #: _469 450-8332_

| | | Position Desired: |
|---|---|---|
| Are You Eligible for Employment in the U.S.? | Yes ☑ No ☐ | _Delivery_ |
| Are You 18 years or older (You must be 18 years or older to drive for Domino's Pizza) | Yes ☑ No ☐ | How did you hear of the position? _Well - n_ |
| Have you been convicted of a felony in the last 7 years? (A conviction will not necessarily prohibit you from being employed) | Yes ☐ No ☑ | |
| Do you have any relatives working for Domino's Pizza? If yes, please provide names and location: _____ | Yes ☐ No ☑ | |

Date you can start: _10/9/12_

How many hours per week do you wish to work? _40_
(Team Members are required to work at least one weekend night)

| Hours Available | M | T | W | T | F | Sa | S |
|---|---|---|---|---|---|---|---|
| To | | | | | | | |
| From | | | | | | | |

School most recently attended: _Baylor U._     Highest Grade or Year Completed: _18_

**Employment History:** Have you previously worked for Domino's Pizza, Inc. or Franchisee?     Yes ☐ No ☑
List your 2 most recent positions held; your most recent first:

From _1/12_ Employer: _Victor Technology_ Address: _2800 Airport Rd._ Phone #: _940-566-2000_
Supervisor: _Scott Davis_ Position: _Quality Eng._    May We Contact? Yes ☑ No ☐
Reason for leaving: _____    Start Pay: _72000_ End Pay: _72000_

From _11/08_ Employer: _Weiser Security_ Address: _Dallas, TX_ Phone #: _214 634-2123_
Supervisor: _M. Shaw Sherman_ Position: _Security Clerk_    May We Contact? Yes ☑ No ☐
Reason for leaving: _Client Complaint_    Start Pay: _9.50_ End Pay: _10.75_

**Important Notice:** Delivery Personnel are tipped employees, with tips received counted as wages for purposes of FLSA. Currently, an hourly wage of at least $5.15 is paid, plus tip allowance to bring to current federal minimum wage. CSPH, Inc. makes up the difference if combined total is less than minimum wage.

For Management and Delivery Applicants Only:

For consideration, all management and delivery applications must meet requirements of our safe driver policy. Your motor vehicle record will be requested prior to hire and checked a minimum of twice a year thereafter for compliance with the Domino's Pizza Safe Driver Policy.

List current valid Driver's License number:
Number: _125 95842_ State: _TX_
List any other Driver's License held in last 2 years:
Number: _____ State: _____
Auto Insurance Co. _All State_
Policy Number: _816 314 846_ Effective: _1/12/12_
D.O.B. _5/21/68_
I authorize Domino's Pizza to run a Motor Vehicle Record to determine my eligibility for employment. I have listed all Driver's License Numbers I have driven under in the last 2 years.
Signature _____
Date _10/9/12_

List any violation(s), other than parking, within last 3 years. Include date, violation, and penalty: _____

Being convicted of any of the following in the last 5 years disqualifies any candidate:
(Circle yes or no next to the following)

| | | | |
|---|---|---|---|
| Leaving scene of accident? | Yes / No | Reckless Driving | Yes / No |
| Illegal speeding contest? | Yes / No | Hit and Run | Yes / No |
| DUI/DWI (drugs or alcohol) | Yes / No | Vehicular Homicide | Yes / No |
| Eluding or attempting to elude an Officer? | Yes / No | Vehicular Assault | Yes / No |

I certify the facts in this application are true and complete. I understand that if employed, false statements or omissions on this application are grounds for dismissal. I authorize investigation of all statements contained herein. I further authorize all individuals, companies, school, corporations, courts and law enforcement agencies to give you any information concerning my previous employment and any pertinent information they may have personal or otherwise. I release all parties from all liability for any damage that may result from furnishing the same to you.
I give authorization to check my Motor Vehicle Record and attest that, to the best of my knowledge, my motor vehicle record does not include violations other than those listed in the vehicle information section.
I understand and agree that, if hired, my employment is not for a definite period and either the company or I can terminate the employment relationship at any time, with or without cause, and with or without notice. This employment relationship exists regardless of any other statements or policies to the contrary.
Signature _____    Date _10/9/12_
Domino's Pizza conforms to the Immigration Reform Act of 1986 which requires you to furnish documents showing your identity and legal authorization to work in the United States once offered employment.

**EXHIBIT 3**

### IMPORTANT NOTICE FOR DELIVERY TEAM MEMBERS – TIP CREDIT

This is to advise you that CSPH, Inc. dba Domino's Pizza utilizes the tip credit provision of the Fair Labor Standards Act (FLSA) in payment of wages to delivery team members. The tip credit does not apply to any tipped employee unless the employee has been informed of tip credit provisions.

1. Your current hourly wage rate of $7.25 consists of the following:
   **(Manager please mark current hourly rate for the employee)**

| Cash wage amount paid per hour | + Tip credit claimed per hour | Cash wage amount paid per hour | + Tip credit claimed per hour |
|---|---|---|---|
| ✓ 5.15 | 2.10 | ___5.60 | 1.65 |
| ___5.20 | 2.05 | ___5.65 | 1.60 |
| ___5.25 | 2.00 | ___5.70 | 1.55 |
| ___5.30 | 1.95 | ___5.75 | 1.50 |
| ___5.35 | 1.90 | ___5.80 | 1.45 |
| ___5.40 | 1.85 | ___5.85 | 1.40 |
| ___5.45 | 1.80 | ___5.90 | 1.35 |
| ___5.50 | 1.75 | ___5.95 | 1.30 |
| ___5.55 | 1.70 | ___6.00 | 1.25 |

2. The tip credit claimed by CSPH, Inc. dba Domino's Pizza cannot exceed the amount of tips received by tipped employees. This means that if you do not receive enough tips to bring you to the current minimum wage of $7.25 per hour, you will be paid the additional wage amount needed to bring you to minimum wage. This amount will be shown on your pay stub as "Tips Differential".

3. All tips received by tipped employees are to be retained by the employee except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips. We do not currently employ tip pooling so tipped employees retain all tips received.

If you have any questions or concerns about tip credit, please contact your district manager or Joy Wilson at 214/640-4017.

John John M. Rgdus
_____
Employee's Printed Name

_____
Signature

_____
Manager's Sigature

**EXHIBIT 4**

I have read the Equal Employment Opportunity poster and fully understand all information in this packet, motor vehicle requirements, appearance standards, and team member job description.

I understand that delivery personnel are tipped employees, with tips received counted as wages for purposes of FLSA.

Manager:  Please complete this box

New Employee Name _J. Michael Redus_ Store # _6806_

Position _Driver_

Hourly Rate _$5.15_          Tip Credit Amt (If Delivery) _$2.10_

New Employee Signature _[signature]_          Date _10/16/12_

Manager Signature _[signature]_          Date _10/16/2012_

No personal medical information will be included in this file.

EXHIBIT 5

CSPH000024

APP 018

**NEW EMPLOYEE MUST  CHOOSE DIRECT DEPOSIT OR PAYCARD**
COMPLETE 1ST FORM FOR DIRECT DEPOSIT - 2ND FORM FOR PAYCARD
YOU WILL RECEIVE PAYCARD IF DIRECT DEPOSIT INFORMATION IS NOT INCLUDED

### Sign-up Sheet for Direct Deposit

*Timing of direct deposit to a bank account on payday will depend on your bank's policies. We make every effort to send the payroll direct deposit file on Tuesday nights, but pay weeks containing a company or bank holiday may delay processing in some banks.*

Print Name: _John Michael Redus_

Employee Social Security Number: _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_

Personal Bank Account Information:

1. Bank Name: _Bank of America_

2. Bank Routing Number: _1 1 1 0 0 0 0 2 5_

3. Bank Account Number: _477 100 8697_

4. Name on Acct: _John Michael Redus_

5. Account Type (Check One): ☒ Checking     ☐ Savings

> You must attach a voided check or deposit slip or a direct deposit form prepared for you by the bank to insure accuracy.

I HEREBY AUTHORIZE MY EMPLOYER TO SEND 100% OF MY NET PAY OR OTHER FUNDS TO ACCOUNT LISTED ABOVE.

Sign Name: _____     Date: _10/10/12_

PLEASE SEND MY PAY STUB BY E-MAIL TO THE FOLLOWING E-MAIL ADDRESS:

_JMRedus@Yahoo.com_

PLEASE REPRINT E-MAIL ADDRESS TO CONFIRM

_JMRedus@Yahoo.com_

**EXHIBIT 6**

CSPH000028

## PAYROLL AUTHORIZATION DEDUCTION FORM

Office Use Only: Invoice #: _926_
Date: _3-2_
Sign Off: _SS_

*ISSUED*

PLEASE PRINT NAME CLEARLY

I _J. Michael Redus_ authorize C.S.P.H. Inc. dba Domino's Pizza
to deduct from my paycheck an installment of:

**Domino's Crew Neck Shirt (BLUE)**

Qty _2_ / x $10.00

CIRCLE ONE SIZE:

| **MENS:** | **WOMEN'S** |
|---|---|
| SMALL | SMALL |
| (MEDIUM) | MEDIUM |
| LARGE | LARGE |
| X-LARGE | X-LARGE |
| 2X-LARGE | 2X-LARGE |
| 4X-LARGE | 4X-LARGE |
| 6X-LARGE | 6X-LARGE |

**Domino's Light-Weight Jacket**

Qty _____ x $40.00

**Domino's Fleece Jacket**

Qty _____ x $45.00

CIRCLE ONE SIZE:
SMALL
MEDIUM
LARGE
X-LARGE
2X-LARGE
4X-LARGE
6X-LARGE

**Domino's Baseball Cap**

Qty _____ x $5.00

Gear Crew Visors

Qty _____ x $5.00

**Domino's Polo Shirt (BLACK)**
**(MANAGEMENT PERSONNEL ONLY)**
Qty _____ x $12.00

CIRCLE ONE SIZE:

| **MENS:** | **WOMEN'S** |
|---|---|
| SMALL | SMALL |
| MEDIUM | MEDIUM |
| LARGE | LARGE |
| X-LARGE | X-LARGE |
| 2X-LARGE | 2X-LARGE |
| 4X-LARGE | 4X-LARGE |
| 6X-LARGE | 6X-LARGE |

**Domino's Polo Shirt (BLUE)**
Qty _____ x $12.00

CIRCLE ONE SIZE:

| **MENS:** | **WOMEN'S** |
|---|---|
| SMALL | SMALL |
| MEDIUM | MEDIUM |
| LARGE | LARGE |
| X-LARGE | X-LARGE |
| 2X-LARGE | 2X-LARGE |
| 4X-LARGE | 4X-LARGE |
| 6X-LARGE | 6X-LARGE |

*seemed DISREGARD PER RD HE JUST TERMED + will GIVE 1 SHIRT BACK ONLY DEDUCT $10*

I understand the purchase of these items is optional.

_____
Signature

_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_
Social Security Number

TOTAL DEDUCTION: _20_

_3/11/14_
Date

_6806_
Store Number

_Russ_
Name of Area Supervisor (Please Print Clearly)

**EXHIBIT 7**

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME. | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | 273.56 |
| | | | E  01 | REGULAR | TX | | 0000012 | 06 | 0000012 | 5.150 | 51.55 | 265.48 |
| | | | E  05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 126.04 |
| | | | E  06 | TIPS DIFFERTL | TX | | 0000012 | 06 | 0000012 | | | 18.63 |
| | | | E  01 | REGULAR | TX | | 0000012 | 97 | 0000012 | 7.250 | 2.00 | 14.50 |
| | | | E  05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 1.10 |
| | | | | | | | | EARNINGS TOTAL: | | | 53.55 | 425.75 |
| | | | D  PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 126.04 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 1.10 |
| | | | | | | | | DEDUCTION TOTAL: | | | | 128.14 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 89.63 |
| | | | FED | F.I.C.A. | | | | | | | | 12.54 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 5.34 |
| | | | FED | MEDICARE W/H | | | | | | | | 6.17 |
| | | | | | | | | TAX TOTAL: | | | | 24.05 |

EXHIBIT 8

APP 021

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | I | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 62.94 | 324.14 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 215.20 |
| | | | | EARNINGS TOTAL: | | | | | | | 62.94 | 539.34 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 215.20 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 216.20 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 132.18 |

CSPH000112

APP 022

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FED | F.I.C.A. | | | | | | | | 13.61 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 9.04 |
| | | | FED | MEDICARE W/H | | | | | | | | 7.82 |
| | | | | | | | | TAX TOTAL: | | | | 30.47 |
| | | | ACCT: | 4771008697 | | BOA | | | | | | 292.67 |
| | | | | | | | | DIRECT DEPOSIT TOTAL: | | | | 292.67 |

APP 023

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  05   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 74.73 | 384.86 |
| | | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 286.79 |
| | | | | E 02 | OT/HOL | TX | 0000012 | 06 | 0000012 | | 8.775 | 3.57 | 31.33 |
| | | | | | | | | | EARNINGS TOTAL: | | | 78.30 | 702.98 |
| | | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | | D 01 | TIPS REPORTED | | | | | | | | 286.79 |
| | | | | | | | | | DEDUCTION TOTAL: | | | | 287.79 |
| | | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 164.43 |
| | | | | FED | F.I.C.A. | | | | | | | | 17.48 |
| | | | | FED | F.I.C.A. TIPS | | | | | | | | 12.05 |
| | | | | FED | MEDICARE W/H | | | | | | | | 10.19 |
| | | | | | | | | | TAX TOTAL: | | | | 39.72 |
| | | | | ACCT: | 4771008697 | BOA | | | | | | | 375.47 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | | 375.47 |

CSPH000114

APP 024

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 5.150 | 73.53 | 378.68 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 213.28 |
| | | | | | | | EARNINGS TOTAL: | | | | 73.53 | 591.96 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 213.28 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 214.28 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 154.41 |
| | | | FED | F.I.C.A. | | | | | | | | 15.90 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 8.96 |
| | | | FED | MEDICARE W/H | | | | | | | | 8.58 |
| | | | | | | | TAX TOTAL: | | | | | 33.44 |
| | | | ACCT: 4771008697 | | BOA | | | | | | | 344.24 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 344.24 |

CSPH000115

APP 025

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | | 0000012 | 06 | 0000012 | 5.150 | 74.08 | 381.51 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 251.97 |
| | | | | | | | | | | EARNINGS TOTAL: | 74.08 | 633.48 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 251.97 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | | | | | | | | DEDUCTION TOTAL: | | 252.97 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 155.57 |
| | | | FED | F.I.C.A. | | | | | | | | 16.02 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 10.58 |
| | | | FED | MEDICARE W/H | | | | | | | | 9.19 |
| | | | | | | | | | | TAX TOTAL: | | 35.79 |
| | | | ACCT: 4771008697 | | BOA | | | | | | | 344.72 |
| | | | | | | | | | | DIRECT DEPOSIT TOTAL: | | 344.72 |

APP 026

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 86 | | 0000012 | 9.000 | 31.87 | 286.83 |
| | | | E 02 | OT/HOL | TX | 0000012 | 86 | | 0000012 | 12.926 | .43 | 5.56 |

CSPH000117

APP 027

PAYROLL DATA ENTRY AUDIT REPORT

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E 02 | OT/HOL | TX | | 0000012 | 86 | 0000012 | 12.974 | 5.64 | 73.17 |
| | | | E 01 | REGULAR | TX | | 0000012 | 86 | 0000012 | 5.150 | 48.13 | 247.87 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 86 | 0000012 | | | 260.84 |
| | | | E 02 | OT/HOL | TX | | 0000012 | 86 | 0000012 | 9.075 | 13.58 | 123.23 |
| | | | E 02 | OT/HOL | TX | | 0000012 | 86 | 0000012 | 9.124 | 3.07 | 28.01 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 2.40 |
| | | | | EARNINGS TOTAL: | | | | | | | 102.72 | 1,027.91 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 260.84 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 2.40 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 264.24 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 62.41 |
| | | | FED | F.I.C.A. | | | | | | | | 47.41 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 16.32 |
| | | | FED | MEDICARE W/H | | | | | | | | 14.90 |
| | | | | TAX TOTAL: | | | | | | | | 78.63 |
| | | | ACCT:  4771008697 | | BOA | | | | | | | 685.04 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 685.04 |

System Date: 01/02/2013 / 1:23 pm
Application Date: 01/02/2013

Page: 15
User: DJ / DJ

CSPH000118

APP 028

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  86    #6386 - W MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 86 | | 0000012 | 5.150 | 65.39 | 336.76 |
| | | | E 05 | TIPS REP | TX | 0000012 | 86 | | 0000012 | | | 273.80 |
| | | | E 02 | OT/HOL | TX | 0000012 | 86 | | 0000012 | 8.867 | 6.54 | 57.99 |
| | | | E 01 | REGULAR | TX | 0000012 | 86 | | 0000012 | 9.000 | 4.87 | 43.83 |
| | | | | EARNINGS TOTAL: | | | | | | | 76.80 | 712.38 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 273.80 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 274.80 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 141.93 |

CSPH000119

APP 029

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  86   #6386 - W MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FED | F.I.C.A. | | | | | | | | 27.19 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 16.98 |
| | | | FED | MEDICARE W/H | | | | | | | | 10.33 |
| | | | | | | | | TAX TOTAL: | | | | 54.50 |
| | | | ACCT: | 4771008697 | | BOA | | | | | | 383.08 |
| | | | | | | | | DIRECT DEPOSIT TOTAL: | | | | 383.08 |

CSPH000120

APP 030

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  86   #6386 - W MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | I | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 86 | | 0000013 | 9.000 | 4.00 | 36.00 |
| | | | E 01 | REGULAR | TX | 0000012 | 86 | | 0000013 | 5.150 | 34.85 | 179.48 |
| | | | E 05 | TIPS REP | TX | 0000012 | 86 | | 0000013 | | | 120.43 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 35.77 | 184.22 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 118.85 |
| | | | E 02 | OT/HOL. | TX | 0000012 | 06 | | 0000013 | 8.867 | .33 | 2.93 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 9.000 | 4.23 | 38.07 |

|  |  |  |
|---|---|---|
| EARNINGS TOTAL: | 79.18 | 679.98 |

| D PF | PARTNERS' | 1.00 |
| D 01 | TIPS REPORTED | 239.28 |

| DEDUCTION TOTAL: | 240.28 |

| TIPS DEEMED TO BE WAGES | 134.55 |

| FED | F.I.C.A. | 27.32 |
| FED | F.I.C.A. TIPS | 14.84 |
| FED | MEDICARE W/H | 9.86 |

| TAX TOTAL: | 52.02 |

| ACCT:  4771008697 | BOA | 387.68 |

| DIRECT DEPOSIT TOTAL: | 387.68 |

CSPH000121

APP 031

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  86    #6386 - W MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E  01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 77.66 | 399.95 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 274.83 |
| | | | E  02 | OT/HOL | TX | 0000012 | 06 | | 0000013 | 8.775 | 5.88 | 51.60 |
| | | | E  05 | TIPS REP | TX | 0000012 | 86 | | 0000013 | | | 3.30 |
| | | | | EARNINGS TOTAL: | | | | | | | 83.54 | 729.68 |
| | | | D  PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 274.83 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 3.30 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 279.13 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 175.43 |
| | | | FED | F.I.C.A. | | | | | | | | 28.00 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 17.24 |
| | | | FED | MEDICARE W/H | | | | | | | | 10.58 |
| | | | | TAX TOTAL: | | | | | | | | 55.82 |
| | | | ACCT:  4771008697 | BOA | | | | | | | | 394.73 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 394.73 |

CSPH000122

APP 032

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 405.86 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 10.39 | 91.17 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 12.10 | 106.18 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 8.80 |
| | | | | EARNINGS TOTAL: | | | | | | | 102.49 | 1,024.01 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 405.86 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 8.80 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 415.66 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 215.23 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 124.47 |
| | | | FED | F.I.C.A. | | | | | | | | 37.78 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 25.71 |
| | | | FED | MEDICARE W/H | | | | | | | | 14.85 |
| | | | | TAX TOTAL: | | | | | | | | 202.81 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 405.54 |

CSPH000123

APP 033

PAYROLL DATA ENTRY AUDIT REPORT

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

0042519    1    REDUS, JOHN M.

CHECK AMOUNT: .00

| | | CODE DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| E | 01 | REGULAR | TX | 0000012 | 06 | 0000013 | | 5.150 | 80.00 | 412.00 |
| E | 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 425.90 |
| E | 02 | OVERTIME | TX | 0000012 | 06 | 0000013 | | 8.775 | 15.26 | 133.91 |
| E | 02 | OVERTIME | TX | 0000012 | 06 | 0000013 | | 8.775 | 6.71 | 58.88 |
| E | 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 11.30 |

EARNINGS TOTAL: 101.97    1,041.99

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| D | PF | PARTNERS' | | | | | | | 1.00 |
| D | 01 | TIPS REPORTED | | | | | | | 425.90 |
| D | 01 | TIPS REPORTED | | | | | | | 11.30 |

DEDUCTION TOTAL: 438.20

TIPS DEEMED TO BE WAGES    214.13

| | | | |
|---|---|---|---|
| FED | | FEDERAL WITHHOLDING | 127.16 |
| FED | | F.I.C.A. | 37.50 |
| FED | | F.I.C.A. TIPS | 27.11 |
| FED | | MEDICARE W/H | 15.11 |

TAX TOTAL: 206.88

ACCT:  4771008697    BOA    396.91

CSPH000124

APP 034

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 337.58 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 14.48 | 127.06 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 11.32 | 99.33 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 4.20 |
| | | | | EARNINGS TOTAL: | | | | | | | 105.80 | 980.17 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 337.58 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 4.20 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 342.78 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 222.19 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 117.89 |
| | | | FED | F.I.C.A. | | | | | | | | 39.58 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 21.19 |
| | | | FED | MEDICARE W/H | | | | | | | | 14.21 |
| | | | | TAX TOTAL: | | | | | | | | 192.87 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 444.52 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 444.52 |

System Date: 03/26/2013 / 2:48 pm
Application Date: 03/26/2013

Page: 14
User: JW / JW

CSPH000125

APP 035

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOUR$ | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | | CHECK AMOUNT: .00 |
| CHK NO: | D35237 | DATE: 04/12/13 | | | | | | | | | | |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 318.84 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 10.32 | 90.56 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 5.23 | 45.89 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 6.60 |
| | | | | EARNINGS TOTAL: | | | | | | | 95.55 | 873.89 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 318.84 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 6.60 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 326.44 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 200.66 |

CSPH000126

APP 036

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 101.23 |
| | | | FED | F.I.C.A. | | | | | | | | 34.00 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 20.18 |
| | | | FED | MEDICARE W/H | | | | | | | | 12.67 |
| | | | | | | | TAX TOTAL: | | | | | 168.08 |
| | | | | ADJUSTMENT TO DIRECT DEPOSIT | | | | | | | | 379.37 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 379.37 |

CSPH000127

APP 037

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE DESCRIPTION | ST | LOC | W/C | DP LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: .00 |
| | | | E 01 REGULAR | TX | 0000012 | 06 | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 TIPS REP | TX | 0000012 | 06 | 0000013 | | | 360.73 |
| | | | E 02 OVERTIME | TX | 0000012 | 06 | 0000013 | 8.775 | 5.19 | 45.54 |
| | | | E 02 OVERTIME | TX | 0000012 | 06 | 0000013 | 8.775 | 2.85 | 25.01 |
| | | | E 05 TIPS REP | TX | 0000012 | 06 | 0000013 | | | 6.60 |
| | | | EARNINGS TOTAL: | | | | | | 88.04 | 849.88 |
| | | | D PF PARTNERS' | | | | | | | 1.00 |
| | | | D 01 TIPS REPORTED | | | | | | | 360.73 |
| | | | D 01 TIPS REPORTED | | | | | | | 6.60 |
| | | | DEDUCTION TOTAL: | | | | | | | 368.33 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | 184.89 |
| | | | FED FEDERAL WITHHOLDING | | | | | | | 97.63 |
| | | | FED F.I.C.A. | | | | | | | 29.92 |
| | | | FED F.I.C.A. TIPS | | | | | | | 22.77 |
| | | | FED MEDICARE W/H | | | | | | | 12.32 |
| | | | TAX TOTAL: | | | | | | | 162.64 |
| | | | ACCT: 4771008697   BOA | | | | | | | 318.91 |
| | | | DIRECT DEPOSIT TOTAL: | | | | | | | 318.91 |

CSPH000128

APP 038

PAYROLL DATA ENTRY AUDIT REPORT

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000013 | | 5.150 | 70.62 | 363.69 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 250.21 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000013 | | 8.902 | 10.40 | 92.58 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000013 | | 9.000 | 7.29 | 65.61 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 3.30 |

EARNINGS TOTAL:                     88.31        775.39

| | | |
|---|---|---|
| D PF | PARTNERS' | 1.00 |
| D 01 | TIPS REPORTED | 250.21 |
| D 01 | TIPS REPORTED | 3.30 |

DEDUCTION TOTAL:                     254.51

TIPS DEEMED TO BE WAGES                     156.07

| | | |
|---|---|---|
| FED | FEDERAL WITHHOLDING | 86.45 |
| FED | F.I.C.A. | 32.36 |
| FED | F.I.C.A. TIPS | 15.72 |
| FED | MEDICARE W/H | 11.24 |

TAX TOTAL:                     145.77

ACCT:  4771008697          BOA                     375.11

DIRECT DEPOSIT TOTAL:                     375.11

CSPH000129

APP 039

PAYROLL DATA ENTRY AUDIT REPORT

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 70.77 | 364.47 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 318.14 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.798 | 4.21 | 37.04 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 9.000 | 8.85 | 79.65 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 13.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 2.20 |
| | | | | | | EARNINGS TOTAL: | | | | | 83.83 | 814.50 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 331.14 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 2.20 |
| | | | | | | DEDUCTION TOTAL: | | | | | | 334.34 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 141.87 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 92.32 |
| | | | FED | F.I.C.A. | | | | | | | | 29.83 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 20.67 |
| | | | FED | MEDICARE W/H | | | | | | | | 11.81 |
| | | | | | | TAX TOTAL: | | | | | | 154.63 |
| | | | ACCT: | 4771008697 | | BOA | | | | | | 325.53 |
| | | | | | | DIRECT DEPOSIT TOTAL: | | | | | | 325.53 |

System Date: 05/22/2013 / 10:06 am
Application Date: 05/22/2013

Page: 12
User: DJ / DJ

CSPH000130

APP 040

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 369.14 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 8.06 | 70.73 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 19.02 | 166.90 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 13.20 |
| | | | | EARNINGS TOTAL: | | | | | | | 107.08 | 1,031.97 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 369.14 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 13.20 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 383.34 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 224.87 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 124.94 |
| | | | FED | F.I.C.A. | | | | | | | | 40.28 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 23.71 |
| | | | FED | MEDICARE W/H | | | | | | | | 14.96 |
| | | | | TAX TOTAL: | | | | | | | | 203.89 |
| | | | ACCT: | 4771008697 | | BOA | | | | | | 444.74 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 444.74 |

CSPH000131

APP 041

PAYROLL DATA ENTRY AUDIT REPORT

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01  REGULAR | TX | 0000012 | | 06 | 0000013 | 5.150 | 79.60 | 409.94 |
| | | | E 05  TIPS REP | TX | 0000012 | | 06 | 0000013 | | | 342.18 |
| | | | E 02  OVERTIME | TX | 0000012 | | 06 | 0000013 | 8.775 | 5.76 | 50.54 |
| | | | E 05  TIPS REP | TX | 0000012 | | 06 | 0000013 | | | 9.90 |
| | | | | | | | | EARNINGS TOTAL: | | 85.36 | 812.56 |
| | | | D PF  PARTNERS' | | | | | | | | 1.00 |
| | | | D 01  TIPS REPORTED | | | | | | | | 342.18 |
| | | | D 01  TIPS REPORTED | | | | | | | | 9.90 |
| | | | | | | | | DEDUCTION TOTAL: | | | 353.08 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | 179.26 |
| | | | FED  FEDERAL WITHHOLDING | | | | | | | | 92.03 |
| | | | FED  F.I.C.A. | | | | | | | | 28.55 |
| | | | FED  F.I.C.A. TIPS | | | | | | | | 21.83 |
| | | | FED  MEDICARE W/H | | | | | | | | 11.78 |
| | | | | | | | | TAX TOTAL: | | | 154.19 |
| | | | ACCT:  4771008697 | | BOA | | | | | | 305.29 |
| | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 305.29 |

System Date: 08/19/2013 / 10:15 am
Application Date: 08/19/2013

Page: 13
User: JW / JW

CSPH000132

APP 042

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 76.92 | 396.14 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 266.96 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 1.45 | 12.72 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 6.60 |
| | | | | | | | | EARNINGS TOTAL: | | | 78.37 | 682.42 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 266.96 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 6.60 |
| | | | | | | | | DEDUCTION TOTAL: | | | | 274.56 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 164.58 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 72.51 |
| | | | FED | F.I.C.A. | | | | | | | | 25.35 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 16.96 |
| | | | FED | MEDICARE W/H | | | | | | | | 9.90 |
| | | | | | | | | TAX TOTAL: | | | | 124.72 |
| | | | ACCT: 4771008697 | | | BOA | | | | | | 283.14 |
| | | | | | | | | DIRECT DEPOSIT TOTAL: | | | | 283.14 |

CSPH000133

APP 043

PAYROLL DATA ENTRY AUDIT REPORT

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | | CHECK AMOUNT: .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 72.49 | 373.32 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 266.73 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 4.26 | 37.38 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 7.70 |
| | | | | EARNINGS TOTAL: | | | | | | | 76.75 | 685.13 |
| | | | D PF | PARTNERS' | | | | | | | | |
| | | | D 01 | TIPS REPORTED | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 266.73 |
| | | | | | | | | | | | | 7.70 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 275.43 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 161.18 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 72.91 |
| | | | FED | F.I.C.A. | | | | | | | | 25.46 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 17.01 |
| | | | FED | MEDICARE W/H | | | | | | | | 9.93 |

System Date: 07/17/2013 / 9:35 am
Application Date: 07/17/2013

Page: 12
User: JW / JW

CSPH000134

APP 044

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | TAX TOTAL: | | | 125.31 |
| | | | ACCT:  4771008697 | | BOA | | | | | | 284.39 |
| | | | | | DIRECT DEPOSIT TOTAL: | | | | | | 284.39 |

CSPH000135

APP 045

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 70.07 | 360.86 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 289.99 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 3.30 |
| | | | | | | | | | | EARNINGS TOTAL: | 70.07 | 654.15 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 289.99 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 3.30 |
| | | | | | | | | | | DEDUCTION TOTAL: | | 294.29 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 147.15 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 68.27 |
| | | | FED | F.I.C.A. | | | | | | | | 22.37 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 18.18 |
| | | | FED | MEDICARE W/H | | | | | | | | 9.49 |
| | | | | | | | | | | TAX TOTAL: | | 118.31 |
| | | | ACCT: | 4771008697 | BOA | | | | | | | 241.55 |
| | | | | | | | | | | DIRECT DEPOSIT TOTAL: | | 241.55 |

CSPH000136

APP 046

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 339.79 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 3.44 | 30.19 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 3.62 | 31.77 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 2.20 |
| | | | | | | | EARNINGS TOTAL: | | | | 87.06 | 815.95 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 339.79 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 2.20 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 342.99 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 182.82 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 92.54 |
| | | | FED | F.I.C.A. | | | | | | | | 29.39 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 21.20 |
| | | | FED | MEDICARE W/H | | | | | | | | 11.83 |
| | | | | | | | TAX TOTAL: | | | | | 154.96 |
| | | | ACCT: 4771008697 | | | BOA | | | | | | 318.00 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 318.00 |

CSPH000137

APP 047

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 67.06 | 345.36 |
| | | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 204.31 |
| | | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 1.49 | 13.08 |
| | | | | E 06 | TIPS DIFFERTL | TX | 0000012 | 06 | | 0000013 | | | 6.32 |
| | | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 27.50 |
| | | | | | | | | EARNINGS TOTAL: | | | | 68.55 | 596.57 |
| | | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | | D 01 | TIPS REPORTED | | | | | | | | 204.31 |
| | | | | D 01 | TIPS REPORTED | | | | | | | | 27.50 |
| | | | | | | | | DEDUCTION TOTAL: | | | | | 232.81 |
| | | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 137.63 |
| | | | | FED | FEDERAL WITHHOLDING | | | | | | | | 59.63 |
| | | | | FED | F.I.C.A. | | | | | | | | 22.62 |
| | | | | FED | F.I.C.A. TIPS | | | | | | | | 14.37 |
| | | | | FED | MEDICARE W/H | | | | | | | | 8.65 |
| | | | | | | | | TAX TOTAL: | | | | | 105.27 |
| | | | | ACCT: 4771008697 | | BOA | | | | | | | 258.49 |
| | | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 258.49 |

CSPH000138

APP 048

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000013 | | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 438.48 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000013 | | 8.775 | 11.93 | 104.69 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000013 | | 8.775 | 12.56 | 110.21 |
| | | | | | | | EARNINGS TOTAL: | | | | 104.49 | 1,065.38 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 438.48 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 439.48 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 219.43 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 129.95 |
| | | | FED | F.I.C.A. | | | | | | | | 38.87 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 27.19 |
| | | | FED | MEDICARE W/H | | | | | | | | 15.45 |
| | | | | | | | TAX TOTAL: | | | | | 211.46 |
| | | | ACCT: 4771008697 | | BOA | | | | | | | 414.44 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 414.44 |

System Date: 09/11/2013 / 10:45 am
Application Date: 09/11/2013

Page: 10
User: JW / JW

CSPH000139

APP 049

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | I | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000013 | | 5.150 | 49.77 | 256.32 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 202.68 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000013 | | | | 1.10 |
| | | | | EARNINGS TOTAL: | | | | | | | 49.77 | 460.10 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 202.68 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 1.10 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 204.78 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 104.51 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 39.16 |
| | | | FED | F.I.C.A. | | | | | | | | 15.89 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 12.63 |
| | | | FED | MEDICARE W/H | | | | | | | | 6.67 |
| | | | | TAX TOTAL: | | | | | | | | 74.35 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 180.97 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 180.97 |

CSPH000140

APP 050

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

0042519      1      REDUS, JOHN M.                                                    CHECK AMOUNT:            .00

| | | | E 01 | REGULAR | TX | 0000012 | | 06 | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | | 06 | 0000013 | | | 382.16 |
| | | | E 02 | OVERTIME | TX | 0000012 | | 06 | 0000013 | 8.775 | 1.63 | 14.30 |
| | | | E 02 | OVERTIME | TX | 0000012 | | 06 | 0000013 | 8.775 | 18.83 | 165.23 |

EARNINGS TOTAL:            100.46        973.69

| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 382.16 |

DEDUCTION TOTAL:            383.16

TIPS DEEMED TO BE WAGES            210.97

| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 116.20 |
| | | | FED | F.I.C.A. | | | | | | | | 36.67 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 23.69 |
| | | | FED | MEDICARE W/H | | | | | | | | 14.12 |

TAX TOTAL:            190.68

ACCT:  4771008697            BOA            399.85

DIRECT DEPOSIT TOTAL:            399.85

CSPH000141

APP 051

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 333.11 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 3.44 | 30.19 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 3.07 | 26.94 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 3.30 |
| | | | | | | | | | | EARNINGS TOTAL: | 86.51 | 805.54 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 333.11 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 3.30 |
| | | | | | | | | | | DEDUCTION TOTAL: | | 337.41 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 181.67 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 90.98 |
| | | | FED | F.I.C.A. | | | | | | | | 29.09 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 20.86 |
| | | | FED | MEDICARE W/H | | | | | | | | 11.68 |

System Date: 10/23/2013 / 9:43 am

Application Date: 10/23/2013

Page: 10

User: DJ / DJ

CSPH000142

APP 052

PAYROLL DATA ENTRY AUDIT REPORT                                    C.S.P.H., INC. DBA DOMINO'S PIZZA

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | TAX TOTAL: | | | | | | | | 152.61 |
| | | | ACCT: 4771008697 | | | BOA | | | | | | 315.52 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 315.52 |

System Date: 10/23/2013 / 9:43 am
Application Date: 10/23/2013

Page: 11
User: DJ / DJ

CSPH000143

APP 053

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 366.73 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.776 | .90 | 7.90 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 5.50 | 48.26 |
| | | | | | | | EARNINGS TOTAL: | | | | 86.40 | 834.89 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 366.73 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 367.73 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 181.44 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 95.38 |
| | | | FED | F.I.C.A. | | | | | | | | 29.03 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 22.74 |
| | | | FED | MEDICARE W/H | | | | | | | | 12.11 |
| | | | | | | | TAX TOTAL: | | | | | 159.26 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 307.90 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 307.90 |

CSPH000144

APP 054

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 292.11 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 6.88 | 60.37 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 10.37 | 91.00 |
| | | | | EARNINGS TOTAL: | | | | | | | 97.25 | 855.48 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 292.11 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 293.11 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 204.22 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 98.47 |
| | | | FED | F.I.C.A. | | | | | | | | 34.93 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 18.11 |
| | | | FED | MEDICARE W/H | | | | | | | | 12.40 |
| | | | | TAX TOTAL: | | | | | | | | 163.91 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 398.46 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 398.46 |

System Date: 11/20/2013 / 11:29 am
Application Date: 11/20/2013

Page: 12
User: JW / JW

CSPH000145

APP 055

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 80.00 | 412.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 364.46 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 3.57 | 31.33 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | .79 | 6.93 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 3.30 |
| | | | | EARNINGS TOTAL: | | | | | | | 84.36 | 818.02 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 364.46 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 3.30 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 368.76 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 177.16 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 92.85 |
| | | | FED | F.I.C.A. | | | | | | | | 27.92 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 22.80 |
| | | | FED | MEDICARE W/H | | | | | | | | 11.86 |
| | | | | TAX TOTAL: | | | | | | | | 155.43 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 293.83 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 293.83 |

CSPH000146

APP 056

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|

0042519      1      REDUS, JOHN M.                                                CHECK AMOUNT:              .00

| | | | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000013 | 5.150 | 40.00 | 206.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 347.29 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000013 | 8.775 | 4.07 | 35.71 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 12.80 |
| | | | E 11 | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 9.000 | 7.74 | 69.66 |
| | | | E 05 | TIPS REP | TX | 0000012 | 02 | | 0000013 | | | 12.80 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 14.30 |
| | | | E 11 | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 5.150 | 16.91 | 87.09 |

                                                                    EARNINGS TOTAL:           68.72      785.65

| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 360.09 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 12.80 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 14.30 |

                                                                    DEDUCTION TOTAL:                      388.19

TIPS DEEMED TO BE WAGES                                                                      114.51

| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 87.99 |
| | | | FED | F.I.C.A. | | | | | | | | 24.70 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 24.01 |
| | | | FED | MEDICARE W/H | | | | | | | | 11.39 |

                                                                    TAX TOTAL:                            148.09

ACCT:   4771008697                          BOA                                              249.37

                                                                    DIRECT DEPOSIT TOTAL:                 249.37

APP 057

PAYROLL DATA ENTRY AUDIT REPORT

C.S.P.H., INC. DBA DOMINO'S PIZZA

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | I | REDUS, JOHN M. | | | | | | | | | | CHECK AMOUNT: | 219.39 |
| | | | | E  I2 | IBP - 90% | TX | | | 02 | 0000013 | 5.150 | 29.80 | 153.47 |
| | | | | E  TE | TIPS EARNED | TX | | 0000012 | 02 | 0000013 | | | 102.67 |
| | | | | | | | | | | EARNINGS TOTAL: | | 29.80 | 256.14 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 40.98 |
| | | | | FED | FEDERAL WITHHOLDING | | | | | | | | 17.15 |
| | | | | FED | F.I.C.A. | | | | | | | | 9.52 |
| | | | | FED | F.I.C.A. TIPS | | | | | | | | 6.37 |
| | | | | FED | MEDICARE W/H | | | | | | | | 3.71 |
| | | | | | | | | | | TAX TOTAL: | | | 36.75 |

CSPH000148

APP 058

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | CHECK AMOUNT: | | | 293.82 |
| | | | E 11 | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 5.150 | 76.28 | 392.84 |
| | | | E 11 | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 9.000 | 3.57 | 32.13 |
| | | | E 05 | TIPS REP | TX | 0000012 | 02 | | 0000013 | | | 273.79 |
| | | | E 05 | TIPS REP | TX | 0000012 | 02 | | 0000013 | | | 7.70 |
| | | | | | | | | | EARNINGS TOTAL: | | 79.85 | 706.46 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 273.79 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 7.70 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 282.49 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 153.94 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 76.11 |
| | | | FED | F.I.C.A. | | | | | | | | 26.35 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 17.45 |
| | | | FED | MEDICARE W/H | | | | | | | | 10.24 |
| | | | | | | | | | TAX TOTAL: | | | 130.15 |

CSPH000149

APP 059

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E  II | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 5.150 | 79.33 | 408.55 |
| | | | E  II | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 8.780 | 16.88 | 148.21 |
| | | | E  05 | TIPS REP | TX | 0000012 | 02 | | 0000013 | | | 313.95 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 3.04 |
| | | | | | | | | | EARNINGS TOTAL: | | 96.21 | 873.75 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 313.95 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 3.04 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 316.99 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 140.76 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 101.21 |
| | | | FED | F.I.C.A. | | | | | | | | 34.52 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 19.65 |
| | | | FED | MEDICARE W/H | | | | | | | | 12.67 |
| | | | | | | | | | TAX TOTAL: | | | 168.05 |
| | | | ACCT: 4771008697 | | BOA | | | | | | | 388.71 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 388.71 |

CSPH000150

APP 060

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 11 | IBP - LT DUTY | TX | 0000012 | 02 | | 0000013 | 9.000 | 76.97 | 692.73 |
| | | | E 11 | IBP - LT DUTY | TX | 0000012 | 06 | | 0000013 | 13.500 | 14.67 | 198.05 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 319.13 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000013 | | | 5.50 |
| | | | | | | | | | EARNINGS TOTAL: | | 91.64 | 1,215.41 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 319.13 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 5.50 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 325.63 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 152.46 |
| | | | FED | F.I.C.A. | | | | | | | | 55.23 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 20.13 |
| | | | FED | MEDICARE W/H | | | | | | | | 17.62 |
| | | | | | | | | | TAX TOTAL: | | | 245.44 |
| | | | ACCT: | 4771008697 | | BOA | | | | | | 644.34 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 644.34 |

CSPH000151

APP 061

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | 542.90 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000013 | | | 336.38 |
| | | | E 11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000013 | 9.000 | 80.00 | 720.00 |
| | | | E 11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000013 | 13.500 | 3.54 | 47.79 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000013 | | | 18.70 |
| | | | | EARNINGS TOTAL: | | | | | | | 83.54 | 1,122.87 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 336.38 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 18.70 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 356.08 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 138.00 |
| | | | FED | F.I.C.A. | | | | | | | | 47.60 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 22.01 |
| | | | FED | MEDICARE W/H | | | | | | | | 16.28 |
| | | | | TAX TOTAL: | | | | | | | | 223.89 |

CSPH000152

APP 062

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E  05   TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 312.81 |

System Date: 02/26/2014 / 9:51 am

Application Date: 02/26/2014

Page: 9

User: DJ / DJ

**C.S.P.H., INC. DBA DOMINO'S PIZZA**

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E  11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000012 | 8.780 | 6.99 | 61.37 |
| | | | E  11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000012 | 5.150 | 70.03 | 360.65 |
| | | | E  05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 5.50 |
| | | | | | | | | | EARNINGS TOTAL: | | 77.02 | 740.33 |
| | | | D  PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 312.81 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 5.50 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 319.31 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 136.38 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 80.62 |
| | | | FED | F.I.C.A. | | | | | | | | 26.17 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 19.74 |
| | | | FED | MEDICARE W/H | | | | | | | | 10.73 |
| | | | | | | | | | TAX TOTAL: | | | 137.26 |
| | | | ACCT: 4771008697 | | | BOA | | | | | | 283.76 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 283.76 |

CSPH000154

APP 064

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 342.63 |

System Date: 03/12/2014 / 9:26 am
Application Date: 03/12/2014

Page: 10
User: JW / JW

CSPH000155

APP 065

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E 11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000012 | 5.150 | 80.00 | 412.00 |
| | | | E 11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000012 | 8.780 | 12.30 | 107.99 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 5.50 |
| | | | | | | | EARNINGS TOTAL: | | | | 92.30 | 868.12 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 342.63 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 5.50 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 349.13 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 149.19 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 99.79 |
| | | | FED | F.I.C.A. | | | | | | | | 32.24 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 21.58 |
| | | | FED | MEDICARE W/H | | | | | | | | 12.59 |
| | | | | | | | TAX TOTAL: | | | | | 166.20 |
| | | | ACCT:  4771008697 | | | BOA | | | | | | 352.79 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 352.79 |

CSPH000156

APP 066

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0042519 | 1 | REDUS, JOHN M. | | | | | | CHECK AMOUNT: | | | | .00 |
| | | | E 01 | REGULAR | TX | | 0000012 | 06 | 0000012 | 5.150 | 23.52 | 121.13 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 102.66 |
| | | | E 02 | OVERTIME | TX | | 0000012 | 06 | 0000012 | 8.775 | 2.25 | 19.74 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 259.93 |
| | | | E 11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000012 | 5.150 | 56.48 | 290.87 |
| | | | E 11 | IBP - LT DUTY | TX | | 0000012 | 02 | 0000012 | 8.780 | 10.10 | 88.68 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 02 | 0000012 | | | 259.93 |
| | | | E 05 | TIPS REP | TX | | 0000012 | 06 | 0000012 | | | 5.50 |
| | | | | EARNINGS TOTAL: | | | | | | | 92.35 | 1,148.44 |
| | | | D PF | PARTNERS' | | | | | | | | 1.00 |
| | | | D U | UNIFORMS | | | | | | | | 10.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 362.59 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 259.93 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 5.50 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 639.02 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 157.27 |
| | | | FED | FEDERAL WITHHOLDING | | | | | | | | 141.83 |
| | | | FED | F.I.C.A. | | | | | | | | 32.27 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 38.94 |
| | | | FED | MEDICARE W/H | | | | | | | | 16.65 |
| | | | | TAX TOTAL: | | | | | | | | 229.69 |
| | | | ACCT: 4771008697 | BOA | | | | | | | | 279.73 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 279.73 |

CSPH000157

APP 067

2.10/Hr Tip Credit Used - Driver Wages Pd 5.15 Regular/8.87!

| Home Store | Worked At Store | Team Member | ID | Position | Week Ending | Hours | OTHours | Pay Rate | Total Pay | Total Tips | Tip>Min | Total Earn | Total Hrs | Wkly Tips Per Hour | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/14/12 | 14.73 | 0.00 | $5.15 | $75.86 | $12.30 | $18.63 | $106.79 | 14.73 | $0.84 | Paid tips differential of $18.63 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/21/12 | 36.82 | 0.00 | $5.15 | $189.62 | $113.74 | $0.00 | $303.36 | 36.82 | $3.09 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | NEO Trng | | 2.00 | 0.00 | $7.25 | $14.50 | $0.00 | $0.00 | $14.50 | | | |
| | | | | Addl Tips | | | | | | $1.10 | | $1.10 | | | |
| | | **Pd 10/26/12** | | | | **53.55** | | | | | | **$425.75** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/28/12 | 27.56 | 0.00 | $5.15 | $141.93 | $81.60 | $0.00 | $223.53 | 27.56 | $2.96 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/04/12 | 35.38 | 0.00 | $5.15 | $182.21 | $133.60 | $0.00 | $315.81 | 35.38 | $3.78 | |
| | | **Pd 11/9/12** | | | | **62.94** | | | | | | **$539.34** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/11/12 | 34.73 | 0.00 | $5.15 | $178.86 | $121.75 | $0.00 | $300.61 | 34.73 | $3.51 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/18/12 | 40.00 | 3.57 | $5.15 | $237.33 | $165.04 | $0.00 | $402.37 | 43.57 | $3.79 | |
| | | **Pd 11/23/12** | | | | **74.73** | **3.57** | | | | | **$702.98** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/25/12 | 37.36 | 0.00 | $5.15 | $192.40 | $96.58 | $0.00 | $288.98 | 37.36 | $2.59 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/02/12 | 36.17 | 0.00 | $5.15 | $186.28 | $116.70 | $0.00 | $302.98 | 36.17 | $3.23 | |
| | | **Pd 12/7/12** | | | | **73.53** | | | | | | **$591.96** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/9/2012 | 39.57 | 0.00 | $5.15 | $203.79 | $126.60 | $0.00 | $330.39 | 39.57 | $3.20 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/16/2012 | 34.51 | 0.00 | $5.15 | $177.72 | $125.37 | $0.00 | $303.09 | 34.51 | $3.63 | |
| | | **Pd 12/21/12** | | | | **74.08** | | | | | | **$633.48** | | | |
| 6806 | 6386 | Redus, Michael | 06-0042519 | Shift Manager | 12/23/12 | 18.07 | 0.43 | $9.00 | $168.19 | $0.00 | $0.00 | $168.19 | 18.50 | $0.00 | All hrs paid $9 per hr |
| 6806 | 6386 | Redus, Michael | 06-0042519 | Delivery Expert | 12/23/12 | 21.93 | 13.58 | $5.15 | $236.17 | $152.35 | $0.00 | $388.52 | 35.51 | $4.29 | |
| 6806 | 6386 | Redus, Michael | 06-0042519 | Shift Manager | 12/30/12 | 13.80 | 5.64 | $9.00 | $197.37 | $0.00 | $0.00 | $197.37 | 19.44 | $0.00 | All hrs paid $9 per hr |
| 6806 | 6386 | Redus, Michael | 06-0042519 | Delivery Expert | 12/30/12 | 26.20 | 3.07 | $5.15 | $162.94 | $108.49 | $0.00 | $271.43 | 29.27 | $3.71 | |
| | | | | Addl Tips | | | | | | $2.40 | | $2.40 | | | |
| | | **Pd 1/4/13** | | | | **80.00** | **22.72** | | | | | **$1,027.91** | | | |
| 6386 | 6386 | Redus, Michael | 86-0042519 | Shift Manager | 01/06/13 | 4.87 | 0.00 | $9.00 | $43.83 | $0.00 | $0.00 | $43.83 | 4.87 | $0.00 | All hrs paid $9 per hr |
| 6386 | 6386 | Redus, Michael | 86-0042519 | Delivery Expert | 01/06/13 | 35.13 | 6.54 | $5.15 | $238.91 | $165.04 | $0.00 | $403.95 | 41.67 | $3.96 | |
| 6386 | 6386 | Redus, Michael | 86-0042519 | Delivery Expert | 01/13/13 | 30.26 | 0.00 | $5.15 | $155.84 | $108.76 | $0.00 | $264.60 | 30.26 | $3.59 | |
| | | **Pd 1/18/13** | | | | **70.26** | **6.54** | | | | | **$712.38** | | | |
| 6386 | 6386 | Redus, Michael | 86-0042519 | Shift Manager | 01/20/13 | 4.00 | 0.00 | $9.00 | $36.00 | $0.00 | $0.00 | $36.00 | 4.00 | $0.00 | All hrs paid $9 per hr |
| 6386 | 6386 | Redus, Michael | 86-0042519 | Delivery Expert | 01/20/13 | 34.85 | 0.00 | $5.15 | $179.48 | $120.43 | $0.00 | $299.91 | 34.85 | $3.46 | |
| 6386 | 6806 | Redus, John 998 M | 86-0042519 | Delivery Expert | 01/27/13 | 35.77 | 0.33 | $5.15 | $187.15 | $118.85 | $0.00 | $306.00 | 36.10 | $3.29 | |
| 6386 | 6806 | Redus, John 998 M | 86-0042519 | Shift Manager | 01/27/13 | 4.23 | 0.00 | $9.00 | $38.07 | $0.00 | $0.00 | $38.07 | 4.23 | $0.00 | All hrs paid $9 per hr |
| | | **Pd 2/1/13** | | | | **78.85** | **0.33** | | | | | **$679.98** | | | |
| 6386 | 6806 | Redus, John 998 M | 86-0042519 | Delivery Expert | 02/03/13 | 37.66 | 0.00 | $5.15 | $193.95 | $115.04 | $0.00 | $308.99 | 37.66 | $3.05 | |
| 6386 | 6806 | Redus, John 998 M | 86-0042519 | Delivery Expert | 02/10/13 | 40.00 | 5.88 | $5.15 | $257.60 | $159.79 | $0.00 | $417.39 | 45.88 | $3.48 | |
| | | | | Addl Tips | | | | | | $3.30 | | $3.30 | | | |
| | | **Pd 2/15/13** | | | | **77.66** | **5.88** | | | | | **$729.68** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 02/17/13 | 40.00 | 10.39 | $5.15 | $297.17 | $176.88 | $0.00 | $474.05 | 50.39 | $3.51 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 02/24/13 | 40.00 | 12.10 | $5.15 | $312.18 | $228.98 | $0.00 | $541.16 | 52.10 | $4.40 | |
| | | | | Addl Tips | | | | | | $8.80 | | $8.80 | | | |
| | | **Pd 3/1/13** | | | | **80.00** | **22.49** | | | | | **$1,024.01** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/03/13 | 40.00 | 15.26 | $5.15 | $339.91 | $283.78 | $0.00 | $623.69 | 55.26 | $5.14 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/10/13 | 40.00 | 6.71 | $5.15 | $264.88 | $142.12 | $0.00 | $407.00 | 46.71 | $3.04 | |
| | | | | Addl Tips | | | | | | $11.30 | | $11.30 | | | |
| | | **Pd 3/15/13** | | | | **80.00** | **21.97** | | | | | **$1,041.99** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/17/13 | 40.00 | 14.48 | $5.15 | $333.06 | $168.76 | $0.00 | $501.82 | 54.48 | $3.10 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/24/13 | 40.00 | 11.32 | $5.15 | $305.33 | $168.82 | $0.00 | $474.15 | 51.32 | $3.29 | |
| | | | | Addl Tips | | | | | | $4.20 | | $4.20 | | | |
| | | **Pd 3/29/13** | | | | **80.00** | **25.80** | | | | | **$980.17** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/31/13 | 40.00 | 10.32 | $5.15 | $296.56 | $178.40 | $0.00 | $474.96 | 50.32 | $3.55 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 04/07/13 | 40.00 | 5.23 | $5.15 | $251.89 | $140.44 | $0.00 | $392.33 | 45.23 | $3.11 | |
| | | | | Addl Tips | | | | | | $6.60 | | $6.60 | | | |
| | | **Pd 4/12/13** | | | | **80.00** | **15.55** | | | | | **$873.89** | | | |

EXHIBIT 9

APP 068

2.10/Hr Tip Credit Used - Driver Wages Pd 5.15 Regular/8.875

| Home Store | Worked At Store | Team Member | ID | Position | Week Ending | Hours | OTHours | Pay Rate | Total Pay | Total Tips | Tip>/Min | Total Earn | Total Hrs | Wkly Tips Per Hour | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 04/14/13 | 40.00 | 5.19 | $5.15 | $251.54 | $203.53 | $0.00 | $455.07 | 45.19 | $4.50 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 04/21/13 | 40.00 | 2.85 | $5.15 | $231.01 | $157.20 | $0.00 | $388.21 | 42.85 | $3.67 | |
| | | | | Addl Tips | | | | | | $6.60 | | $6.60 | | | |
| | | **Pd 4/26/13** | | | | **80.00** | **8.04** | | | | | **$849.88** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 04/28/13 | 37.91 | 0.00 | $5.15 | $195.24 | $105.56 | $0.00 | $300.80 | 37.91 | $2.78 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 05/05/13 | 32.71 | 10.40 | $5.15 | $261.03 | $144.65 | $0.00 | $405.68 | 43.11 | $3.36 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 05/05/13 | 7.29 | 0.00 | $9.00 | $65.61 | $0.00 | $0.00 | $65.61 | 7.29 | $0.00 | All hrs paid $9 per hr |
| | | | | Addl Tips | | | | | | $3.30 | | $3.30 | | | |
| | | **Pd 5/10/13** | | | | **77.91** | **10.40** | | | | | **$775.39** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 05/12/13 | 31.95 | 0.00 | $5.15 | $164.54 | $142.00 | $0.00 | $306.54 | 31.95 | $4.44 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 05/12/13 | 7.67 | 0.00 | $9.00 | $69.03 | $0.00 | $0.00 | $69.03 | 7.67 | $0.00 | All hrs paid $9 per hr |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 05/19/13 | 38.82 | 4.21 | $5.15 | $236.97 | $176.14 | $0.00 | $413.11 | 43.03 | $4.09 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 05/19/13 | 1.18 | 0.00 | $9.00 | $10.62 | $13.00 | $0.00 | $23.62 | 1.18 | $11.02 | All hrs paid $9 per hr |
| | | | | Addl Tips | | | | | | $2.20 | | $2.20 | | | |
| | | **Pd 5/24/13** | | | | **79.62** | **4.21** | | | | | **$814.50** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 05/26/13 | 40.00 | 8.06 | $5.15 | $276.73 | $170.71 | $0.00 | $447.44 | 48.06 | $3.55 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 06/02/13 | 40.00 | 19.02 | $5.15 | $372.90 | $198.43 | $0.00 | $571.33 | 59.02 | $3.36 | |
| | | | | Addl Tips | | | | | | $13.20 | | $13.20 | | | |
| | | **Pd 6/7/13** | | | | **80.00** | **27.08** | | | | | **$1,031.97** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 06/09/13 | 39.60 | 0.00 | $5.15 | $203.94 | $153.28 | $0.00 | $357.22 | 39.60 | $3.87 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 06/16/13 | 40.00 | 5.76 | $5.15 | $256.54 | $188.90 | $0.00 | $445.44 | 45.76 | $4.13 | |
| | | | | Addl Tips | | | | | | $9.90 | | $9.90 | | | |
| | | **Pd 6/21/13** | | | | **79.60** | **5.76** | | | | | **$812.56** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 06/23/13 | 36.92 | 0.00 | $5.15 | $190.14 | $137.82 | $0.00 | $327.96 | 36.92 | $3.73 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 06/30/13 | 40.00 | 1.45 | $5.15 | $218.72 | $129.14 | $0.00 | $347.86 | 41.45 | $3.12 | |
| | | | | Addl Tips | | | | | | $6.60 | | $6.60 | | | |
| | | **Pd 7/5/13** | | | | **76.92** | **1.45** | | | | | **$682.42** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 07/07/13 | 32.49 | 0.00 | $5.15 | $167.32 | $112.02 | $0.00 | $279.34 | 32.49 | $3.45 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 07/14/13 | 40.00 | 4.26 | $5.15 | $243.38 | $154.71 | $0.00 | $398.09 | 44.26 | $3.50 | |
| | | | | Addl Tips | | | | | | $7.70 | | $7.70 | | | |
| | | **Pd 7/19.13** | | | | **72.49** | **4.26** | | | | | **$685.13** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 07/21/13 | 34.61 | 0.00 | $5.15 | $178.24 | $127.72 | $0.00 | $305.96 | 34.61 | $3.69 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 07/28/13 | 35.46 | 0.00 | $5.15 | $182.62 | $162.27 | $0.00 | $344.89 | 35.46 | $4.58 | |
| | | | | Addl Tips | | | | | | $3.30 | | $3.30 | | | |
| | | **Pd 8/2/13** | | | | **70.07** | | | | | | | **$654.15** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 08/04/13 | 40.00 | 3.44 | $5.15 | $236.19 | $184.54 | $0.00 | $420.73 | 43.44 | $4.25 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 08/11/13 | 40.00 | 3.62 | $5.15 | $237.77 | $155.25 | $0.00 | $393.02 | 43.62 | $3.56 | |
| | | | | Addl Tips | | | | | | $2.20 | | $2.20 | | | |
| | | **Pd 8/16/13** | | | | **80.00** | **7.06** | | | | | | **$815.95** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 08/18/13 | 40.00 | 1.49 | $5.15 | $219.08 | $153.80 | $0.00 | $372.88 | 41.49 | $3.71 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 08/25/13 | 27.06 | 0.00 | $5.15 | $139.36 | $50.51 | $6.32 | $196.19 | 27.06 | $1.87 | Pd Tips Differential of $6.32 |
| | | | | Addl Tips | | | | | | $27.50 | | $27.50 | | | |
| | | **Pd 8/30/13** | | | | **67.06** | **1.49** | | | | | | **$596.57** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 09/01/13 | 40.00 | 11.93 | $5.15 | $310.69 | $192.08 | $0.00 | $502.77 | 51.93 | $3.70 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 09/08/13 | 40.00 | 12.56 | $5.15 | $316.21 | $246.40 | $0.00 | $562.61 | 52.56 | $4.69 | |
| | | **Pd 9/13/13** | | | | **80.00** | **24.49** | | | | | | **$1,065.38** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 09/15/13 | 11.39 | 0.00 | $5.15 | $58.66 | $40.80 | $0.00 | $99.46 | 11.39 | $3.58 | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 09/22/13 | 38.38 | 0.00 | $5.15 | $197.66 | $161.88 | $0.00 | $359.54 | 38.38 | $4.22 | |
| | | | | Addl Tips | | | | | | $1.10 | | $1.10 | | | |
| | | **Pd 9/27/13** | | | | **49.77** | | | | | | | **$460.10** | | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 09/29/13 | 40.00 | 1.63 | $5.15 | $220.30 | $165.40 | $0.00 | $385.70 | 41.63 | $3.97 | |

2.10/Hr Tip Credit Used - Driver Wages Pd 5.15 Regular/8.875

| Home Store | Worked At Store | Team Member | ID | Position | Week Ending | Hours | OTHours | Pay Rate | Total Pay | Total Tips | Tip>Min | Total Earn | Total Hrs | Wkly Tips Per Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/06/13 | 40.00 | 18.83 | $5.15 | $371.23 | $216.76 | $0.00 | $587.99 | 58.83 | $3.68 |
| | | **Pd 10/11/13** | | | | **80.00** | **20.46** | | | | | **$973.69** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/13/13 | 40.00 | 3.44 | $5.15 | $236.19 | $178.82 | $0.00 | $415.01 | 43.44 | $4.12 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/20/13 | 40.00 | 3.07 | $5.15 | $232.94 | $154.29 | $0.00 | $387.23 | 43.07 | $3.58 |
| | | | | Addl Tips | | | | | | $3.30 | | $3.30 | | |
| | | **Pd 10/25/13** | | | | **80.00** | **6.51** | | | | | **$805.54** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 10/27/13 | 40.00 | 0.90 | $5.15 | $213.90 | $180.24 | $0.00 | $394.14 | 40.90 | $4.41 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/03/13 | 40.00 | 5.50 | $5.15 | $254.26 | $186.49 | $0.00 | $440.75 | 45.50 | $4.10 |
| | | **Pd 11/8/13** | | | | **80.00** | **6.40** | | | | | **$834.89** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/10/13 | 40.00 | 6.88 | $5.15 | $266.37 | $139.83 | $0.00 | $406.20 | 46.88 | $2.98 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/17/13 | 40.00 | 10.37 | $5.15 | $297.00 | $152.28 | $0.00 | $449.28 | 50.37 | $3.02 |
| | | **Pd 11/22/13** | | | | **80.00** | **17.25** | | | | | **$855.48** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 11/24/13 | 40.00 | 3.57 | $5.15 | $237.33 | $155.28 | $0.00 | $392.61 | 43.57 | $3.56 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/01/13 | 40.00 | 0.79 | $5.15 | $212.93 | $209.18 | $0.00 | $422.11 | 40.79 | $5.13 |
| | | | | Addl Tips | | | | | | $3.30 | | $3.30 | | |
| | | **Pd 12/6/13** | | | | **80.00** | **4.36** | | | | | **$818.02** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/08/13 | 40.00 | 4.07 | $5.15 | $241.71 | $292.41 | $0.00 | $534.12 | 44.07 | $6.64 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/15/13 | 16.91 | 0.00 | $5.15 | $87.09 | $54.88 | $0.00 | $141.97 | 16.91 | $3.25 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 12/15/13 | 7.74 | 0.00 | $9.00 | $69.66 | $12.80 | $0.00 | $82.46 | 7.74 | $1.65 All hrs paid $9 per hr |
| | | | | Addl Tips | | | | | | $27.10 | | $27.10 | | |
| | | **Pd 12/20/13** | | | | **64.65** | **4.07** | | | | | **$785.65** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Lost Time Pay-Did not work | | 29.80 | N/A | N/A | $153.47 | $102.67 | N/A | $256.14 | 29.80 | $3.45 |
| | | **Pd 12/20/13** | | **Paid based on estimated hrs/tips lost** | | **29.80** | | | | **$153.47** | **$102.67** | | **$256.14** | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/22/13 | 39.98 | 3.57 | $5.15 | $238.02 | $161.47 | $0.00 | $399.49 | 43.55 | $3.71 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 12/29/13 | 36.30 | 0.00 | $5.15 | $186.95 | $112.32 | $0.00 | $299.27 | 36.30 | $3.09 |
| | | | | Addl Tips | | | | | | $7.70 | | $7.70 | | |
| | | **Pd 1/3/14** | | | | **76.28** | **3.57** | | | | | **$706.46** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 01/05/14 | 40.00 | 16.88 | $5.15 | $354.21 | $195.25 | $0.00 | $549.46 | 56.88 | $3.43 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 01/12/14 | 39.33 | 0.00 | $5.15 | $202.55 | $118.70 | $0.00 | $321.25 | 39.33 | $3.02 |
| | | | | Addl Tips | | | | | | $3.04 | | $3.04 | | |
| | | **Pd 1/17/14** | | | | **79.33** | **16.88** | | | | | **$873.75** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 01/19/14 | 40.00 | 14.67 | $9.00 | $558.05 | $205.13 | $0.00 | $763.18 | 54.67 | $3.75 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 01/26/14 | 36.97 | 0.00 | $9.00 | $332.73 | $114.00 | $0.00 | $446.73 | 36.97 | $3.08 |
| | | | | Addl Tips | | | | | | $5.50 | | $5.50 | | |
| | | **Pd 1/31/14** | | | | **76.97** | **14.67** | | | | | **$1,215.41** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 02/02/14 | 40.00 | 3.40 | $9.00 | $405.90 | $170.93 | $0.00 | $576.83 | 43.40 | $3.94 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Shift Manager | 02/09/14 | 40.00 | 0.14 | $9.00 | $361.89 | $165.45 | $0.00 | $527.34 | 40.14 | $4.12 |
| | | | | Addl Tips | | | | | | $18.70 | | $18.70 | | |
| | | **Pd 2/14/14** | | | | **80.00** | **3.54** | | | | | **$1,122.87** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 02/16/14 | 40.00 | 6.99 | $5.15 | $267.37 | $187.11 | $0.00 | $454.48 | 46.99 | $3.98 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 02/23/14 | 30.03 | 0.00 | $5.15 | $154.65 | $125.70 | $0.00 | $280.35 | 30.03 | $4.19 |
| | | | | Addl Tips | | | | | | $5.50 | | $5.50 | | |
| | | **Pd 2/28/14** | | | | **70.03** | **6.99** | | | | | **$740.33** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/02/14 | 40.00 | 2.35 | $5.15 | $226.63 | $176.32 | $0.00 | $402.95 | 42.35 | $4.16 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/09/14 | 40.00 | 9.95 | $5.15 | $293.36 | $166.31 | $0.00 | $459.67 | 49.95 | $3.33 |
| | | | | Addl Tips | | | | | | $5.50 | | $5.50 | | |
| | | **Pd 3/14/14** | | | | **80.00** | **12.30** | | | | | **$868.12** | | |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/16/14 | 40.00 | 10.10 | $5.15 | $294.68 | $186.63 | $0.00 | $481.31 | 50.10 | $3.73 |
| 6806 | 6806 | Redus, John 998 M | 06-0042519 | Delivery Expert | 03/23/14 | 40.00 | 2.25 | $5.15 | $225.74 | $175.96 | $0.00 | $401.70 | 42.25 | $4.16 |
| | | | | Addl Tips | | | | | | $265.43 | | $265.43 | | |
| | | **Pd 3/28/14** | | | | **80.00** | **12.35** | | | | | **$1,148.44** | | |

CSPH000298



EXHIBIT 10

CSPH000091

APP 071



CSPH000092





CSPH000094



CSPH000095



CSPH000096



CSPH000097



CSPH000098



CSPH000099





CSPH000101



CSPH000102



**Mileage & Tips**

6806 Location

Team Member:   CSPH  Support

Begin Date:   10/1/2013
End Date:   10/31/2013

| Team Member Name | ID Number | Deliveries Attempted | Deliveries Made | Mileage Rate | Mileage Adjustment | Mileage Paid | Total Tips | Total Tips % | Credit Card Tips | Credit Card Tips % | Trade Receivable Tips | Trade Receivable Tips % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Radius, John 9.98 | 6898 | | | $0.00 | $0.00 | $329.40 | $919.93 | | $869.67 | | $0.00 | |

Processing Date  7/22/2015      System Date  7/22/2015      User ID  4050      Location  6806      1:53 PM

CSPH000103



CSPH000104





CSPH000106



CSPH000107



CSPH000108



CSPH000109



Store   Team Member                    Date                Hours Avg Del  Avg Str   #Runs #Orders   Reg Paid  Bonus Pd Excess Pd  Personal   Pay/Mile  Company

EXHIBIT 11

CSPH000158

APP 091

| 6806 | Redus, John 998 | 08/28/13 | 6.58 | 22.76 | 29.48 | 8 | 9 | $8.10 | $0.00 | $0.00 | 49 | $0.17 | 0 |
| 6806 | Redus, John 998 | 08/29/13 | 10.31 | 24.76 | 22.75 | 13 | 14 | $12.60 | $0.00 | $0.00 | 77 | $0.16 | 0 |
| 6806 | Redus, John 998 | 08/31/13 | 9.47 | 25.93 | 19.66 | 13 | 15 | $13.50 | $0.00 | $0.00 | 79 | $0.17 | 0 |
| 6806 | Redus, John 998 | 09/01/13 | 8.93 | 26.12 | 14.00 | 15 | 18 | $16.20 | $0.90 | $0.00 | 92 | $0.19 | 0 |
| 6806 | Redus, John 998 | 09/02/13 | 8.30 | 35.18 | 16.95 | 12 | 17 | $15.30 | $0.00 | $0.00 | 81 | $0.19 | 0 |
| 6806 | Redus, John 998 | 09/04/13 | 13.03 | 26.60 | 26.24 | 15 | 16 | $14.40 | $0.00 | $0.00 | 89 | $0.16 | 0 |

CSPH000159

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John 998 | 09/05/13 | 8.56 | 24.06 | 16.80 | 13 | 15 | $13.50 | $0.00 | $0.00 | 79 | $0.17 | 0 |
| 6806 | Redus, John 998 | 09/06/13 | 7.32 | 32.88 | 11.56 | 11 | 17 | $15.30 | $0.00 | $0.00 | 74 | $0.21 | 0 |
| 6806 | Redus, John 998 | 09/07/13 | 4.94 | 20.62 | 28.40 | 6 | 6 | $5.40 | $0.00 | $0.00 | 33 | $0.16 | 0 |
| 6806 | Redus, John 998 | 09/08/13 | 10.41 | 22.97 | 12.18 | 20 | 24 | $21.60 | $0.00 | $0.00 | 119 | $0.18 | 0 |
| 6806 | Redus, John 998 | 09/15/13 | 11.39 | 23.80 | 13.26 | 20 | 27 | $24.30 | $0.00 | $0.00 | 124 | $0.20 | 0 |
| 6806 | Redus, John 998 | 09/16/13 | 10.50 | 24.40 | 18.60 | 16 | 17 | $15.30 | $0.00 | $0.00 | 92 | $0.17 | 0 |
| 6806 | Redus, John 998 | 09/17/13 | 8.11 | 23.36 | 19.06 | 13 | 13 | $11.70 | $0.00 | $0.00 | 75 | $0.16 | 0 |
| 6806 | Redus, John 998 | 09/18/13 | 5.46 | 25.01 | 32.00 | 6 | 7 | $6.30 | $0.00 | $0.00 | 39 | $0.16 | 0 |
| 6806 | Redus, John 998 | 09/20/13 | 7.60 | 33.76 | 8.19 | 14 | 16 | $14.40 | $0.00 | $0.00 | 87 | $0.17 | 0 |
| 6806 | Redus, John 998 | 09/21/13 | 6.71 | 21.75 | 22.40 | 9 | 9 | $8.10 | $0.00 | $0.00 | 49 | $0.16 | 0 |
| 6806 | Redus, John 998 | 09/23/13 | 8.26 | 22.03 | 40.95 | 8 | 8 | $7.20 | $0.00 | $0.00 | 47 | $0.15 | 0 |
| 6806 | Redus, John 998 | 09/24/13 | 8.83 | 23.29 | 11.25 | 16 | 16 | $14.40 | $0.00 | $0.00 | 68 | $0.21 | 0 |
| 6806 | Redus, John 998 | 09/25/13 | 9.88 | 26.55 | 25.50 | 12 | 12 | $10.80 | $0.00 | $0.00 | 64 | $0.17 | 0 |
| 6806 | Redus, John 998 | 09/26/13 | 9.85 | 29.84 | 2.43 | 22 | 24 | $21.60 | $0.00 | $0.00 | 96 | $0.22 | 0 |
| 6806 | Redus, John 998 | 09/29/13 | 4.81 | 22.76 | 8.82 | 10 | 10 | $9.00 | $0.00 | $0.00 | 41 | $0.22 | 0 |
| 6806 | Redus, John 998 | 09/30/13 | 8.80 | 28.72 | 19.80 | 12 | 12 | $10.80 | $0.00 | $0.00 | 70 | $0.16 | 0 |
| 6806 | Redus, John 998 | 10/01/13 | 9.94 | 23.98 | 21.73 | 14 | 15 | $13.50 | $0.00 | $0.00 | 81 | $0.17 | 0 |
| 6806 | Redus, John 998 | 10/03/13 | 9.27 | 27.46 | 20.50 | 12 | 16 | $14.40 | $0.00 | $0.00 | 65 | $0.22 | 0 |
| 6806 | Redus, John 998 | 10/04/13 | 11.96 | 29.60 | 14.26 | 17 | 23 | $20.70 | $0.00 | $0.00 | 117 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/05/13 | 8.74 | 28.20 | 10.04 | 15 | 22 | $19.80 | $0.00 | $0.00 | 91 | $0.22 | 0 |
| 6806 | Redus, John 998 | 10/06/13 | 10.12 | 26.39 | 9.00 | 19 | 25 | $22.50 | $0.00 | $0.00 | 122 | $0.19 | 0 |
| 6806 | Redus, John 998 | 10/08/13 | 8.36 | 26.96 | 21.93 | 11 | 12 | $10.80 | $0.00 | $0.00 | 59 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/09/13 | 7.67 | 22.97 | 16.20 | 12 | 13 | $11.70 | $0.00 | $0.00 | 69 | $0.17 | 0 |
| 6806 | Redus, John 998 | 10/10/13 | 10.12 | 26.93 | 21.05 | 13 | 14 | $12.60 | $0.00 | $0.00 | 86 | $0.15 | 0 |
| 6806 | Redus, John 998 | 10/11/13 | 8.40 | 25.72 | 19.69 | 11 | 15 | $13.50 | $0.00 | $0.00 | 73 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/12/13 | 3.56 | 18.95 | 16.00 | 6 | 6 | $5.40 | $0.00 | $0.00 | 31 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/13/13 | 5.33 | 16.96 | 21.13 | 9 | 9 | $8.10 | $0.00 | $0.00 | 30 | $0.27 | 0 |
| 6806 | Redus, John 998 | 10/14/13 | 9.58 | 20.29 | 15.86 | 16 | 17 | $15.30 | $0.00 | $0.00 | 95 | $0.16 | 0 |
| 6806 | Redus, John 998 | 10/16/13 | 6.30 | 22.32 | 29.18 | 8 | 9 | $8.10 | $0.00 | $0.00 | 35 | $0.23 | 0 |
| 6806 | Redus, John 998 | 10/17/13 | 10.59 | 22.96 | 36.93 | 11 | 13 | $11.70 | $0.00 | $0.00 | 63 | $0.19 | 0 |
| 6806 | Redus, John 998 | 10/18/13 | 7.95 | 25.77 | 10.75 | 13 | 17 | $15.30 | $0.00 | $0.00 | 84 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/19/13 | 2.62 | 18.49 | 21.45 | 4 | 4 | $3.60 | $0.00 | $0.00 | 17 | $0.21 | 0 |
| 6806 | Redus, John 998 | 10/20/13 | 6.03 | 25.29 | 10.75 | 11 | 14 | $12.60 | $0.00 | $0.00 | 77 | $0.16 | 0 |
| 6806 | Redus, John 998 | 10/21/13 | 9.31 | 25.47 | 18.94 | 14 | 16 | $14.40 | $0.00 | $0.00 | 81 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/22/13 | 7.60 | 26.41 | 49.60 | 6 | 7 | $6.30 | $0.00 | $0.00 | 46 | $0.14 | 0 |
| 6806 | Redus, John 998 | 10/23/13 | 9.10 | 27.39 | 12.21 | 14 | 21 | $18.90 | $0.00 | $0.00 | 99 | $0.19 | 0 |

CSPH000160

| 6806 | Redus, John 998 | 10/24/13 | 2.33 | 21.85 | 17.70 | 4 | 4 | $3.60 | $0.00 | $0.00 | 14 | $0.26 | 0 |
|------|-----------------|----------|------|-------|-------|----|----|--------|-------|-------|-----|-------|---|
| 6806 | Redus, John 998 | 10/25/13 | 4.62 | 23.10 | 8.33 | 9 | 11 | $9.90 | $0.00 | $0.00 | 57 | $0.17 | 0 |
| 6806 | Redus, John 998 | 10/26/13 | 7.94 | 21.97 | 20.20 | 12 | 12 | $10.80 | $0.00 | $0.00 | 58 | $0.18 | 0 |
| 6806 | Redus, John 998 | 10/29/13 | 6.41 | 26.18 | 34.80 | 7 | 8 | $7.20 | $0.00 | $0.00 | 38 | $0.19 | 0 |
| 6806 | Redus, John 998 | 10/30/13 | 8.65 | 26.11 | 8.48 | 15 | 18 | $16.20 | $0.00 | $0.00 | 98 | $0.17 | 0 |
| 6806 | Redus, John 998 | 10/31/13 | 11.32 | 24.29 | 11.43 | 21 | 25 | $22.50 | $0.00 | $0.00 | 106 | $0.21 | 0 |
| 6806 | Redus, John 998 | 11/01/13 | 11.33 | 32.05 | 7.99 | 19 | 25 | $22.50 | $0.00 | $0.00 | 133 | $0.17 | 0 |
| 6806 | Redus, John 998 | 11/02/13 | 7.79 | 22.01 | 15.42 | 13 | 14 | $12.60 | $0.00 | $0.00 | 70 | $0.18 | 0 |
| 6806 | Redus, John 998 | 11/04/13 | 10.00 | 23.34 | 23.95 | 13 | 13 | $11.70 | $0.00 | $0.00 | 77 | $0.15 | 0 |
| 6806 | Redus, John 998 | 11/05/13 | 7.39 | 26.99 | 29.78 | 8 | 10 | $9.00 | $0.00 | $0.00 | 47 | $0.19 | 0 |
| 6806 | Redus, John 998 | 11/06/13 | 7.75 | 22.25 | 19.75 | 11 | 11 | $9.90 | $0.00 | $0.00 | 73 | $0.14 | 0 |
| 6806 | Redus, John 998 | 11/07/13 | 9.44 | 21.65 | 20.57 | 14 | 14 | $12.60 | $0.00 | $0.00 | 75 | $0.17 | 0 |
| 6806 | Redus, John 998 | 11/08/13 | 9.37 | 23.40 | 16.56 | 15 | 17 | $15.30 | $0.00 | $0.00 | 67 | $0.23 | 0 |
| 6806 | Redus, John 998 | 11/09/13 | 2.93 | 26.54 | 11.76 | 5 | 5 | $4.50 | $0.00 | $0.00 | 35 | $0.13 | 0 |
| 6806 | Redus, John 998 | 11/12/13 | 7.35 | 21.83 | 19.64 | 11 | 11 | $9.90 | $0.00 | $0.00 | 59 | $0.17 | 0 |
| 6806 | Redus, John 998 | 11/13/13 | 7.23 | 25.14 | 22.32 | 10 | 12 | $10.80 | $0.00 | $0.00 | 52 | $0.21 | 0 |
| 6806 | Redus, John 998 | 11/14/13 | 8.84 | 21.60 | 28.47 | 11 | 12 | $10.80 | $0.00 | $0.00 | 59 | $0.18 | 0 |
| 6806 | Redus, John 998 | 11/15/13 | 9.46 | 24.63 | 26.45 | 12 | 15 | $13.50 | $0.90 | $0.00 | 74 | $0.19 | 0 |
| 6806 | Redus, John 998 | 11/16/13 | 8.83 | 26.56 | 19.50 | 12 | 15 | $13.50 | $0.00 | $0.00 | 79 | $0.17 | 0 |
| 6806 | Redus, John 998 | 11/17/13 | 8.66 | 20.51 | 26.78 | 11 | 12 | $10.80 | $0.00 | $0.00 | 74 | $0.15 | 0 |
| 6806 | Redus, John 998 | 11/18/13 | 6.91 | 21.64 | 26.47 | 9 | 10 | $9.00 | $0.00 | $0.00 | 43 | $0.21 | 0 |
| 6806 | Redus, John 998 | 11/19/13 | 1.96 | 23.24 | 42.60 | 2 | 2 | $1.80 | $0.00 | $0.00 | 14 | $0.13 | 0 |
| 6806 | Redus, John 998 | 11/20/13 | 8.18 | 25.49 | 21.50 | 12 | 13 | $11.70 | $0.00 | $0.00 | 76 | $0.15 | 0 |
| 6806 | Redus, John 998 | 11/21/13 | 7.48 | 21.06 | 20.67 | 11 | 13 | $11.70 | $0.00 | $0.00 | 57 | $0.20 | 0 |
| 6806 | Redus, John 998 | 11/22/13 | 9.35 | 28.95 | 12.96 | 15 | 20 | $18.00 | $0.00 | $0.00 | 103 | $0.18 | 0 |
| 6806 | Redus, John 998 | 11/23/13 | 9.69 | 26.26 | 20.36 | 14 | 15 | $13.50 | $0.00 | $0.00 | 78 | $0.17 | 0 |
| 6806 | Redus, John 998 | 11/25/13 | 8.34 | 23.40 | 20.10 | 12 | 13 | $11.70 | $0.00 | $0.00 | 77 | $0.15 | 0 |
| 6806 | Redus, John 998 | 11/26/13 | 8.73 | 25.51 | 19.71 | 13 | 13 | $11.70 | $0.00 | $0.00 | 77 | $0.15 | 0 |
| 6806 | Redus, John 998 | 11/27/13 | 6.85 | 23.86 | 17.94 | 10 | 10 | $9.00 | $0.00 | $0.00 | 67 | $0.13 | 0 |
| 6806 | Redus, John 998 | 11/29/13 | 6.01 | 21.68 | 24.60 | 8 | 8 | $7.20 | $0.00 | $0.00 | 48 | $0.15 | 0 |
| 6806 | Redus, John 998 | 11/30/13 | 7.45 | 25.51 | 14.86 | 13 | 15 | $13.50 | $0.00 | $0.00 | 71 | $0.19 | 0 |
| 6806 | Redus, John 998 | 12/01/13 | 3.41 | 23.05 | 14.10 | 6 | 7 | $6.30 | $0.90 | $0.00 | 37 | $0.20 | 0 |
| 6806 | Redus, John 998 | 12/02/13 | 8.45 | 23.60 | 61.80 | 6 | 7 | $6.30 | $0.00 | $0.00 | 34 | $0.19 | 0 |
| 6806 | Redus, John 998 | 12/03/13 | 6.98 | 28.17 | 21.07 | 9 | 11 | $9.90 | $0.00 | $0.00 | 62 | $0.16 | 0 |
| 6806 | Redus, John 998 | 12/04/13 | 7.05 | 19.29 | 19.64 | 11 | 11 | $9.90 | $0.00 | $0.00 | 73 | $0.14 | 0 |
| 6806 | Redus, John 998 | 12/05/13 | 10.78 | 28.82 | 14.36 | 17 | 22 | $19.80 | $0.00 | $0.00 | 87 | $0.23 | 0 |

CSPH000161

| 6806 | Redus, John 998 | 12/06/13 | 10.81 | 35.71 | 9.28 | 13 | 23 | $20.70 | $0.00 | $0.00 | 90 | $0.23 | 0 |
|------|-----------------|----------|-------|-------|------|----|----|--------|-------|-------|----|------|---|
| 6806 | Redus, John 998 | 12/12/13 | 7.70 | 23.77 | 23.34 | 10 | 11 | $9.90 | $0.00 | $0.00 | 51 | $0.20 | 0 |
| 6806 | Redus, John 998 | 12/13/13 | 9.20 | 35.18 | 11.36 | 14 | 19 | $17.10 | $0.00 | $0.00 | 86 | $0.20 | 0 |
| 6806 | Redus, John 998 | 12/14/13 | 7.75 | 23.59 | 21.16 | 11 | 12 | $10.80 | $0.00 | $0.00 | 61 | $0.18 | 0 |
| 6806 | Redus, John 998 | 12/16/13 | 6.99 | 28.63 | 23.40 | 10 | 10 | $9.00 | $0.00 | $0.00 | 48 | $0.19 | 0 |
| 6806 | Redus, John 998 | 12/17/13 | 7.69 | 23.53 | 29.40 | 9 | 11 | $9.90 | $0.00 | $0.00 | 52 | $0.19 | 0 |
| 6806 | Redus, John 998 | 12/18/13 | 10.30 | 24.87 | 28.25 | 12 | 13 | $11.70 | $0.00 | $0.00 | 64 | $0.18 | 0 |
| 6806 | Redus, John 998 | 12/19/13 | 8.47 | 23.59 | 23.85 | 12 | 13 | $11.70 | $0.00 | $0.00 | 55 | $0.21 | 0 |
| 6806 | Redus, John 998 | 12/20/13 | 10.12 | 30.36 | 12.96 | 15 | 19 | $17.10 | $0.00 | $0.00 | 94 | $0.18 | 0 |
| 6806 | Redus, John 998 | 12/23/13 | 7.29 | 26.02 | 22.20 | 10 | 10 | $9.00 | $0.00 | $0.00 | 43 | $0.21 | 0 |
| 6806 | Redus, John 998 | 12/24/13 | 11.16 | 22.19 | 47.40 | 10 | 12 | $10.80 | $0.00 | $0.00 | 52 | $0.21 | 0 |
| 6806 | Redus, John 998 | 12/27/13 | 8.60 | 24.62 | 23.51 | 11 | 12 | $10.80 | $0.00 | $0.00 | 68 | $0.16 | 0 |
| 6806 | Redus, John 998 | 12/28/13 | 9.27 | 19.92 | 35.64 | 10 | 10 | $9.00 | $10.00 | $0.00 | 51 | $0.37 | 0 |
| 6806 | Redus, John 998 | 12/30/13 | 6.88 | 29.14 | 17.64 | 10 | 12 | $10.80 | $0.00 | $0.00 | 63 | $0.17 | 0 |
| 6806 | Redus, John 998 | 12/31/13 | 9.61 | 27.04 | 13.06 | 17 | 20 | $18.00 | $0.00 | $0.00 | 94 | $0.19 | 0 |
| 6806 | Redus, John 998 | | 757.70 | 25.70 | 18.91 | 1,095 | 1,271 | $1,143.90 | $12.70 | $0.00 | 6,364 | $0.18 | 0 |

CSPH000162

Store    Team Member                    Date              Hours Avg Del  Avg Str   #Runs #Orders    Reg Paid  Bonus Pd Excess Pd  Personal   Pay/Mile  Company

EXHIBIT 12

CSPH000163

APP 096

| 6806 | Redus, John 998 | 12/31/13 | 9.61 | 27.04 | 13.06 | 17 | 20 | $18.00 | $0.00 | $0.00 | 94 | $0.19 | 0 |
| 6806 | Redus, John 998 | 01/02/14 | 8.62 | 24.39 | 17.35 | 13 | 13 | $11.70 | $0.00 | $0.00 | 69 | $0.17 | 0 |
| 6806 | Redus, John 998 | 01/03/14 | 8.92 | 23.22 | 16.67 | 14 | 15 | $13.50 | $0.00 | $0.00 | 78 | $0.17 | 0 |

CSPH000164

APP 097

| 6806 | Redus, John 998 | 01/04/14 | 12.90 | 22.93 | 17.85 | 20 | 25 | $22.50 | $0.00 | $0.00 | 120 | $0.19 | 0 |
| 6806 | Redus, John 998 | 01/05/14 | 9.95 | 28.56 | 10.84 | 17 | 23 | $20.70 | $0.00 | $0.00 | 114 | $0.18 | 0 |
| 6806 | Redus, John 998 | 01/06/14 | 8.26 | 22.43 | 26.02 | 11 | 11 | $9.90 | $0.00 | $0.00 | 61 | $0.16 | 0 |
| 6806 | Redus, John 998 | 01/07/14 | 7.86 | 25.96 | 30.60 | 9 | 10 | $9.00 | $5.00 | $0.00 | 52 | $0.27 | 0 |
| 6806 | Redus, John 998 | 01/08/14 | 5.40 | 20.34 | 42.96 | 5 | 5 | $4.50 | $0.00 | $0.00 | 26 | $0.17 | 0 |
| 6806 | Redus, John 998 | 01/10/14 | 6.21 | 21.32 | 27.53 | 8 | 9 | $8.10 | $0.00 | $0.00 | 49 | $0.17 | 0 |
| 6806 | Redus, John 998 | 01/11/14 | 7.01 | 24.67 | 13.50 | 12 | 12 | $10.80 | $0.00 | $0.00 | 65 | $0.16 | 0 |
| 6806 | Redus, John 998 | 01/12/14 | 4.59 | 20.28 | 20.06 | 7 | 7 | $6.30 | $0.00 | $0.00 | 38 | $0.17 | 0 |
| 6806 | Redus, John 998 | 01/13/14 | 8.36 | 22.66 | 34.87 | 9 | 9 | $8.10 | $0.00 | $0.00 | 58 | $0.14 | 0 |
| 6806 | Redus, John 998 | 01/14/14 | 8.43 | 20.26 | 20.49 | 13 | 13 | $11.70 | $0.00 | $0.00 | 59 | $0.20 | 0 |
| 6806 | Redus, John 998 | 01/16/14 | 8.28 | 22.23 | 27.18 | 10 | 10 | $9.00 | $0.00 | $0.00 | 50 | $0.18 | 0 |
| 6806 | Redus, John 998 | 01/17/14 | 10.51 | 21.51 | 22.96 | 15 | 15 | $13.50 | $0.00 | $0.00 | 70 | $0.19 | 0 |
| 6806 | Redus, John 998 | 01/18/14 | 6.99 | 24.90 | 14.02 | 11 | 14 | $12.60 | $0.00 | $0.00 | 73 | $0.17 | 0 |
| 6806 | Redus, John 998 | 01/19/14 | 12.10 | 24.42 | 18.97 | 18 | 22 | $19.80 | $0.00 | $0.00 | 104 | $0.19 | 0 |
| 6806 | Redus, John 998 | 01/20/14 | 4.74 | 25.78 | 21.43 | 7 | 7 | $6.30 | $0.00 | $0.00 | 35 | $0.18 | 0 |
| 6806 | Redus, John 998 | 01/21/14 | 6.98 | 22.84 | 25.60 | 9 | 9 | $8.10 | $0.00 | $0.00 | 52 | $0.16 | 0 |
| 6806 | Redus, John 998 | 01/22/14 | 9.57 | 20.87 | 54.00 | 8 | 8 | $7.20 | $0.00 | $0.00 | 41 | $0.18 | 0 |
| 6806 | Redus, John 998 | 01/23/14 | 3.40 | 16.88 | 84.00 | 2 | 2 | $1.80 | $0.00 | $0.00 | 10 | $0.18 | 0 |
| 6806 | Redus, John 998 | 01/24/14 | 8.47 | 29.00 | 19.90 | 12 | 14 | $12.60 | $0.00 | $0.00 | 62 | $0.20 | 0 |
| 6806 | Redus, John 998 | 01/25/14 | 3.81 | 21.43 | 15.90 | 6 | 6 | $5.40 | $0.00 | $0.00 | 34 | $0.16 | 0 |
| 6806 | Redus, John 998 | 01/27/14 | 6.59 | 22.54 | 9.28 | 15 | 16 | $14.40 | $0.00 | $0.00 | 52 | $0.28 | 0 |
| 6806 | Redus, John 998 | 01/29/14 | 6.82 | 21.73 | 116.80 | 3 | 3 | $2.70 | $0.00 | $0.00 | 16 | $0.17 | 0 |
| 6806 | Redus, John 998 | 01/30/14 | 7.39 | 20.54 | 36.15 | 8 | 8 | $7.20 | $0.00 | $0.00 | 45 | $0.16 | 0 |
| 6806 | Redus, John 998 | 01/31/14 | 5.00 | 31.17 | 7.67 | 9 | 12 | $10.80 | $0.00 | $0.00 | 54 | $0.20 | 0 |
| 6806 | Redus, John 998 | 02/01/14 | 9.72 | 26.64 | 12.83 | 16 | 17 | $15.30 | $0.00 | $0.00 | 104 | $0.15 | 0 |
| 6806 | Redus, John 998 | 02/02/14 | 7.88 | 21.65 | 12.69 | 14 | 18 | $16.20 | $0.00 | $0.00 | 85 | $0.19 | 0 |
| 6806 | Redus, John 998 | 02/03/14 | 4.49 | 22.96 | 25.30 | 6 | 7 | $6.30 | $0.00 | $0.00 | 28 | $0.22 | 0 |
| 6806 | Redus, John 998 | 02/04/14 | 6.27 | 19.47 | 17.51 | 11 | 12 | $10.80 | $0.00 | $0.00 | 52 | $0.21 | 0 |
| 6806 | Redus, John 998 | 02/05/14 | 7.42 | 20.87 | 15.92 | 13 | 16 | $14.40 | $0.00 | $0.00 | 76 | $0.19 | 0 |
| 6806 | Redus, John 998 | 02/06/14 | 10.50 | 30.10 | 21.37 | 13 | 19 | $17.10 | $0.90 | $0.00 | 82 | $0.22 | 0 |
| 6806 | Redus, John 998 | 02/07/14 | 8.56 | 25.58 | 13.16 | 14 | 17 | $15.30 | $0.00 | $0.00 | 87 | $0.18 | 0 |
| 6806 | Redus, John 998 | 02/08/14 | 2.90 | 19.42 | 15.84 | 5 | 5 | $4.50 | $0.00 | $0.00 | 20 | $0.22 | 0 |
| 6806 | Redus, John 998 | 02/10/14 | 4.26 | 24.24 | 17.31 | 7 | 8 | $7.20 | $0.00 | $0.00 | 34 | $0.21 | 0 |
| 6806 | Redus, John 998 | 02/11/14 | 7.42 | 25.60 | 32.25 | 8 | 12 | $10.80 | $0.00 | $0.00 | 55 | $0.20 | 0 |
| 6806 | Redus, John 998 | 02/13/14 | 7.71 | 25.12 | 24.30 | 10 | 12 | $10.80 | $0.00 | $0.00 | 54 | $0.20 | 0 |
| 6806 | Redus, John 998 | 02/14/14 | 8.11 | 31.83 | 16.75 | 11 | 18 | $16.20 | $0.00 | $0.00 | 67 | $0.24 | 0 |

CSPH000165

| 6806 | Redus, John 998 | 02/15/14 | 10.35 | 30.53 | 13.60 | 15 | 20 | $18.00 | $0.90 | $0.00 | 94 | $0.20 | 0 |
| 6806 | Redus, John 998 | 02/16/14 | 9.14 | 29.29 | 24.95 | 12 | 15 | $13.50 | $0.00 | $0.00 | 70 | $0.19 | 0 |
| 6806 | Redus, John 998 | 02/18/14 | 7.12 | 31.68 | 37.20 | 7 | 11 | $9.90 | $0.00 | $0.00 | 37 | $0.27 | 0 |
| 6806 | Redus, John 998 | 02/19/14 | 4.31 | 22.69 | 19.40 | 6 | 6 | $5.40 | $0.00 | $0.00 | 38 | $0.14 | 0 |
| 6806 | Redus, John 998 | 02/20/14 | 5.98 | 25.76 | 10.92 | 10 | 10 | $9.00 | $0.00 | $0.00 | 59 | $0.15 | 0 |
| 6806 | Redus, John 998 | 02/21/14 | 7.17 | 25.52 | 10.02 | 13 | 15 | $13.50 | $0.00 | $0.00 | 83 | $0.16 | 0 |
| 6806 | Redus, John 998 | 02/22/14 | 5.45 | 22.26 | 8.29 | 11 | 11 | $9.90 | $0.00 | $0.00 | 66 | $0.15 | 0 |
| 6806 | Redus, John 998 | 02/25/14 | 6.71 | 27.46 | 6.36 | 15 | 17 | $15.30 | $0.00 | $0.00 | 79 | $0.19 | 0 |
| 6806 | Redus, John 998 | 02/26/14 | 7.33 | 23.08 | 18.11 | 11 | 12 | $10.80 | $0.00 | $0.00 | 65 | $0.17 | 0 |
| 6806 | Redus, John 998 | 02/27/14 | 5.11 | 26.13 | 14.55 | 8 | 10 | $9.00 | $0.00 | $0.00 | 42 | $0.22 | 0 |
| 6806 | Redus, John 998 | 02/28/14 | 8.76 | 27.37 | 16.24 | 14 | 19 | $17.10 | $0.00 | $0.00 | 73 | $0.23 | 0 |
| 6806 | Redus, John 998 | 03/01/14 | 7.50 | 24.71 | 11.66 | 14 | 16 | $14.40 | $0.00 | $0.00 | 70 | $0.20 | 0 |
| 6806 | Redus, John 998 | 03/02/14 | 6.94 | 36.18 | 2.48 | 8 | 16 | $14.40 | $0.00 | $0.00 | 62 | $0.23 | 0 |
| 6806 | Redus, John 998 | 03/04/14 | 10.16 | 29.48 | 27.50 | 12 | 14 | $12.60 | $0.00 | $0.00 | 70 | $0.18 | 0 |
| 6806 | Redus, John 998 | 03/05/14 | 4.09 | 27.86 | 11.23 | 7 | 9 | $8.10 | $0.00 | $0.00 | 42 | $0.19 | 0 |
| 6806 | Redus, John 998 | 03/06/14 | 7.73 | 26.30 | 23.29 | 11 | 13 | $11.70 | $0.00 | $0.00 | 44 | $0.27 | 0 |
| 6806 | Redus, John 998 | 03/07/14 | 8.40 | 23.02 | 17.35 | 13 | 13 | $11.70 | $0.00 | $0.00 | 74 | $0.16 | 0 |
| 6806 | Redus, John 998 | 03/08/14 | 8.52 | 22.07 | 12.68 | 16 | 18 | $16.20 | $0.00 | $0.00 | 73 | $0.22 | 0 |
| 6806 | Redus, John 998 | 03/09/14 | 11.05 | 24.29 | 25.40 | 15 | 16 | $14.40 | $0.00 | $0.00 | 77 | $0.19 | 0 |
| 6806 | Redus, John 998 | 03/11/14 | 8.79 | 22.58 | 23.40 | 12 | 12 | $10.80 | $0.00 | $0.00 | 83 | $0.13 | 0 |
| 6806 | Redus, John 998 | 03/12/14 | 5.03 | 24.69 | 13.73 | 9 | 10 | $9.00 | $0.00 | $0.00 | 46 | $0.20 | 0 |
| 6806 | Redus, John 998 | 03/13/14 | 13.11 | 27.32 | 19.47 | 20 | 23 | $20.70 | $0.00 | $0.00 | 95 | $0.22 | 0 |
| 6806 | Redus, John 998 | 03/14/14 | 7.57 | 23.46 | 26.47 | 9 | 9 | $8.10 | $0.00 | $0.00 | 56 | $0.15 | 0 |
| 6806 | Redus, John 998 | 03/15/14 | 6.34 | 27.90 | 13.62 | 10 | 16 | $14.40 | $0.00 | $0.00 | 56 | $0.26 | 0 |
| 6806 | Redus, John 998 | 03/16/14 | 9.26 | 23.01 | 22.29 | 14 | 14 | $12.60 | $0.00 | $0.00 | 72 | $0.18 | 0 |
| 6806 | Redus, John 998 | 03/17/14 | 7.90 | 25.39 | 18.32 | 13 | 14 | $12.60 | $0.00 | $0.00 | 65 | $0.19 | 0 |
| 6806 | Redus, John 998 | 03/18/14 | 8.58 | 32.58 | 16.38 | 13 | 18 | $16.20 | $0.00 | $0.00 | 74 | $0.22 | 0 |
| 6806 | Redus, John 998 | 03/20/14 | 7.77 | 23.41 | 22.58 | 11 | 13 | $11.70 | $0.00 | $0.00 | 66 | $0.18 | 0 |
| 6806 | Redus, John 998 | 03/21/14 | 8.10 | 25.73 | 11.31 | 14 | 19 | $17.10 | $0.00 | $0.00 | 79 | $0.22 | 0 |
| 6806 | Redus, John 998 | 03/22/14 | 7.70 | 23.77 | 22.91 | 11 | 12 | $10.80 | $0.00 | $0.00 | 61 | $0.18 | 0 |
| 6806 | Redus, John 998 | 03/23/14 | 2.20 | 21.28 | 14.10 | 4 | 4 | $3.60 | $0.00 | $0.00 | 23 | $0.16 | 0 |
| 6806 | Redus, John 998 | | 526.18 | 25.39 | 19.13 | 774 | 904 | $813.60 | $6.80 | $0.00 | 4,317 | $0.19 | 0 |

## EMPLOYEE/DRIVER AGREEMENT

I authorize CSPH, Inc. dba Domino's Pizza, to obtain my MVR. I understand that my record may be verified periodically at the Company's discretion. I also understand that if my record does not meet Company requirements I can be terminated from my employment.

**I understand that I <u>must</u> have liability insurance coverage while I am driving for CSPH, Inc. dba Domino's Pizza and that CSPH, Inc. dba Domino's Pizza is <u>not</u> responsible for physical damage to my vehicle.**

I understand that I will not be penalized for any deliveries past Domino's Pizza, Inc.'s 30 minute delivery goal.

I understand that I am required to use a Cartop sign, and failure to do so will result in disciplinary action, up to and including termination.

I understand the importance of safety and agree to the following safety policies while working.

1. To obey <u>all</u> traffic laws at <u>all</u> times and to notify senior management of any pressure or coercion to break any traffic laws while making a delivery.
2. To keep my car in safe working order, and if it is not in good order, I understand that I can be taken off the road.
3. To wear my safety belt at all times.
4. To not eat or drink while driving.
5. To place the hot box and drinks in the prescribed area of the vehicle.
6. To never drive after having consumed drugs or alcohol.
7. No persons other than on-the-job employees and authorized security personnel are permitted to ride in my delivery vehicle, either company owned or personal, while making deliveries.
8. To bring my vehicle to a complete and safe stop any time I use a spotlight, lamp, or cellular phone.
9. I understand that if management requires that I take a driver safety class, failure to do so may result in termination of my employment.
10. To notify CSPH, Inc. dba Domino's Pizza when I have received a ticket or have been arrested for any driving related offenses.
11. To notify CSPH, Inc. dba Domino's Pizza when my driving privileges have been suspended, revoked or restricted.
12. To notify CSPH, Inc. dba Domino's Pizza when there has been any change in my car insurance.
13. To promptly report to my manager any incident involving the use of a car while I am working, whether or not it results to any injury to any person or damage to any vehicle or other property, and regardless of whom I believe to be at fault.
14. To always drive courteously and practice defensive driving techniques.
15. To only drive the insured car listed on the insurance form or designated Company vehicle unless prior approval has been obtained.

## TIP REPORTING REQUIREMENT

I understand that if employed in a position where tips will be received, Federal tax law requires me to report to my employer, on a periodic basis, the full amount of any and all tips received. I understand that failure to properly report tip income for tax purposes can result in fines, imprisonment or both. I agree to follow any policies established by the Company with regards to the reporting of tip income.

**EXHIBIT 13**

CSPH000313

## RELEASE OF LIABILITY/MEDICAL AUTHORIZATION

I understand that the Company has a drug free workplace policy which may, from time to time require drug/alcohol testing of employees.

a) I hereby consent to undergo a blood test, breathalyzer or urinalysis test or procedure (a "drug/alcohol test") for the purpose of determining my fitness for continued employment by the Company and for the purpose of determining the presence in my system of alcohol, illegal drugs or any other drugs prohibited by the Drug, Alcohol and Safety Policy of the Company.

I agree that the drug test will be given by a physician or medical facility selected by the Company and will be done on Company paid time and at the Company's expense. I agree to go immediately to the physician or medical facility directed by the Company to undergo the drug/alcohol test. I consent to the disclosure of the results of the drug/alcohol test to the Company. I hereby release the Company from any and all liability of any kind resulting from the testing procedure or the transfer of information obtained there from.

b) I understand that my employment is contingent upon my passing a drug/alcohol test to determine the presence of alcohol, illegal drugs, or other drugs in my system. I understand that I will not be employed if the drug/alcohol test indicates a positive result.

c) I hereby consent to a urinalysis or if required, a blood test or breathalyzer test to be administered by a physician or medical facility selected by the Company, at the Company's expense. I further consent to the disclosure of the results of the drug/alcohol test to the Company. I hereby release the Company from any and all liability of any kind resulting from the testing procedure or the transfer of information obtained there from. My signature at the end of this packet shall indicate my acknowledgment that I have read the foregoing, or that it has been read to me, and that I understand it fully.

d) If I am unable to sign a written test consent form for any reason, I hereby authorize and direct my legal representative to sign any such consent form which may be presented prior to conduction of a drug/alcohol test.

I understand that any positive results from such a test may result in disciplinary action, up to and including termination.

My signature at the end of this packet indicates my acknowledgment that I have read the foregoing or that it has been read to me, that I understand it fully, and that I hereby voluntarily give my consent for the Company to search my person, personal effect, vehicle, and other property located on the Company premises or work sites, Company or personal lockers, desk, file cabinets, lunch boxes, or other containers and the contents of all the forgoing brought on Company premises or work sites.

## IMPORTANT NOTICE

You are hereby notified that this company DOES NOT HAVE WORKER'S COMPENSATION INSURANCE to protect you from damages because of work-related illness or injury, but instead takes care of employees injured on the job through a voluntary employee injury benefit program independent from the Texas Worker's Compensation Act.

All employees must comply with the following Company policy.

1. **Report your injury immediately.** You must report your injury to your supervisor by the end of the work shift for the date of the Injury. Don't wait! Your injury might get worse and we want to help you.

2. **Fill out an Incident Report.** You must complete a report that provides details of the incident that resulted in your injury within 24 hours after the injury is reported. You and the Company will then work together to investigate your claim.

3. **Use an Approved Physician or Approved Facility for Medical Treatment.** In order to receive injury benefits, you must use physicians, hospitals, clinics and other health care providers and facilities that have been approved by the Plan's Claims Administrator. You must also receive your first medical treatment form an Approved Physician or Approved Facility within 14 days after the date of your injury.

4. **Submit to a Drug and /or Alcohol Screen.** If you are injured on the job, you will be required to submit to a drug and/or alcohol test, in accordance with CSPH, Inc. Drug-Free Workplace Policy.

5. **Follow the Doctor's Orders.** You must follow the approved physician's instructions and keep all scheduled appointments with health care providers.

6. **Welcome Back!** You must keep the Company informed about your return to work status. We will look forward to welcoming you back as soon as the treating physician issues a medical release saying you are able to return to full or Modified Duty.

Employment of any kind may be terminated should the Company discover the injury was not clearly sustained on the job in the furtherance of the Company's business or for failure to comply with Company Policy. Payment does not constitute admission or liability on the part of the Company. The Company retains the right to make changes in the program.

## NOTICE TO NEW EMPLOYEE

A. **CSPH, Inc. is an Equal Opportunity Employer.** CSPH, Inc. dba Domino's Pizza is an equal opportunity employer, and always endeavors to select the best qualified individual for the job based up on the related qualifications, regardless of race, creed, sex, national origin, age, disability or other protected class under state, federal or local Equal Employment Opportunity Laws.

B. **At-Will Employment Statement.** I understand that an offer of employment is not a contract. I declare my answers to the questions on my application are true and give the Company the right to investigate all references and information given. I agree that any false

statement or misrepresentation on my application will be cause for refusal to hire or immediate dismissal. I also agree that I am an "at-will" employee and that my employment may be terminated within the sole discretion of the Company at any time without liability for wages or salary except such as may have been earned at the date of such termination.

C. **Background Checks, Investigation, and Searches.** By signing below, I request, authorize, and consent to the Company's thorough investigation of my background to ascertain whether I have any criminal convictions and all surrounding circumstances available through lawful means. I authorize the release of any information maintained by any local, municipal, city, county, state, or federal governmental or policy agency concerning any criminal records involving me. If necessary, I authorize any physician, hospital, credit bureau, or police department to release any information that is necessary to determine my ability to perform the specific duties and responsibilities of a job I am being considered for during my employment with the Company. If requested by management at any time I also agree to submit to search of my person or any locker that may be assigned to me, and I hereby waive all claims for damages on account of such examination. I hereby release this Company, its officers, employees, representatives, or agents, from any and all liability and/or damages incurred by myself in obtaining such information.

D. **CSPH, Inc. and the Americans with Disabilities Act – Rights of Disabled Workers.** I understand that if I have a physical or mental impairment that substantially limits one or more of my life activities, or a record of such impairment, or otherwise believe myself covered by the Americans With Disabilities Act (the "Act"), I can advise the Company at the time of my hire about the accommodations the Company could make to enable me to perform the essential functions of the job I am filling. I understand that submission of this information is voluntary and refusal to provide it will not subject me to adverse treatment in the employment process. I further understand that information obtained by the Company will be kept confidential, except that (1) supervisors and managers may be informed regarding restrictions on my work or duties, and regarding necessary accommodations, (2) first aid and safety personnel may be informed, when and to the extent appropriate, if the condition might require emergency treatment, and (3) government officials investigating compliance with the Act may be informed. In this connection, I authorize any physician or hospital to release any information that may be necessary to determine my ability to perform the essential functions of a job for which I am being considered in the future during my employment with this Company. I understand the Company may require me to take a physical examination, including urinalysis, the results of which I agree can be reported to the Company.

I have read and fully understand all pages of this packet.

8/9/2013
_____
Date

Russell Rone
_____
Signature of New Employee

## FIVE STAR CONFIRMATION SHEET

STORE # _6806_     TEAM MEMBER TELEPHONE NUMBER _214-733-7538_

DATE FIVE STAR TAKEN _8/11/13_

TEAM MEMBER POSITION:   __✓__ DRIVER     _____ CSR

TEAM MEMBER NAME (PLEASE PRINT) _Russell Rowe_

TEAM MEMBER SOCIAL SECURITY NUMBER _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_

I certify that I have reviewed all information provided in 5 Star training including the CSPH, Inc. Dispute Resolution Program, Team Member Policy Manual, Employee Safety Handbook, and the CSPH, Inc. Injury Benefit Plan. I understand that it is my responsibility to clarify any questions I have regarding the contents, and agree that my employment shall be in accordance with the terms of these policies and programs.

I understand that CSPH, Inc. offers team members the option of viewing, reading, and printing documents electronically. **By providing my e-mail address below I agree that any electronic documents sent to me are equal to a printed version. I also understand that I may rescind this authorization in writing at any time to Joy Wilson, CSPH, Inc. Director of Human Resource Services, or request a printed version of any Company public document by contacting her at 214/640-4017.**

I also confirm that I have been notified that CSPH, Inc. utilizes the tip credit provision of the Fair Labor Standards Act in payment of wages to delivery team members. I understand that currently for new delivery team members the standard hourly wage paid is $5.15 per hour, plus tip credit of $2.10. I understand that the tip credit claimed by CSPH, Inc. cannot exceed the amount of tips I receive, and that if my combined total of wages plus tips is less than the prevailing minimum wage of $7.25 per hour I will be paid an additional amount in wages to meet minimum wage. I understand that all tips received by tipped employees are to be retained by the employee except for a valid tip pooling arrangement, which CSPH, Inc. does not currently employ.

_____   _8/11/2013_
| SIGNATURE                DATE

MY E-MAIL ADDRESS FOR RECEIVING COMPANY DOCUMENTS IS:

_rowebot@sbcglobal.net_
Please print carefully and legibly

EXHIBIT 14

CSPH000339

IMPORTANT NOTICE FOR DELIVERY TEAM MEMBERS -- TIP CREDIT

This is to advise you that CSPH, Inc. dba Domino's Pizza utilizes the tip credit provision of the Fair Labor Standards Act (FLSA) in payment of wages to delivery team members. The tip credit does not apply to any tipped employee unless the employee has been informed of tip credit provisions.

1. Your current hourly wage rate of $7.25 consists of the following:
   **(Manager please mark current hourly rate for the employee)**

| Cash wage amount + paid per hour | Tip credit claimed per hour | Cash wage amount + paid per hour | Tip credit claimed per hour |
|---|---|---|---|
| ✓ 5.15 | 2.10 | ___5.60 | 1.65 |
| ___5.20 | 2.05 | ___5.65 | 1.60 |
| ___5.25 | 2.00 | ___5.70 | 1.55 |
| ___5.30 | 1.95 | ___5.75 | 1.50 |
| ___5.35 | 1.90 | ___5.80 | 1.45 |
| ___5.40 | 1.85 | ___5.85 | 1.40 |
| ___5.45 | 1.80 | ___5.90 | 1.35 |
| ___5.50 | 1.75 | ___5.95 | 1.30 |
| ___5.55 | 1.70 | ___6.00 | 1.25 |

2. The tip credit claimed by CSPH, Inc. dba Domino's Pizza cannot exceed the amount of tips received by tipped employees. This means that if you do not receive enough tips to bring you to the current minimum wage of $7.25 per hour, you will be paid the additional wage amount needed to bring you to minimum wage. This amount will be shown on your pay stub as "Tips Differential".

3. All tips received by tipped employees are to be retained by the employee except for a valid tip pooling arrangement limited to employees who customarily and regularly receive tips. We do not currently employ tip pooling so tipped employees retain all tips received.

If you have any questions or concerns about tip credit, please contact your district manager or Joy Wilson at 214/640-4017.

_Russell Rowe_
**Employee's Printed Name**

_Russell Rowe_ (signature)
**Signature**

(signature)
**Manager's Sigature**

**EXHIBIT 15**

CSPH000319

I have read the Equal Employment Opportunity poster and fully understand all information in this packet, motor vehicle requirements, appearance standards, and team member job description.

I understand that delivery personnel are tipped employees, with tips received counted as wages for purposes of FLSA.

Manager:  Please complete this box

New Employee Name _Russell Rowe_   Store # _6806_

Position _Driver_

Hourly Rate _5.15_   Tip Credit Amt (If Delivery) _2.10_

New Employee Signature _Russell Rowe_   Date _8/9/2013_

Manager Signature _Glenn Morrison_   Date _8-9-2013_

No personal medical information will be included in this file.

EXHIBIT 16

CSPH000317

APP 106



# Direct Deposit Set-Up Form

## EMPLOYEE INFORMATION

**Employee**

RUSSELL G ROWE

**Address**

5813 PINE MEADOW LN

| **City** | **State** | **Zip** |
|---|---|---|
| MCKINNEY | TX | 75070-6675 |

**Company Employee ID**

## ACCOUNT INFORMATION

**Chase routing number**

111000614

**Account number**

208710939

```
RUSSELL G ROWE
5813 PINE MEADOW LN
MCKINNEY
TX 75070-6675                                    101

                                                 $
CHASE

   111000614  208710939  0101
```
*Void Void Void Void*

**Deposit To:**

  X **Checking**

    **Savings**

*e m in file*

## EMPLOYEE AGREEMENT

I authorize ~~Empire~~ *C.S.P.H., Inc.*_____ to automatically deposit my payroll check into my account listed above. (This includes authorization to correct any entries made in error.) This authorization will remain in effect until I give written notice to cancel it.

_____   _8/9/2013_
**Employee Signature**   **Date**

Employee: If there are any questions, please call: AARON SEYMOUR
Chase Banker (972) 547-1000

JPMorgan Chase Bank, N.A. Member FDIC
© 2008 JPMorgan Chase & Co.

CHASE

CSPH000386

EXHIBIT 17

APP 107



# DOMINO'S PIZZA PARTNERS FOUNDATION

### What is the Partners' Foundation?

An independent philanthropic foundation established by the company and its franchisees, the Partners Foundation provides assistance to team members in time of tragedy or special need. Team members throughout the Domino's system worldwide can apply. The foundation's first concern is for team members facing a crisis as the result of a situation that occurred while on the job. Other examples include fire, natural disasters, medical emergency or the death of an employee or immediate family member.

### How are funds distributed?

The foundation is governed by a Board of Directors that represents every entity of the company. An Executive Director and staff are responsible for the day-to-day operation of Partners including research study and decisions on all requests. Some cases are referred to the Board for final approval. The Partners office is located at Domino's Pizza's World Headquarters in Ann Arbor, Michigan. Office hours are 9 a.m. – 5:30 p.m. ET. The telephone numbers are voice (734)930-3297, Fax (800)253-8182.

### How can you help the Foundation?

The major source of funding for the Foundation is the Payroll Deduction Program. This important revenue establishes a basis for budgeting for Partners and provides a means for every team member to contribute at a rate that is appropriate for him/her. The goal is to have 100% of Domino's employees enrolled in the program.

---

### DOMINO'S PIZZA PARTNERS FOUNDATION PAYROLL DEDUCTION

✓ Yes, I would like to participate. Please deduct from each of my paychecks:

$1 ____ $2 ✓ $5 ____ $10 ____ $20 ____ Other $____

____ No, I am not able to help out

Signature *Russell Kane*                    Date 8/9/2013

CSPH000308

EXHIBIT 18

APP 108

## PAYROLL AUTHORIZATION DEDUCTION FORM

Office Use Only: Invoice #: _920_
Date: _3-17_
Sign Off: _55_

*ISSUED*

PLEASE PRINT NAME CLEARLY
I _Russell Rowe_ authorize C.S.P.H. Inc. dba Domino's Pizza
to deduct from my paycheck an installment of:

| Domino's Crew Neck Shirt **(BLUE)** | Domino's Light-Weight Jacket | Domino's Baseball Cap |
|---|---|---|
| Qty _1_ x $10.00 | Qty____ x $40.00 | Qty___ x $5.00 |
| CIRCLE ONE SIZE: | Domino's Fleece Jacket | Gear Crew Visors |
| | Qty____ x $45.00 | Qty___ x $5.00 |

**Domino's Crew Neck Shirt (BLUE)**

CIRCLE ONE SIZE:

| **MENS:** | **WOMEN'S** |
|---|---|
| SMALL | SMALL |
| MEDIUM | MEDIUM |
| LARGE | LARGE |
| X-LARGE | X-LARGE |
| 2X-LARGE | 2X-LARGE |
| 4X-LARGE | 4X-LARGE |
| 6X-LARGE | 6X-LARGE |

**Domino's Light-Weight Jacket**

Qty____ x $40.00

**Domino's Fleece Jacket**

Qty____ x $45.00

CIRCLE ONE SIZE:
SMALL
MEDIUM
LARGE
X-LARGE
2X-LARGE
4X-LARGE
6X-LARGE

**Domino's Polo Shirt (BLACK)**
**(MANAGEMENT PERSONNEL ONLY)**
Qty____ x $12.00

CIRCLE ONE SIZE:

| **MENS:** | **WOMEN'S** |
|---|---|
| SMALL | SMALL |
| MEDIUM | MEDIUM |
| LARGE | LARGE |
| X-LARGE | X-LARGE |
| 2X-LARGE | 2X-LARGE |
| 4X-LARGE | 4X-LARGE |
| 6X-LARGE | 6X-LARGE |

**Domino's Polo Shirt (BLUE)**

Qty____ x $12.00

CIRCLE ONE SIZE:

| **MENS:** | **WOMEN'S** |
|---|---|
| SMALL | SMALL |
| MEDIUM | MEDIUM |
| LARGE | LARGE |
| X-LARGE | X-LARGE |
| 2X-LARGE | 2X-LARGE |
| 4X-LARGE | 4X-LARGE |
| 6X-LARGE | 6X-LARGE |

I understand the purchase of these items is optional.

TOTAL DEDUCTION:
_$10.00_

_____
Signature

_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_
Social Security Number

_3/11/14_
Date

_6806_
Store Number

_Russ_
Name of Area Supervisor (Please Print Clearly)

**EXHIBIT 19**

CSPH000366

APP 109

**CSPH, Inc. Q4 2013**

PAYROLL CHECK HISTORY REPORT

*DETAIL FOR YEAR 2013*
*SORTED BY EMPLOYEE NUMBER*

DEPARTMENT NO: 06 #6806 - MCKINNEY

| EMPLOYEE/ CHK DATE | CHK NO | | REG HOURS | O/T HOURS | GROSS WAGES | FEDERAL W/H | FICA W/H | MEDICARE W/H | STATE W/H | OTHER TAXES | OTHER DEDUCTIONS | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-0043384 | ROWE, RUSSELL G. | | | | SSN: 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 | | | | | | | |
| 08/16/13 | 141808 | | 8.11 | 0.00 | 58.80 | 0.00 | 3.65 | 0.85 | 0.00 | 0.00 | 2.00 | 52.30 |
| 08/30/13 | 141968 | | 61.69 | 0.00 | 543.34 | 0.00 | 33.68 | 7.88 | 0.00 | 0.00 | 221.27 | 280.51 |
| 09/13/13 | D42914 | D | 34.01 | 0.00 | 325.82 | 0.00 | 20.20 | 4.72 | 0.00 | 0.00 | 152.67 | 148.23 |
| 0043384 QTR 3: | | | 103.81 | 0.00 | 927.96 | 0.00 | 57.53 | 13.45 | 0.00 | 0.00 | 375.94 | 481.04 |
| 10/25/13 | D44884 | D | 40.00 | 0.27 | 359.90 | 0.00 | 22.31 | 5.22 | 0.00 | 0.00 | 153.53 | 178.84 |
| 11/08/13 | D45511 | D | 48.24 | 0.00 | 486.51 | 0.00 | 30.16 | 7.05 | 0.00 | 0.00 | 240.07 | 209.23 |
| 11/22/13 | D46168 | D | 61.91 | 0.00 | 549.24 | 0.00 | 34.05 | 7.96 | 0.00 | 0.00 | 232.40 | 274.83 |
| 12/06/13 | D46795 | D | 57.09 | 1.86 | 529.28 | 0.00 | 32.81 | 7.67 | 0.00 | 0.00 | 220.95 | 267.85 |
| 12/20/13 | D47478 | D | 61.68 | 7.78 | 701.19 | 0.00 | 43.48 | 10.17 | 0.00 | 0.00 | 317.27 | 330.27 |
| 0043384 QTR 4: | | | 268.92 | 9.91 | 2,626.12 | 0.00 | 162.81 | 38.07 | 0.00 | 0.00 | 1,164.22 | 1,261.02 |
| YTD TOTAL: | | | 372.73 | 9.91 | 3,554.08 | 0.00 | 220.34 | 51.52 | 0.00 | 0.00 | 1,540.16 | 1,742.06 |
| DEPT 06 TOTAL: | | | 372.73 | 9.91 | 3,554.08 | 0.00 | 220.34 | 51.52 | 0.00 | 0.00 | 1,540.16 | 1,742.06 |
| REPORT TOTAL: | | | 372.73 | 9.91 | 3,554.08 | 0.00 | 220.34 | 51.52 | 0.00 | 0.00 | 1,540.16 | 1,742.06 |

EXHIBIT 20

APP 110

**C.S.P.H, INC DBA DOMINO'S PIZZA Q4 2014**

PAYROLL CHECK HISTORY REPORT

*DETAIL FOR YEAR 2014*
*SORTED BY EMPLOYEE NUMBER*

DEPARTMENT NO: 06 #6806 - MCKINNEY

| EMPLOYEE/ CHK DATE | CHK NO | | REG HOURS | O/T HOURS | GROSS WAGES | FEDERAL W/H | FICA W/H | MEDICARE W/H | STATE W/H | OTHER TAXES | OTHER DEDUCTIONS | CHECK AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06-0043384 | ROWE, RUSSELL G. | | | SSN: 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 | | | | | | | | |
| 01/03/14 | D48152 | D | 60.09 | 12.12 | 711.70 | 0.00 | 44.13 | 10.32 | 0.00 | 0.00 | 297.89 | 359.36 |
| 01/17/14 | D48840 | D | 78.48 | 14.55 | 987.58 | 0.00 | 61.23 | 14.32 | 0.00 | 0.00 | 457.73 | 454.30 |
| 01/31/14 | D49488 | D | 79.22 | 13.89 | 839.21 | 0.00 | 52.03 | 12.17 | 0.00 | 0.00 | 311.34 | 463.67 |
| 02/14/14 | D50186 | D | 59.00 | 0.00 | 536.74 | 0.00 | 33.28 | 7.78 | 0.00 | 0.00 | 234.89 | 260.79 |
| 02/28/14 | D50858 | D | 46.73 | 0.00 | 492.85 | 0.00 | 30.56 | 7.15 | 0.00 | 0.00 | 254.19 | 200.95 |
| 03/14/14 | D51589 | D | 43.58 | 0.00 | 430.45 | 0.00 | 26.69 | 6.24 | 0.00 | 0.00 | 208.01 | 189.51 |
| 03/28/14 | D52272 | D | 55.93 | 0.00 | 532.52 | 0.00 | 33.02 | 7.72 | 0.00 | 0.00 | 256.48 | 235.30 |
| 0043384 QTR 1: | | | 423.03 | 40.56 | 4,531.05 | 0.00 | 280.94 | 65.70 | 0.00 | 0.00 | 2,020.53 | 2,163.88 |
| 04/11/14 | D53006 | D | 60.03 | 0.00 | 583.16 | 0.00 | 36.16 | 8.46 | 0.00 | 0.00 | 276.00 | 262.54 |
| 04/25/14 | D53692 | D | 34.62 | 0.00 | 334.57 | 0.00 | 20.74 | 4.85 | 0.00 | 0.00 | 158.28 | 150.70 |
| 06/20/14 | D56405 | D | 36.28 | 0.00 | 310.87 | 0.00 | 19.28 | 4.51 | 0.00 | 0.00 | 123.07 | 164.01 |
| 0043384 QTR 2: | | | 130.93 | 0.00 | 1,228.60 | 0.00 | 76.18 | 17.82 | 0.00 | 0.00 | 557.35 | 577.25 |
| | YTD TOTAL: | | 553.96 | 40.56 | 5,759.65 | 0.00 | 357.12 | 83.52 | 0.00 | 0.00 | 2,577.88 | 2,741.13 |
| DEPT 06 TOTAL: | | | 553.96 | 40.56 | 5,759.65 | | 357.12 | 83.52 | 0.00 | 0.00 | 2,577.88 | 2,741.13 |
| REPORT TOTAL: | | | 553.96 | 40.56 | 5,759.65 | 0.00 | 357.12 | 83.52 | 0.00 | 0.00 | 2,577.88 | 2,741.13 |

APP 111

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

---

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | 52.30 |
| | | | E 01 | REGULAR | TX | | 0000012 | 06 | 0000012 | 7.250 | 8.11 | 58.80 |
| | | | | EARNINGS TOTAL: | | | | | | | 8.11 | 58.80 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 2.00 |
| | | | FED | F.I.C.A. | | | | | | | | 3.65 |
| | | | FED | MEDICARE W/H | | | | | | | | .85 |
| | | | | TAX TOTAL: | | | | | | | | 4.50 |

APP 112

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | 280.51 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 7.250 | 3.03 | 21.97 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 58.66 | 302.10 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 218.17 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 1.10 |
| | | | | | | | | | | EARNINGS TOTAL: | 61.69 | 543.34 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 218.17 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 1.10 |
| | | | | | | | | | | DEDUCTION TOTAL: | | 221.27 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 123.18 |
| | | | FED | F.I.C.A. | | | | | | | | 20.09 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 13.59 |
| | | | FED | MEDICARE W/H | | | | | | | | 7.88 |
| | | | | | | | | | | TAX TOTAL: | | 41.56 |

APP 113

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 5.150 | 34.01 | 175.15 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 150.67 |
| | | | | | | | | | EARNINGS TOTAL: | | 34.01 | 325.82 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 150.67 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 152.67 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 71.42 |
| | | | FED | F.I.C.A. | | | | | | | | 10.86 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 9.34 |
| | | | FED | MEDICARE W/H | | | | | | | | 4.72 |
| | | | | | | | | | TAX TOTAL: | | | 24.92 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 148.23 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 148.23 |

APP 114

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | | |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 40.00 | 206.00 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 150.43 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000012 | | 8.774 | .27 | 2.37 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 1.10 |
| | | | | EARNINGS TOTAL: | | | | | | | 40.27 | 359.90 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 150.43 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 1.10 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 153.53 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 84.57 |
| | | | FED | F.I.C.A. | | | | | | | | 12.92 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 9.39 |
| | | | FED | MEDICARE W/H | | | | | | | | 5.22 |
| | | | | TAX TOTAL: | | | | | | | | 27.53 |
| | | | ACCT:  208710939 | Chase | | | | | | | | 178.84 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 178.84 |

APP 115

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | | 06 | 0000012 | 5.150 | 48.24 | 248.44 |
| | | | E 05 | TIPS REP | TX | 0000012 | | 06 | 0000012 | | | 227.07 |
| | | | E 05 | TIPS REP | TX | 0000012 | | 06 | 0000012 | | | 11.00 |
| | | | | | | | | | EARNINGS TOTAL: | | 48.24 | 486.51 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 227.07 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 11.00 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 240.07 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 101.30 |
| | | | FED | F.I.C.A. | | | | | | | | 15.40 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 14.76 |
| | | | FED | MEDICARE W/H | | | | | | | | 7.05 |
| | | | | | | | | | TAX TOTAL: | | | 37.21 |
| | | | ACCT: 208710939 | | | Chase | | | | | | 209.23 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 209.23 |

APP 116

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 61.91 | 318.84 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 229.30 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 1.10 |
| | | | | | | | | | | EARNINGS TOTAL: | 61.91 | 549.24 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 229.30 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 1.10 |
| | | | | | | | | | | DEDUCTION TOTAL: | | 232.40 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 130.01 |
| | | | FED | F.I.C.A. | | | | | | | | 19.77 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 14.28 |
| | | | FED | MEDICARE W/H | | | | | | | | 7.96 |
| | | | | | | | | | | TAX TOTAL: | | 42.01 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 274.83 |
| | | | | | | | | | | DIRECT DEPOSIT TOTAL: | | 274.83 |

APP 117

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 57.09 | 294.01 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 214.55 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000012 | | 8.775 | 1.86 | 16.32 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 4.40 |
| | | | | EARNINGS TOTAL: | | | | | | | 58.95 | 529.28 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 214.55 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 4.40 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 220.95 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 123.80 |
| | | | FED | F.I.C.A. | | | | | | | | 19.24 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 13.57 |
| | | | FED | MEDICARE W/H | | | | | | | | 7.67 |
| | | | | TAX TOTAL: | | | | | | | | 40.48 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 267.85 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 267.85 |

APP 118

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 5.150 | 61.68 | 317.65 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 306.37 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000012 | 8.775 | 7.78 | 68.27 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 8.90 |
| | | | | | | | EARNINGS TOTAL: | | | | 69.46 | 701.19 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 306.37 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 8.90 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 317.27 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 145.87 |
| | | | FED | F.I.C.A. | | | | | | | | 23.93 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 19.55 |
| | | | FED | MEDICARE W/H | | | | | | | | 10.17 |
| | | | | | | | TAX TOTAL: | | | | | 53.65 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 330.27 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 330.27 |

APP 119

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | I | ROWE, RUSSELL G. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | | 06 | 0000012 | 5.150 | 60.09 | 309.46 |
| | | | E 05 | TIPS REP | TX | 0000012 | | 06 | 0000012 | | | 281.59 |

APP 120

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000012 | | 8.775 | 12.12 | 106.35 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 14.30 |
| | | | | EARNINGS TOTAL: | | | | | | | 72.21 | 711.70 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 281.59 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 14.30 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 297.89 |
| | | TIPS DEEMED TO BE WAGES | | | | | | | | | | 151.65 |
| | | | FED | F.I.C.A. | | | | | | | | 25.78 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 18.35 |
| | | | FED | MEDICARE W/H | | | | | | | | 10.32 |
| | | | | TAX TOTAL: | | | | | | | | 54.45 |
| | | | ACCT:  208710939 | Chase | | | | | | | | 359.36 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 359.36 |

APP 121

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | CHECK AMOUNT: | | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 5.150 | 78.48 | 404.17 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 448.03 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | | 0000012 | 8.775 | 14.55 | 127.68 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 7.70 |
| | | | | EARNINGS TOTAL: | | | | | | | 93.03 | 987.58 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 448.03 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 7.70 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 457.73 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 195.36 |
| | | | FED | F.I.C.A. | | | | | | | | 32.97 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 28.26 |
| | | | FED | MEDICARE W/H | | | | | | | | 14.32 |
| | | | | TAX TOTAL: | | | | | | | | 75.55 |
| | | | ACCT: 208710939 | Chase | | | | | | | | 454.30 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 454.30 |

System Date: 01/15/2014 / 10:27 am
Application Date: 01/15/2014

CSPH000356

Page: 12
User: JW / JW

APP 122

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E | 01   REGULAR | TX | 0000012 | 06 | 0000012 | 5.150 | 79.22 | 407.98 |

APP 123

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 297.24 |
| | | | E 02 | OVERTIME | TX | 0000012 | 06 | 0000012 | 8.775 | 13.89 | | 121.89 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 12.10 |
| | | | | | | | EARNINGS TOTAL: | | | | 93.11 | 839.21 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 297.24 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 12.10 |
| | | | | | | | DEDUCTION TOTAL: | | | | | 311.34 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 195.53 |
| | | | FED | F.I.C.A. | | | | | | | | 32.85 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 19.18 |
| | | | FED | MEDICARE W/H | | | | | | | | 12.17 |
| | | | | | | | TAX TOTAL: | | | | | 64.20 |
| | | | ACCT: 208710939 | | | Chase | | | | | | 463.67 |
| | | | | | | | DIRECT DEPOSIT TOTAL: | | | | | 463.67 |

APP 124

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO: 06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

0043384     1     ROWE, RUSSELL G.

CHECK AMOUNT:     .00

| | | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | E  01 | REGULAR | TX | 0000012 | 06 | 0000012 | 5.150 | 59.00 | 303.85 |
| | | E  05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | 229.59 |
| | | E  05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | 3.30 |

EARNINGS TOTAL:     59.00     536.74

| | | D  PF | PARTNERS' | | | | | | | | 2.00 |
| | | D  01 | TIPS REPORTED | | | | | | | | 229.59 |
| | | D  01 | TIPS REPORTED | | | | | | | | 3.30 |

DEDUCTION TOTAL:     234.89

TIPS DEEMED TO BE WAGES     123.90

| | | FED | F.I.C.A. | | | | | | | | 18.84 |
| | | FED | F.I.C.A. TIPS | | | | | | | | 14.44 |
| | | FED | MEDICARE W/H | | | | | | | | 7.78 |

TAX TOTAL:     41.06

ACCT:  208710939          Chase     260.79

DIRECT DEPOSIT TOTAL:     260.79

APP 125

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E  01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 46.73 | 240.66 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 248.89 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 3.30 |
| | | | | | | | | | EARNINGS TOTAL: | | 46.73 | 492.85 |
| | | | D  PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 248.89 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 3.30 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 254.19 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 98.13 |
| | | | FED | F.I.C.A. | | | | | | | | 14.92 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 15.64 |
| | | | FED | MEDICARE W/H | | | | | | | | 7.15 |
| | | | | | | | | | TAX TOTAL: | | | 37.71 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 200.95 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 200.95 |

APP 126

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | | CHECK AMOUNT: | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 43.58 | 224.44 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 191.71 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 14.30 |
| | | | | | | | | | EARNINGS TOTAL: | | 43.58 | 430.45 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 191.71 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 14.30 |
| | | | | | | | | | DEDUCTION TOTAL: | | | 208.01 |
| | | | TIPS DEEMED TO BE WAGES | | | | | | | | | 91.52 |
| | | | FED | F.I.C.A. | | | | | | | | 13.92 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 12.77 |
| | | | FED | MEDICARE W/H | | | | | | | | 6.24 |
| | | | | | | | | | TAX TOTAL: | | | 32.93 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 189.51 |
| | | | | | | | | | DIRECT DEPOSIT TOTAL: | | | 189.51 |

APP 127

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06    #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

0043384        1     ROWE, RUSSELL G.

|  |  |  |  |  |  |  |  |  |  | CHECK AMOUNT: |  | .00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 |  | 5.150 | 55.93 | 288.04 |
|  |  |  | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 |  |  |  | 235.88 |
|  |  |  | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 |  |  |  | 8.60 |

EARNINGS TOTAL:            55.93        532.52

|  |  |  | D PF | PARTNERS' |  |  |  |  |  |  |  | 2.00 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  |  |  | D U | UNIFORMS |  |  |  |  |  |  |  | 10.00 |
|  |  |  | D 01 | TIPS REPORTED |  |  |  |  |  |  |  | 235.88 |
|  |  |  | D 01 | TIPS REPORTED |  |  |  |  |  |  |  | 8.60 |

DEDUCTION TOTAL:            256.48

TIPS DEEMED TO BE WAGES            117.45

FED    F.I.C.A.            17.86
FED    F.I.C.A. TIPS            15.16
FED    MEDICARE W/H            7.72

TAX TOTAL:            40.74

ACCT:  208710939        Chase            235.30

DIRECT DEPOSIT TOTAL:            235.30

---

APP 128

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | 0000012 | | 5.150 | 60.03 | 309.16 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 245.40 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | 0000012 | | | | 28.60 |
| | | | | EARNINGS TOTAL: | | | | | | | 60.03 | 583.16 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 245.40 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 28.60 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 276.00 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 126.06 |
| | | | FED | F.I.C.A. | | | | | | | | 19.17 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 16.99 |
| | | | FED | MEDICARE W/H | | | | | | | | 8.46 |
| | | | | TAX TOTAL: | | | | | | | | 44.62 |
| | | | ACCT: | 208710939 | | Chase | | | | | | 262.54 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 262.54 |

APP 129

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | | CHECK AMOUNT: | | .00 |
| | | | E 01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 5.150 | 34.62 | 178.29 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 147.48 |
| | | | E 05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 8.80 |
| | | | | EARNINGS TOTAL: | | | | | | | 34.62 | 334.57 |
| | | | D PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 147.48 |
| | | | D 01 | TIPS REPORTED | | | | | | | | 8.80 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 158.28 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 72.71 |
| | | | FED | F.I.C.A. | | | | | | | | 11.05 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 9.69 |
| | | | FED | MEDICARE W/H | | | | | | | | 4.85 |
| | | | | TAX TOTAL: | | | | | | | | 25.59 |
| | | | ACCT:  208710939 | Chase | | | | | | | | 150.70 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 150.70 |

APP 130

C.S.P.H., INC. DBA DOMINO'S PIZZA

PAYROLL DATA ENTRY AUDIT REPORT

*DETAIL OPTION*

DEPARTMENT NO:  06   #6806 - MCKINNEY

| EMPLOYEE NUMBER | ENT NO. | NAME | CODE | DESCRIPTION | ST | LOC | W/C | DP | LABOR CODE | RATE | HOURS | AMOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0043384 | 1 | ROWE, RUSSELL G. | | | | | | | CHECK AMOUNT: | | | .00 |
| | | | E  01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 7.250 | 1.41 | 10.22 |
| | | | E  01 | REGULAR | TX | 0000012 | 06 | | 0000012 | 5.150 | 34.87 | 179.58 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 117.77 |
| | | | E  05 | TIPS REP | TX | 0000012 | 06 | | 0000012 | | | 3.30 |
| | | | | EARNINGS TOTAL: | | | | | | | 36.28 | 310.87 |
| | | | D  PF | PARTNERS' | | | | | | | | 2.00 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 117.77 |
| | | | D  01 | TIPS REPORTED | | | | | | | | 3.30 |
| | | | | DEDUCTION TOTAL: | | | | | | | | 123.07 |
| | | | | TIPS DEEMED TO BE WAGES | | | | | | | | 73.23 |
| | | | FED | F.I.C.A. | | | | | | | | 11.77 |
| | | | FED | F.I.C.A. TIPS | | | | | | | | 7.51 |
| | | | FED | MEDICARE W/H | | | | | | | | 4.51 |
| | | | | TAX TOTAL: | | | | | | | | 23.79 |
| | | | ACCT:   208710939 | | Chase | | | | | | | 164.01 |
| | | | | DIRECT DEPOSIT TOTAL: | | | | | | | | 164.01 |

APP 131

**RUSSELL ROWE**

2.10/Hr Tip Credit Used - Driver Wages Pd 5.15 Regular/8.775 OT

| Home Store | Worked At Store | Team Member | ID | Position | Week Ending | Reg Hours | OT Hours | Pay Rate | Total Pay | Total Tips | Tip to Minimum | Total Earnings | Total Hrs | Wkly Tips Per Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | CSR | 08/11/13 | 8.11 | 0 00 | $7.25 | $58.80 | $0 00 | $0.00 | $58.80 | 8.11 | 0 |
| | | Pd 8/16/13 | | | | | | | | | | **$58.80** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | CSR | 08/18/13 | 3.03 | 0 00 | $7.25 | $21.97 | $0 00 | $0.00 | $21.97 | 3 03 | 0 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 08/18/13 | 19.38 | 0 00 | $5.15 | $99.81 | $80.78 | $0.00 | $180.59 | 19 38 | $4.17 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 08/25/13 | 39.28 | 0 00 | $5.15 | $202.29 | $137.39 | $0.00 | $339.68 | 39 28 | $3.50 |
| | | Pd 8/30/13 | | | | | | | | | | **$543.34** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 09/01/13 | 34.01 | 0 00 | $5.15 | $175.15 | $150.67 | $0.00 | $325.82 | 34 01 | $4.43 |
| | | Pd 9/13/13 | | | | | | | | | | **$325.82** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 10/20/13 | 40.00 | 0 27 | $5.15 | $208.37 | $150.43 | $0.00 | $358.80 | 40 27 | $3.74 |
| | | | | Addl Tips | | | | | | $1.10 | | | | |
| | | Pd 10/25/13 | | | | | | | | | | **$359.90** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 10/27/13 | 29.67 | 0 00 | $5.15 | $152.80 | $115.31 | $0.00 | $268.11 | 29 67 | $3.89 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 11/03/13 | 18.57 | 0 00 | $5.15 | $95.64 | $111.76 | $0.00 | $207.40 | 18 57 | $6.02 |
| | | Pd 11/8/13 | | | | | | | | | | **$486.51** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 11/10/13 | 39.58 | 0 00 | $5.15 | $203.84 | $162.20 | $0.00 | $366.04 | 39 58 | $4.10 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 11/17/13 | 22.33 | 0 00 | $5.15 | $115.00 | $67.10 | $0.00 | $182.10 | 22 33 | $3.00 |
| | | Pd 11/22/13 | | | | | | | | | | **$549.24** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 11/24/13 | 17.09 | 0 00 | $5.15 | $88.01 | $76 97 | $0.00 | $164.98 | 17 09 | $4.50 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 12/01/13 | 40.00 | 1 86 | $5.15 | $222.32 | $137.58 | $0.00 | $359.90 | 41 86 | $3.29 |
| | | | | Addl Tips | | | | | | $4.40 | | | | |
| | | Pd 12/6/13 | | | | | | | | | | **$529.28** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 12/08/13 | 40.00 | 7.78 | $5.15 | $274.27 | $226.27 | $0.00 | $500.54 | 47.78 | $4.74 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 12/15/13 | 21.68 | 0 00 | $5.15 | $111.65 | $80.10 | $0.00 | $191.75 | 21 68 | $3.69 |
| | | | | Addl Tips | | | | | | $8 90 | | | | |
| | | Pd 12/20/13 | | | | | | | | | | **$701.19** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 12/22/13 | 40.00 | 12.12 | $5.15 | $312.35 | $207.84 | $0.00 | $520.19 | 52.12 | $3.99 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 12/29/13 | 20.09 | 0 00 | $5.15 | $103.46 | $73.75 | $0.00 | $177.21 | 20 09 | $3.67 |
| | | | | Addl Tips | | | | | | $14 30 | | | | |
| | | Pd 1/3/14 | | | | | | | | | | **$711.70** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 01/05/14 | 40.00 | 14 55 | $5.15 | $333.68 | $272.77 | $0.00 | $606.45 | 54 55 | $5.00 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 01/12/14 | 38.48 | 0 00 | $5.15 | $198.17 | $175.26 | $0.00 | $373.43 | 38.48 | $4.55 |
| | | | | Addl Tips | | | | | | $7.70 | | | | |
| | | Pd 1/17/14 | | | | | | | | | | **$987.58** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 01/19/14 | 40.00 | 13 89 | $5.15 | $327.88 | $167.32 | $0.00 | $495.20 | 53 89 | $3.10 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 01/26/14 | 39.22 | 0 00 | $5.15 | $201.98 | $129.92 | $0.00 | $331.90 | 39 22 | $3.31 |
| | | | | Addl Tips | | | | | | $12.10 | | | | |
| | | Pd 1/31/14 | | | | | | | | | | **$839.21** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 02/02/14 | 31.91 | 0 00 | $5.15 | $164.34 | $115.19 | $0.00 | $279.53 | 31 91 | $3.61 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 02/09/14 | 27.09 | 0 00 | $5.15 | $139.51 | $114.40 | $0.00 | $253.91 | 27 09 | $4.22 |
| | | | | Addl Tips | | | | | | $3 30 | | | | |
| | | Pd 2/14/14 | | | | | | | | | | **$536.74** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 02/16/14 | 31.71 | 0 00 | $5.15 | $163.31 | $152.78 | $0.00 | $316.09 | 31.71 | $4.82 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 02/23/14 | 15.02 | 0 00 | $5.15 | $77.35 | $96.11 | $0.00 | $173.46 | 15 02 | $6.40 |
| | | | | Addl Tips | | | | | | $3 30 | | | | |
| | | Pd 2/28/14 | | | | | | | | | | **$492.85** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 03/02/14 | 26.30 | 0 00 | $5.15 | $135.45 | $121.39 | $0.00 | $256.84 | 26 30 | $4.62 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 03/09/14 | 17.28 | 0 00 | $5.15 | $88.99 | $70 32 | $0.00 | $159.31 | 17 28 | $4.07 |
| | | | | Addl Tips | | | | | | $14 30 | | | | |
| | | Pd 3/14/14 | | | | | | | | | | **$430.45** | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 03/16/14 | 35.61 | 0 00 | $5.15 | $183.39 | $139.10 | $0.00 | $322.49 | 35 61 | $3.91 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 03/23/14 | 20.32 | 0 00 | $5.15 | $104.65 | $96.78 | $0.00 | $201.43 | 20 32 | $4.76 |
| | | | | Addl Tips | | | | | | $8 60 | | | | |
| | | Pd 3/28/14 | | | | | | | | | | **$532.52** | | |

**EXHIBIT 21**

CSPH000374

| Home Store | Worked At Store | Team Member | ID | Position | Week Ending | Reg Hours | OT Hours | Pay Rate | Total Pay | Total Tips | Tip to Minimum | Total Earnings | Total Hrs | Wkly Tips Per Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 03/30/14 | 29.75 | 0 00 | $5.15 | $153 21 | $114.87 | $0 00 | $268 08 | 29.75 | $3 86 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe Addl Tips | 04/06/14 | 30.28 | 0 00 | $5.15 | $155 94 | $130.53 $28.60 | $0 00 | $286.47 | 30 28 | $4 31 |
| | | Pd 4/11/14 | | | | | | | | | | $583.16 | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe Addl Tips | 04/13/14 | 34.62 | 0 00 | $5.15 | $178 29 | $147.48 $8 80 | $0 00 | $325.77 | 34 62 | $4 26 |
| | | Pd 4/25/14 | | | | | | | | | | $334.57 | | |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | CSR | 06/08/14 | 1.41 | 0 00 | $7 25 | $10.22 | $0 00 | $0 00 | $10.22 | 1.41 | 0 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe | 06/08/14 | 26.44 | 0 00 | $5.15 | $136.17 | $90.84 | $0 00 | $227 01 | 26.44 | $3.44 |
| 6806 | 6806 | Rowe, Russell 526 | 06-0043384 | Delivery Expe Addl Tips | 06/15/14 | 8.43 | 0 00 | $5.15 | $43.41 | $26.93 $3 30 | $0 00 | $70.34 | 8.43 | $3.19 |
| | | Pd 6/20/14 | | | | | | | | | | $310.87 | | |

CSPH000375

APP 133



## Mileage & Tips

Team Member:   CSPH  Support

6806 Location

Begin Date:   8/1/2013
End Date:   8/31/2013

| Team Member Name | ID Number | Deliveries Attempted | Deliveries Made | Mileage Rate | Mileage Adjustment | Mileage Paid | Total Tips | Total Tips % | Credit Card Tips | Credit Card Tips % | Trade Receivable Tips | Trade Receivable Tips % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rose, Russell 526 | 1576 | | | $0.00 | $0.00 | $109.50 | $351.93 | | $297.13 | | $0.00 | |

Processing Date 7/22/2015   System Date 7/22/2015   User ID 4050   Location 6806   1:48 PM

EXHIBIT 22



CSPH000377



## Mileage & Tips

Team Member:   CSPH Support

6806 Location

Begin Date:   10/1/2013
End Date:   10/31/2013

| Team Member Name | ID Number | Deliveries Attempted | Deliveries Made | Mileage Rate | Mileage Adjustment | Mileage Paid | Total Tips | Total Tips % | Credit Card Tips | Credit Card Tips % | Trade Receivable Tips | Trade Receivable Tips % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rowe, Russell 520 | 1520 | | | $0.90 | $0.00 | $161.20 | $377.50 | | $311.93 | | $0.00 | |

CSPH000378





CSPH000380



CSPH000381



CSPH000382



CSPH000383



CSPH000384



CSPH000385

| Store | Team Member | Date | Hours | Avg Del | Avg Str | #Runs | #Orders | Reg Paid | Bonus Pd | Excess Pd | Personal | Pay/Mile | Company |
|-------|-------------|------|-------|---------|---------|-------|---------|----------|----------|-----------|----------|----------|---------|

EXHIBIT 23

CSPH000367

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Rowe, Russell 526 | 08/29/13 | 4.12 | 27.24 | 10.71 | 7 | 9 | $8.10 | $0.00 | $0.00 | 44 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 08/30/13 | 6.23 | 30.09 | 7.75 | 12 | 16 | $14.40 | $0.00 | $0.00 | 74 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 08/31/13 | 8.51 | 22.14 | 17.31 | 14 | 16 | $14.40 | $0.00 | $0.00 | 85 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 09/01/13 | 5.50 | 25.42 | 11.16 | 10 | 11 | $9.90 | $0.00 | $0.00 | 59 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 10/14/13 | 5.81 | 19.53 | 15.06 | 10 | 10 | $9.00 | $0.00 | $0.00 | 47 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 10/15/13 | 6.10 | 23.98 | 16.26 | 10 | 10 | $9.00 | $0.00 | $0.00 | 46 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 10/16/13 | 8.38 | 28.27 | 21.71 | 11 | 14 | $12.60 | $0.00 | $0.00 | 60 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 10/18/13 | 7.37 | 26.67 | 4.41 | 14 | 18 | $16.20 | $0.00 | $0.00 | 106 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 10/19/13 | 8.33 | 22.68 | 15.23 | 13 | 13 | $11.70 | $0.00 | $0.00 | 79 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 10/20/13 | 4.28 | 20.90 | 12.27 | 9 | 9 | $8.10 | $0.00 | $0.00 | 46 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 10/21/13 | 2.28 | 24.70 | 9.60 | 4 | 5 | $4.50 | $0.00 | $0.00 | 32 | $0.14 | 0 |
| 6806 | Rowe, Russell 526 | 10/22/13 | 2.75 | 29.65 | 12.75 | 4 | 5 | $4.50 | $0.00 | $0.00 | 31 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 10/23/13 | 4.53 | 34.98 | 13.03 | 7 | 9 | $8.10 | $0.00 | $0.00 | 40 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 10/25/13 | 2.94 | 27.20 | 6.80 | 6 | 7 | $6.30 | $0.00 | $0.00 | 31 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 10/26/13 | 7.23 | 24.10 | 16.10 | 12 | 14 | $12.60 | $0.00 | $0.00 | 60 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 10/27/13 | 9.94 | 22.66 | 14.19 | 17 | 18 | $16.20 | $0.00 | $0.00 | 103 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 10/28/13 | 4.12 | 22.41 | 21.90 | 6 | 6 | $5.40 | $0.00 | $0.00 | 30 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 10/30/13 | 8.43 | 32.55 | 12.23 | 13 | 17 | $15.30 | $0.00 | $0.00 | 98 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 10/31/13 | 6.02 | 27.64 | 16.35 | 8 | 13 | $11.70 | $0.00 | $0.00 | 55 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 11/04/13 | 2.88 | 25.60 | 18.90 | 4 | 5 | $4.50 | $0.00 | $0.00 | 27 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 11/06/13 | 3.39 | 20.10 | 20.28 | 5 | 5 | $4.50 | $0.00 | $0.00 | 30 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 11/07/13 | 4.06 | 20.14 | 17.70 | 6 | 7 | $6.30 | $0.00 | $0.00 | 38 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 11/08/13 | 6.56 | 24.45 | 18.40 | 9 | 13 | $11.70 | $0.00 | $0.00 | 62 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 11/09/13 | 11.08 | 24.28 | 13.64 | 19 | 22 | $19.80 | $0.00 | $0.00 | 114 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 11/10/13 | 11.61 | 23.92 | 17.97 | 18 | 23 | $20.70 | $0.00 | $0.00 | 119 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 11/12/13 | 3.49 | 24.92 | 15.10 | 6 | 7 | $6.30 | $0.00 | $0.00 | 27 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 11/13/13 | 2.82 | 27.21 | 19.95 | 4 | 5 | $4.50 | $0.90 | $0.00 | 21 | $0.26 | 0 |
| 6806 | Rowe, Russell 526 | 11/14/13 | 4.97 | 20.14 | 13.67 | 9 | 9 | $8.10 | $0.00 | $0.00 | 45 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 11/15/13 | 4.74 | 22.82 | 10.13 | 9 | 10 | $9.00 | $0.00 | $0.00 | 58 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 11/16/13 | 6.31 | 25.51 | 17.22 | 10 | 11 | $9.90 | $0.00 | $0.00 | 47 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 11/23/13 | 8.72 | 23.36 | 16.46 | 14 | 15 | $13.50 | $0.00 | $0.00 | 79 | $0.17 | 0 |

CSPH000368

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Rowe, Russell 526 | 11/24/13 | 8.37 | 28.46 | 8.36 | 16 | 21 | $18.90 | $0.00 | $0.00 | 109 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 11/25/13 | 7.08 | 18.90 | 22.47 | 11 | 11 | $9.90 | $0.00 | $0.00 | 51 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 11/26/13 | 7.47 | 21.96 | 11.66 | 14 | 17 | $15.30 | $0.00 | $0.00 | 76 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 11/27/13 | 5.53 | 28.01 | 22.11 | 7 | 9 | $8.10 | $0.00 | $0.00 | 49 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 11/29/13 | 6.03 | 21.20 | 26.18 | 8 | 9 | $8.10 | $0.00 | $0.00 | 26 | $0.31 | 0 |
| 6806 | Rowe, Russell 526 | 11/30/13 | 9.51 | 24.43 | 17.16 | 15 | 20 | $18.00 | $0.00 | $0.00 | 87 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 12/01/13 | 6.24 | 21.72 | 18.06 | 10 | 12 | $10.80 | $0.00 | $0.00 | 48 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 12/03/13 | 3.90 | 27.16 | 8.55 | 8 | 10 | $9.00 | $0.00 | $0.00 | 32 | $0.28 | 0 |
| 6806 | Rowe, Russell 526 | 12/04/13 | 4.47 | 24.38 | 19.60 | 6 | 8 | $7.20 | $0.00 | $0.00 | 40 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 12/05/13 | 7.52 | 25.09 | 12.30 | 12 | 15 | $13.50 | $0.00 | $0.00 | 72 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 12/06/13 | 10.29 | 35.54 | 3.42 | 13 | 27 | $24.30 | $0.00 | $0.00 | 79 | $0.31 | 0 |
| 6806 | Rowe, Russell 526 | 12/07/13 | 12.80 | 37.32 | 26.10 | 10 | 25 | $22.50 | $0.00 | $0.00 | 63 | $0.36 | 0 |
| 6806 | Rowe, Russell 526 | 12/08/13 | 8.80 | 37.67 | 24.60 | 8 | 14 | $12.60 | $0.00 | $0.00 | 51 | $0.25 | 0 |
| 6806 | Rowe, Russell 526 | 12/09/13 | 5.19 | 22.10 | 41.28 | 5 | 5 | $4.50 | $0.00 | $0.00 | 23 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 12/10/13 | 4.51 | 30.66 | 14.74 | 7 | 9 | $8.10 | $0.00 | $0.00 | 33 | $0.25 | 0 |
| 6806 | Rowe, Russell 526 | 12/11/13 | 7.97 | 34.69 | 16.38 | 10 | 16 | $14.40 | $0.00 | $0.00 | 69 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 12/12/13 | 4.01 | 21.31 | 25.08 | 5 | 5 | $4.50 | $0.00 | $0.00 | 29 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 12/17/13 | 7.97 | 22.75 | 25.80 | 10 | 11 | $9.90 | $0.00 | $0.00 | 61 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 12/18/13 | 8.49 | 22.23 | 18.09 | 14 | 15 | $13.50 | $0.00 | $0.00 | 79 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 12/19/13 | 5.60 | 22.56 | 21.60 | 8 | 8 | $7.20 | $0.00 | $0.00 | 46 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 12/20/13 | 8.98 | 28.14 | 13.37 | 14 | 19 | $17.10 | $2.10 | $0.00 | 99 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 12/21/13 | 9.01 | 23.44 | 13.92 | 15 | 16 | $14.40 | $0.00 | $0.00 | 90 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 12/22/13 | 12.07 | 30.66 | 12.52 | 22 | 28 | $25.20 | $0.00 | $0.00 | 130 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 12/27/13 | 2.33 | 22.09 | 15.30 | 4 | 4 | $3.60 | $0.00 | $0.00 | 18 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 12/28/13 | 9.22 | 20.44 | 40.33 | 9 | 9 | $8.10 | $5.00 | $0.00 | 49 | $0.27 | 0 |
| 6806 | Rowe, Russell 526 | 12/29/13 | 8.54 | 21.23 | 8.34 | 20 | 21 | $18.90 | $0.00 | $0.00 | 98 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 12/30/13 | 8.00 | 29.69 | 15.88 | 13 | 19 | $17.10 | $0.00 | $0.00 | 72 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 12/31/13 | 8.58 | 24.70 | 10.58 | 16 | 19 | $17.10 | $0.00 | $0.00 | 100 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | | 391.98 | 26.28 | 15.48 | 610 | 754 | $678.60 | $8.00 | $0.00 | 3,569 | $0.19 | 0 |

CSPH000369

| Store | Team Member | Date | Hours | Avg Del | Avg Str | #Runs | #Orders | Reg Paid | Bonus Pd | Excess Pd | Personal | Pay/Mile | Company |
|-------|-------------|------|-------|---------|---------|-------|---------|----------|----------|-----------|----------|----------|---------|

EXHIBIT 24

CSPH000370

| 6806 | Rowe, Russell 526 | 12/31/13 | 8.58 | 24.70 | 10.58 | 16 | 19 | $17.10 | $0.00 | $0.00 | 100 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 01/01/14 | 8.71 | 24.71 | 17.23 | 14 | 16 | $14.40 | $0.00 | $0.00 | 82 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 01/03/14 | 9.35 | 23.12 | 28.53 | 11 | 13 | $11.70 | $0.00 | $0.00 | 76 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 01/04/14 | 8.99 | 21.66 | 15.80 | 15 | 17 | $15.30 | $0.00 | $0.00 | 96 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 01/05/14 | 10.92 | 30.98 | 12.70 | 18 | 26 | $23.40 | $5.00 | $0.00 | 111 | $0.26 | 0 |
| 6806 | Rowe, Russell 526 | 01/06/14 | 7.80 | 22.13 | 31.13 | 9 | 9 | $8.10 | $0.00 | $0.00 | 56 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 01/08/14 | 7.84 | 19.19 | 12.60 | 16 | 17 | $15.30 | $0.00 | $0.00 | 80 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 01/10/14 | 9.58 | 20.78 | 17.59 | 16 | 18 | $16.20 | $0.00 | $0.00 | 72 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 01/11/14 | 6.52 | 19.46 | 16.85 | 11 | 12 | $10.80 | $0.00 | $0.00 | 56 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 01/12/14 | 6.74 | 20.49 | 14.75 | 12 | 13 | $11.70 | $0.00 | $0.00 | 51 | $0.23 | 0 |
| 6806 | Rowe, Russell 526 | 01/13/14 | 7.84 | 23.94 | 23.13 | 11 | 12 | $10.80 | $0.00 | $0.00 | 67 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 01/14/14 | 2.65 | 24.03 | 21.45 | 4 | 5 | $4.50 | $0.00 | $0.00 | 16 | $0.27 | 0 |
| 6806 | Rowe, Russell 526 | 01/15/14 | 8.57 | 22.94 | 15.56 | 15 | 19 | $17.10 | $0.00 | $0.00 | 71 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 01/16/14 | 7.37 | 24.44 | 23.04 | 10 | 13 | $11.70 | $0.00 | $0.00 | 43 | $0.27 | 0 |
| 6806 | Rowe, Russell 526 | 01/17/14 | 6.86 | 21.24 | 16.15 | 12 | 13 | $11.70 | $0.00 | $0.00 | 57 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 01/18/14 | 10.70 | 21.67 | 15.27 | 18 | 21 | $18.90 | $0.00 | $0.00 | 111 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 01/19/14 | 9.90 | 23.37 | 14.12 | 17 | 19 | $17.10 | $0.00 | $0.00 | 95 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 01/20/14 | 7.71 | 25.02 | 18.16 | 11 | 14 | $12.60 | $0.00 | $0.00 | 48 | $0.26 | 0 |
| 6806 | Rowe, Russell 526 | 01/21/14 | 8.27 | 28.42 | 24.42 | 10 | 14 | $12.60 | $0.00 | $0.00 | 75 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 01/22/14 | 6.34 | 18.72 | 61.08 | 5 | 5 | $4.50 | $0.00 | $0.00 | 19 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 01/24/14 | 5.50 | 24.32 | 13.38 | 10 | 12 | $10.80 | $0.00 | $0.00 | 54 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 01/25/14 | 7.87 | 23.77 | 19.55 | 12 | 13 | $11.70 | $0.00 | $0.00 | 62 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 01/26/14 | 3.53 | 23.04 | 22.92 | 5 | 6 | $5.40 | $0.00 | $0.00 | 24 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 01/27/14 | 3.14 | 24.69 | 35.60 | 3 | 3 | $2.70 | $1.07 | $0.00 | 21 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 01/30/14 | 3.57 | 24.37 | 7.97 | 7 | 7 | $6.30 | $0.00 | $0.00 | 49 | $0.13 | 0 |
| 6806 | Rowe, Russell 526 | 01/31/14 | 6.00 | 26.63 | 20.27 | 9 | 10 | $9.00 | $0.00 | $0.00 | 56 | $0.16 | 0 |

CSPH000371

| 6806 | Rowe, Russell 526 | 02/01/14 | 8.78 | 25.21 | 19.75 | 13 | 17 | $15.30 | $0.00 | $0.00 | 75 | $0.20 | 0 |
|------|-------------------|----------|------|-------|-------|----|----|--------|-------|-------|-----|-------|---|
| 6806 | Rowe, Russell 526 | 02/02/14 | 10.42 | 23.11 | 18.90 | 16 | 22 | $19.80 | $0.00 | $0.00 | 87 | $0.23 | 0 |
| 6806 | Rowe, Russell 526 | 02/03/14 | 5.50 | 23.62 | 34.60 | 6 | 7 | $6.30 | $0.00 | $0.00 | 34 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 02/05/14 | 5.92 | 27.43 | 15.67 | 9 | 13 | $11.70 | $0.00 | $0.00 | 57 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 02/08/14 | 6.62 | 21.98 | 23.87 | 9 | 10 | $9.00 | $0.00 | $0.00 | 56 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 02/09/14 | 9.05 | 22.12 | 14.88 | 15 | 19 | $17.10 | $0.00 | $0.00 | 99 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 02/12/14 | 7.57 | 25.82 | 17.95 | 12 | 19 | $17.10 | $0.00 | $0.00 | 63 | $0.27 | 0 |
| 6806 | Rowe, Russell 526 | 02/14/14 | 7.44 | 29.56 | 15.49 | 11 | 20 | $18.00 | $0.00 | $0.00 | 81 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 02/15/14 | 9.85 | 25.39 | 9.34 | 16 | 22 | $19.80 | $0.00 | $0.00 | 95 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 02/16/14 | 6.85 | 23.50 | 34.29 | 7 | 8 | $7.20 | $0.00 | $0.00 | 48 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 02/21/14 | 2.18 | 29.41 | 17.60 | 3 | 4 | $3.60 | $0.00 | $0.00 | 26 | $0.14 | 0 |
| 6806 | Rowe, Russell 526 | 02/22/14 | 6.94 | 22.38 | 15.20 | 12 | 16 | $14.40 | $0.00 | $0.00 | 68 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 02/23/14 | 5.90 | 22.31 | 19.00 | 9 | 10 | $9.00 | $0.00 | $0.00 | 44 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 02/26/14 | 5.01 | 23.34 | 21.38 | 8 | 9 | $8.10 | $0.00 | $0.00 | 34 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 03/01/14 | 9.41 | 24.25 | 15.71 | 16 | 18 | $16.20 | $0.00 | $0.00 | 79 | $0.21 | 0 |
| 6806 | Rowe, Russell 526 | 03/02/14 | 11.88 | 34.33 | 10.84 | 17 | 29 | $26.10 | $0.00 | $0.00 | 111 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 03/05/14 | 5.39 | 24.21 | 18.27 | 9 | 10 | $9.00 | $0.00 | $0.00 | 34 | $0.26 | 0 |
| 6806 | Rowe, Russell 526 | 03/08/14 | 5.78 | 28.72 | 16.35 | 8 | 10 | $9.00 | $0.00 | $0.00 | 55 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 03/09/14 | 6.11 | 20.81 | 43.30 | 6 | 6 | $5.40 | $0.00 | $0.00 | 26 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 03/10/14 | 5.88 | 23.52 | 19.62 | 10 | 10 | $9.00 | $0.00 | $0.00 | 38 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 03/11/14 | 5.05 | 19.67 | 33.00 | 6 | 7 | $6.30 | $0.00 | $0.00 | 26 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 03/14/14 | 5.87 | 28.05 | 19.13 | 9 | 10 | $9.00 | $0.00 | $0.00 | 61 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 03/15/14 | 10.75 | 26.60 | 12.85 | 19 | 24 | $21.60 | $0.00 | $0.00 | 99 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 03/16/14 | 8.06 | 23.84 | 16.57 | 13 | 13 | $11.70 | $0.00 | $0.00 | 72 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 03/19/14 | 4.68 | 22.79 | 24.17 | 7 | 11 | $9.90 | $0.00 | $0.00 | 41 | $0.24 | 0 |
| 6806 | Rowe, Russell 526 | 03/22/14 | 5.23 | 20.62 | 10.53 | 11 | 12 | $10.80 | $0.00 | $0.00 | 53 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 03/23/14 | 10.41 | 24.07 | 10.23 | 20 | 25 | $22.50 | $0.00 | $0.00 | 104 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 03/24/14 | 5.03 | 32.81 | 26.90 | 6 | 10 | $9.00 | $0.00 | $0.00 | 34 | $0.26 | 0 |
| 6806 | Rowe, Russell 526 | 03/25/14 | 2.56 | 19.33 | 21.60 | 4 | 4 | $3.60 | $0.00 | $0.00 | 16 | $0.23 | 0 |
| 6806 | Rowe, Russell 526 | 03/28/14 | 3.98 | 22.80 | 8.53 | 9 | 11 | $9.90 | $0.00 | $0.00 | 39 | $0.26 | 0 |
| 6806 | Rowe, Russell 526 | 03/29/14 | 8.13 | 24.33 | 11.96 | 15 | 16 | $14.40 | $0.00 | $0.00 | 83 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 03/30/14 | 10.05 | 20.69 | 25.16 | 14 | 14 | $12.60 | $0.00 | $0.00 | 66 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 04/04/14 | 8.98 | 28.76 | 11.48 | 16 | 20 | $18.00 | $0.00 | $0.00 | 98 | $0.18 | 0 |
| 6806 | Rowe, Russell 526 | 04/05/14 | 8.82 | 24.01 | 13.95 | 16 | 18 | $16.20 | $0.00 | $0.00 | 71 | $0.23 | 0 |
| 6806 | Rowe, Russell 526 | 04/06/14 | 12.48 | 27.78 | 12.82 | 22 | 28 | $25.20 | $0.00 | $0.00 | 123 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 04/07/14 | 5.74 | 29.72 | 13.14 | 10 | 13 | $11.70 | $0.00 | $0.00 | 66 | $0.18 | 0 |

CSPH000372

| 6806 | Rowe, Russell 526 | 04/09/14 | 4.76 | 23.20 | 16.97 | 7 | 10 | $9.00 | $0.00 | $0.00 | 45 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 04/11/14 | 7.40 | 25.26 | 15.85 | 12 | 15 | $13.50 | $0.00 | $0.00 | 80 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 04/12/14 | 7.84 | 22.46 | 14.66 | 14 | 15 | $13.50 | $0.00 | $0.00 | 69 | $0.19 | 0 |
| 6806 | Rowe, Russell 526 | 04/13/14 | 8.88 | 25.02 | 12.11 | 16 | 19 | $17.10 | $0.00 | $0.00 | 98 | $0.17 | 0 |
| 6806 | Rowe, Russell 526 | 06/04/14 | 2.60 | 23.85 | 12.36 | 5 | 6 | $5.40 | $0.00 | $0.00 | 25 | $0.22 | 0 |
| 6806 | Rowe, Russell 526 | 06/06/14 | 6.63 | 21.45 | 28.50 | 8 | 9 | $8.10 | $0.00 | $0.00 | 54 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 06/07/14 | 9.50 | 20.97 | 27.70 | 12 | 13 | $11.70 | $0.00 | $0.00 | 58 | $0.20 | 0 |
| 6806 | Rowe, Russell 526 | 06/08/14 | 9.12 | 22.31 | 18.26 | 14 | 15 | $13.50 | $0.00 | $0.00 | 88 | $0.15 | 0 |
| 6806 | Rowe, Russell 526 | 06/09/14 | 5.14 | 24.32 | 23.03 | 8 | 9 | $8.10 | $0.00 | $0.00 | 50 | $0.16 | 0 |
| 6806 | Rowe, Russell 526 | 06/11/14 | 3.29 | 20.29 | 21.72 | 5 | 6 | $5.40 | $0.00 | $0.00 | 23 | $0.23 | 0 |
| 6806 | Rowe, Russell 526 | | 514.31 | 24.54 | 17.55 | 807 | 978 | $880.20 | $6.07 | $0.00 | 4,504 | $0.20 | 0 |

CSPH000373

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364-M |
| CSPH, INC. d/b/a Domino's Pizza., | § § | Jury Demanded |
| *Defendant.* | § § | |

---

## DECLARATION OF PARRY ZIELINSKI

---

I, Parry Zielinski, subject to the laws concerning perjury, hereby submit this Declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1.     My name is Parry Zielinski.  I am over 18 years of age, of sound mind, and competent in all respects to make this Declaration.  I have personal knowledge, or knowledge based on my review of corporate records that are within my custody and control, of all the matters stated herein, and they are all true and correct.

2.     I am submitting this Declaration in support of Defendant C.S.P.H., Inc., d/b/a Domino's Pizza's Motion for Summary Judgment (herein referred to as "Defendant") in support of its Response to Plaintiff John Redus's ("Plaintiff" or "Redus") Motion for Notice to Potential Plaintiffs and Conditional Certification.

3.     I am the Director of Operations for Defendant.  I have been in my current position for approximately twenty-eight (28) years.

DECLARATION OF PARRY ZIELINSKI

APPENDIX B

APP 151

4.     In my position as Director of Operations, I have knowledge of Defendant's policies and procedures for paying employees, setting vehicle reimbursement rates, and reporting of tips for delivery drivers like Plaintiff John Redus ("Redus") and Party Plaintiff Russell Rowe ("Rowe").

5.     I have reviewed both Mr. Redus's and Mr. Rowe's payroll records for purposes of completing this declaration.   Pursuant to company policy, Defendant utilizes the tip credit provision of the Fair Labor Standards Act ("FLSA") in paying wages to its delivery drivers, specifically in the amount of $2.10 per hour, after paying the delivery drivers a rate of $5.15 per hour.   That policy was in effect at the time both Mr. Redus and Mr. Rowe worked at the #6806 store location for Defendant.

6.     As tipped employees who were not paid the full minimum wage rate of $7.25 per hour, Mr. Redus and Mr. Rowe were required to report the total amount of tips they received each day. The delivery drivers, like Mr. Redus and Mr. Rowe, would collect both the cash and credit card receipts and drop them into his/her drop box after every delivery.   At the end of the shift when the delivery driver checks out, he/she would pull out all the receipts and cash, and give the manager the full amount of credit card deliveries and the product amount for cash deliveries, but retain all the cash tips.   Then the delivery driver and the manager would total the credit card tips together, and the manager would give the delivery driver an amount in cash reflected by the credit card tips.   The manager would then report in the payroll system the daily tips so the same would be reflected on the delivery driver's paystub for that pay period.

7.     I have reviewed a true and correct copy of the Mileage & Tips report for store 6806 attached to Joy Wilson's Declaration as Exhibit 10, which was redacted for Mr. Redus's information.   The Mileage & Tips Report is one of a number of ways Defendant tracks the tips and mileage reimbursement paid to every delivery driver at the conclusion of each work day.

**Declaration of Parry Zielinski**

The report is maintained on a monthly basis.  Defendant has provided the tips and mileage report containing any reimbursement paid to Mr. Redus for any month during his employment that information was still accessible at the time the above-referenced action was initiated by Mr. Redus.

8.      Exhibit 10 to Ms. Wilson's Declaration reflects that from October 2012 to May 2013, Defendant reimbursed Mr. Redus at a rate of $0.85 per each run he made on his deliveries.  The report shows the total amount of money Mr. Redus received as a vehicle reimbursement for each month.  Exhibit 10 to Ms. Wilson's Declaration also reflects that from June 2013 through March 2014, Defendant reimbursed Mr. Redus at a rate of $0.90 per each run he made on his deliveries. The increase in the reimbursement rate from $0.85 to $0.90 was made, in part, to accommodate for the increase in gas prices during that time.

9.      There are computerized tags showing each delivery, which the delivery driver keeps in order to track his deliveries.  During the daily checkout that occurs at the end of the shift, the manager and delivery driver compare driver tags to the computer information to ensure a match. When that reconciliation is satisfied, the delivery driver is paid a set amount of each delivery as a mileage reimbursement in cash.  The amount of the reimbursement rate varies by store and is reflective of the size of the delivery area.

10.     The process of comparing the delivery tags and the payment of the reimbursement usually occurs at the same time the delivery driver reports his/her tips at the end of each shift, which explains why the monthly tips Mr. Redus received was cross-referenced on the same report showing the monthly mileage reimbursement he received for his deliveries every month.

11.     I have reviewed true and correct copies of the Run Time Report for store 6806 which are attached to Ms. Wilson's Declaration as Exhibits 11 and 12, and were redacted for Mr. Redus's

information.  The Run Time Report identifies the number of hours each delivery driver works every day, the number of runs and orders he or she completes each day, the number of miles driven by the delivery driver, and the pay/mile rate.  The pay/mile rate is calculated using the applicable run reimbursement rate divided by the number of miles driven by the employees each day.  Defendant has provided the Run Time Report for any day during Mr. Redus's employment that information was still accessible at the time Mr. Redus initiated the above-referenced action. **(CSPH 000158-162, 163-166)**.

12.    I have reviewed a true and correct copy of the Mileage & Tips report for store 6806 is attached to Joy Wilson's Declaration as Exhibit 22, which was redacted for Mr. Rowe's information.  Defendant has provided the tips and mileage reimbursement paid to Mr. Rowe for any month during his employment that information was still accessible at the time Mr. Redus initiated the above-referenced action.

13.    Exhibit 22 to Ms. Wilson's Declaration reflects that from August 2013 through July 2014, Defendant reimbursed Mr. Rowe at a rate of $0.90 per each run he made on his deliveries. As it did for Mr. Redus, the report cross-references both the total amount of money Mr. Rowe received as a vehicle reimbursement for each month and the total amount of tips (cash and credit card receipts combined) he received each month designated by the report.

14.    I have reviewed true and correct copies of the Run Time Report for store 6806 attached to Ms. Wilson's Declaration as Exhibits 23 and 24, which were redacted for Mr. Rowe's information.  The Run Time Report identifies the number of hours each delivery driver works every day, the number of runs and orders he or she completes each day, the number of miles driven by the delivery driver, and the pay/mile rate.  The pay/mile rate is calculated using a run reimbursement rate divided by the number of miles driven by the employees each day.

Defendant has provided the Run Time Report for any day during Mr. Rowe's employment that

information was still accessible at the time Mr. Redus initiated the above-referenced action.

**(CSPH 000367-369, 370-373)**.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the _19_ day of _Dec_____, 2016, in Dallas, Texas.

_____
Parry Zielinski

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364-M |
| CSPH, INC. d/b/a Domino's Pizza, | § § | Jury Demanded |
| *Defendant.* | § § | |

## DEFENDANT C.S.P.H., INC.'S OBJECTIONS AND RESPONSES TO PLAINTIFF'S FIRST SET OF INTERROGATORIES

TO:   **PLAINTIFF, JOHN REDUS**, by and through his attorneys of record, J. Derek Braziel and J. Forester, Lee & Braziel, LLP, 1801 N. Lamar Street, Suite 325, Dallas, Texas 75202.

Pursuant to Rules 26 and 33 of the Federal Rules of Civil Procedure, Defendant CSPH, Inc. d/b/a Domino's Pizza ("Defendant" or "Domino's") serves its Response and Objections to the First Interrogatories ("Requests") served by Plaintiff John Michael Redus ("Plaintiff"), as follows:

### I.   GENERAL OBJECTIONS

1.    The following general objections ("General Objections") are incorporated by reference into each of the individual responses to the Requests set forth herein below.

2.    Defendant objects to the time and place of production set forth in the Requests. Defendant will produce non-objectionable, non-privileged documents at a mutually agreeable time and place.  The fact that Defendant states that it will produce any non-objectionable, non-privileged documents does not mean that it has determined that such documents exist or are within Defendant's possession, custody, or control.

APPENDIX C

APP 157

3.      Defendant objects to the Requests to the extent that they seek to impose obligations upon Defendant beyond those set forth in, and/or permitted by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Texas, and/or other applicable law.

4.      Defendant objects to the definitions of "CSPH, Inc. d/b/a Domino's Pizza," "you," and "your" set forth in the "Definitions and Instructions" in the Requests to the extent those definitions include anyone other than agents or representatives of Defendant.  In particular, Defendant objects to those definitions to the extent they include independent contractors and/or outside consultants.  Likewise, Defendant objects to the "Definitions and Instructions" in the Requests to the extent they require Defendant to search for or produce documents in possession of any such independent contractors and/or outside consultants.

5.      Defendant objects to the Requests to the extent they request documents which are protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or exemption from discovery under federal, state, statutory, constitutional, or common law.  Defendant will respond by producing only non-privileged documents.  Furthermore, Defendant intends to withhold all privileged information and/or documents from disclosure and/or production.  In the event any privileged document is inadvertently produced in response to the Requests, Defendant expressly reserves its right to reclaim such document without waiver of privilege.  Defendant does not intend to waive any privileges, immunities, or exemptions by responding to the Requests.

6.      Defendant objects to the Requests to the extent that they require the production of documents not currently within Defendant's possession, custody, or control, or require Defendant to obtain documents from third persons or entities.  Defendant's objections and responses to the Requests are based on its current knowledge, information, and belief.

7.     Defendant objects to the Requests to the extent that they make assumptions about or seek to characterize the facts or law.  By responding, Defendant shall not be deemed to agree with, or accept, any such assumption or characterization.  Further, no incidental or implied admissions of fact are made by Defendant by way of the responses below.

8.     Defendant objects to the Requests to the extent they seek disclosure of Defendant's proprietary and/or confidential information.

9.     Defendant objects to the Requests to the extent they seek information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, and to the extent that the Requests are overly broad, unreasonably cumulative, duplicative, and/or would impose an unreasonable or undue burden and/or expense upon Defendant.

10.     Defendant's responses to the Requests are not intended to waive, and do not constitute any waiver of, any objections that Defendant may have to the admissibility, competency, authenticity, materiality, or relevance of the information provided.  Defendant hereby specifically reserves all objections regarding the relevance, competence, materiality, or admissibility of any such information as evidence in this action or in any related or subsequent proceeding.

11.     Defendant reserves the right to supplement or amend his objections and responses to the Requests due to, among other things, discovery of additional documents and other developments or proceedings in this action.  Defendant reserves the right to make use of, or introduce at any hearing and at trial, documents otherwise responsive to the Requests that may be discovered subsequent to the date of these initial responses.

12.     All of the foregoing General Objections to the Requests shall be deemed continuing, and are hereby incorporated into each of the responses to the Requests set forth

below.  The failure of Defendant to make a specific objection to a particular, individual request is not, and shall not be construed as, an admission that responsive information exists.  Subject to and without waiver of the foregoing General Objections, Defendant sets forth below specific responses and objections to the Requests.

## II.   OBJECTIONS AND ANSWERS TO INTERROGATORIES

**INTERROGATORY NO. 1:**      During the Relevant Time Period, identify all individuals **similarly situated to Plaintiff,** as defined herein.  In so identifying these individuals, include the individual's full name, last known address, telephone number (including cell phone number), and e-mail address.

> **ANSWER:**  Defendant objects to the time period specified by the Plaintiff in his Interrogatories, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.  Defendant further objects to this Interrogatories to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.

**INTERROGATORY NO. 2:**      Identify any and all policies, procedures, guidelines, instructions, or directives Defendant maintained, implemented, or applied with regard to compensation, timekeeping, and recordkeeping applicable to Plaintiff and those similarly situated (defined above).

> **ANSWER:**  The information sought by this Interrogatories has previously been produced to the Plaintiff as Bates Labels CSPH000167-295.  Defendant refers to the Plaintiff to those documents as its answer to this Interrogatory.

**INTERROGATORY NO. 3:**      Identify the person or persons responsible for implementing and/or enforcing the policies, procedures, guidelines, instructions, or directives identified in response to the previous Interrogatory (No. 2).

> **ANSWER:**  If this Interrogatory seeks the identity of the Defendant's Human Resources Director, that individual is Joy Wilson.

**INTERROGATORY NO. 4:**      Identify all work duties performed by Plaintiff and those similarly situated (defined above) for Defendant.

> **ANSWER:**  Defendant objects to the time period specified by the Plaintiff in his Interrogatories, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in

accordance with the requirements of the FLSA.   Defendant further objects to this Interrogatories to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.   The information sought by this Interrogatories has previously been produced to the Plaintiff as Bates Labels CSPH000167 Defendant refers to the Plaintiff to those documents as its answer to this Interrogatory.

**INTERROGATORY NO. 5:**      Describe the compensation arrangement applicable to Plaintiff and those similarly situated (defined above).   This specifically refers to the "fee-based compensation plan" identified in Defendant's Answer.

   **ANSWER:**   There is no such reference as "fee-based compensation plan" in the Defendant's Original Answer and Affirmative Defenses.

**INTERROGATORY NO. 6:**      Without regard to the relevant time period as defined herein, identify all steps taken by Defendant to investigate or determine that their payment policies for Plaintiff and those similarly situated were in compliance with the FLSA as asserted in Defendant's Answer.

   **ANSWER:**   To the extent this Interrogatory seeks information concerning advice from counsel concerning the Defendant's ability to meet the standard for complying with the FLSA's policy for tipped employees, that information is protected by the attorney-client privilege and the attorney work product exemption.

Dated:  April 14, 2015                          Respectfully submitted,


                                    By: */s/ Sonja J. McGill*             
                                          Jay M. Wallace
                                          State Bar No. 20769200
                                          jwallace@bellnunnally.com
                                          Sonja J. McGill
                                          State Bar No. 24007648
                                          smcgill@bellnunnally.com


                                    **BELL NUNNALLY & MARTIN LLP**
                                    3232 McKinney Ave., Suite 1400
                                    Dallas, TX  75204-2429
                                    Tel: 214/740-1400
                                    Fax: 214/740-1499

                                    **ATTORNEYS FOR DEFENDANT**
                                    **C.S.P.H., INC. d/b/a DOMINO'S PIZZA**




                            **CERTIFICATE OF SERVICE**


        The undersigned hereby certifies that on the 14th day of April, 2016, a true and
correct copy of the foregoing document has been sent to counsel of record via email, as
follows:

**Via E-Mail:  forester@l-b-law.com**
J. Derek Braziel
J. Forester
Lee & Braziel, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202


                                    */s/ Sonja J. McGill*                  
                                    Sonja J. McGill

2614124_1.DOCX // 8259.0004

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364-M |
| CSPH, INC. d/b/a Domino's Pizza, | § § | Jury Demanded |
| *Defendant.* | § § | |

## DEFENDANT C.S.P.H., INC.'S OBJECTIONS AND RESPONSES

## TO PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION

TO:    **PLAINTIFF, JOHN REDUS,** by and through his attorneys of record, J. Derek Braziel and J. Forester, Lee & Braziel, LLP, 1801 N. Lamar Street, Suite 325, Dallas, Texas 75202.

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure, Defendant CSPH, Inc. d/b/a Domino's Pizza ("Defendant" or "Domino's") serves its Response and Objections to the First Request for Production ("Requests") served by Plaintiff John Michael Redus ("Plaintiff"), as follows:

APPENDIX D

## I.    GENERAL OBJECTIONS

1.    The following general objections ("General Objections") are incorporated by reference into each of the individual responses to the Requests set forth herein below.

2.    Defendant objects to the time and place of production set forth in the Requests. Defendant will produce non-objectionable, non-privileged documents at a mutually agreeable time and place.  The fact that Defendant states that it will produce any non-objectionable, non-privileged documents does not mean that it has determined that such documents exist or are within Defendant's possession, custody, or control.

3.    Defendant objects to the Requests to the extent that they seek to impose obligations upon Defendant beyond those set forth in, and/or permitted by, the Federal Rules of Civil Procedure, the Local Rules of the Northern District of Texas, and/or other applicable law.

4.    Defendant objects to the definitions of "CSPH, Inc. d/b/a Domino's Pizza," "you," and "your" set forth in the "Definitions and Instructions" in the Requests to the extent those definitions include anyone other than agents or representatives of Defendant.  In particular, Defendant objects to those definitions to the extent they include independent contractors and/or outside consultants.  Likewise, Defendant objects to the "Definitions and Instructions" in the Requests to the extent they require Defendant to search for or produce documents in possession of any such independent contractors and/or outside consultants.

5.    Defendant objects to the Requests to the extent they request documents which are protected by the attorney-client privilege, the work product doctrine, or any other applicable privilege or exemption from discovery under federal, state, statutory, constitutional, or common law.  Defendant will respond by producing only non-privileged documents.  Furthermore, Defendant intends to withhold all privileged information and/or documents from disclosure and/or production.  In the event any privileged document is inadvertently produced in response

to the Requests, Defendant expressly reserves its right to reclaim such document without waiver of privilege.  Defendant does not intend to waive any privileges, immunities, or exemptions by responding to the Requests.

6.       Defendant objects to the Requests to the extent that they require the production of documents not currently within Defendant's possession, custody, or control, or require Defendant to obtain documents from third persons or entities.  Defendant's objections and responses to the Requests are based on its current knowledge, information, and belief.

7.       Defendant objects to the Requests to the extent that they make assumptions about or seek to characterize the facts or law.  By responding, Defendant shall not be deemed to agree with, or accept, any such assumption or characterization.  Further, no incidental or implied admissions of fact are made by Defendant by way of the responses below.

8.       Defendant objects to the Requests to the extent they seek disclosure of Defendant's proprietary and/or confidential information.

9.       Defendant objects to the Requests to the extent they seek information that is not relevant or reasonably calculated to lead to the discovery of admissible evidence, and to the extent that the Requests are overly broad, unreasonably cumulative, duplicative, and/or would impose an unreasonable or undue burden and/or expense upon Defendant.

10.       Defendant's responses to the Requests are not intended to waive, and do not constitute any waiver of, any objections that Defendant may have to the admissibility, competency, authenticity, materiality, or relevance of the information provided.  Defendant hereby specifically reserves all objections regarding the relevance, competence, materiality, or admissibility of any such information as evidence in this action or in any related or subsequent proceeding.

11.     Defendant reserves the right to supplement or amend his objections and responses to the Requests due to, among other things, discovery of additional documents and other developments or proceedings in this action.  Defendant reserves the right to make use of, or introduce at any hearing and at trial, documents otherwise responsive to the Requests that may be discovered subsequent to the date of these initial responses.

12.     All of the foregoing General Objections to the Requests shall be deemed continuing, and are hereby incorporated into each of the responses to the Requests set forth below.  The failure of Defendant to make a specific objection to a particular, individual request is not, and shall not be construed as, an admission that responsive information exists.  Subject to and without waiver of the foregoing General Objections, Defendant sets forth below specific responses and objections to the Requests.

## II.   OBJECTIONS AND RESPONSES TO REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**  Produce a copy of the complete payroll file for Plaintiff and those similarly situated workers, as defined above.  This request includes, but is not limited to, and paycheck stubs, wage summaries, or tax documents maintained by you or your contractors (such as ADP).

> **RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.  Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Defendant further objects to this Request for Production to the extent that it is unable to produce documents maintained by a third-party vendor, like ADP.  Defendant has produced the Plaintiff's pay roll records in various forms, which have been Bates labeled as CSPH000079-166 and CSPH000296-298.

**REQUEST FOR PRODUCTION NO. 2:**  Produce copies of all time sheets, time cards, or other documents recording the hours Plaintiff (and those similarly situated) worked.  This includes, but is not limited to, work schedules, schedules of hours and any documents from which hours of work may be calculated, determined, or estimates.

**RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Again, the Plaintiff is not similarly situated, during the time period specified by the Definitions Section, as to the way he has paid versus others who he purports to represent. The information sought by the Plaintiff is already contained within the pay roll information it has previously produced as Bates Labels CSPH000079-166 and CSPH000296-298.

**REQUEST FOR PRODUCTION NO. 3:** Produce copies of the job description(s) for the position held by Plaintiff and those similarly situated.

**RESPONSE:** Defendant objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. Defendant has produced the Plaintiff's pay roll records in various forms, which have been Bates labeled as CSPH000167.

**REQUEST FOR PRODUCTION NO. 4:** Produce copies of all documents setting forth or describing the job duties of the position held by Plaintiff and those similarly situated. This includes, but is not limited to, any training materials, advertisements, or other documents describing Plaintiff's position with you (other than the job description requested in the previous request).

**RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. Defendant has produced the job description for the Plaintiff along with various training materials and manuals related to his former position as Bates Label CSPH000158-295.

**REQUEST FOR PRODUCTION NO. 5:** Produce copies of all documents that outline or discuss the understanding, arrangement, agreement or contractual obligations between Plaintiff (and those similarly situated) and Defendant.

**RESPONSE:** Defendant objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. If the Plaintiff is inquiring as to what type of contractual arrangement, if any, between the Plaintiff and the Defendant during his tenure, the employment manual, which has been produced, along with an executed acknowledgement from his personnel file, that he maintained an at-will relationship with the Defendant.

**REQUEST FOR PRODUCTION NO. 6:**  Produce copies of the personnel file for Plaintiff. This Request includes, but is not limited to, desk files, informal files kept by supervisors or other of Defendant's employees, and any notes pertaining to Plaintiff and those similarly situated.

> **RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Defendant has produced a copy of the Plaintiff's personnel file, which was Bates labeled as CSPH000001-78.

**REQUEST FOR PRODUCTION NO. 7:**  Produce a copy of Defendant's employee handbook or other documents given to or applicable to Plaintiff and those similarly situated setting forth Defendant's policies and procedures governing the employment relationship that were effective during the Relevant Time Period.

> **RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.  Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Defendant has produced a copy of the requested information, which is Bates labeled as CSPH000168-190.

**REQUEST FOR PRODUCTION NO. 8:**  Produce copies of all documents relating any computer systems or companies used by Defendant to pay its employees during the Relevant Time Period.  This includes, but is not limited to, any documents describing the function and operation of the software or computer system(s) used to issue paychecks and paycheck stubs to Defendant's employees.

> **RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.  Defendant further objects to this Request for Production because it is unclear why and how the information about its computer systems or companies utilized for paying its employees results in the production of relevant evidence to the Plaintiff's claims for unreimbursed expenses that violates the FLSA's requirements for compensating tipped employees.

**REQUEST FOR PRODUCTION NO. 9:**  Produce all documents explaining or describing the codes and descriptions contained on the paycheck statements issued by Defendant to its employees during the Relevant Time Period.

**RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. The documents produced by the Defendant are fairly explanatory as to the codes and descriptions associated with the Plaintiff's pay during his employment.

**REQUEST FOR PRODUCTION NO. 10:** Produce all documents showing all deductions made from Plaintiff's (and from the similarly situated workers') wages and the reasons the deductions were made.

**RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. The documents produced by the Defendant describe the various deductions taken from the Plaintiff's pay during his employment.

**REQUEST FOR PRODUCTION NO. 11:** Produce copies of all electronic mail authored by or sent to Plaintiff (and those similarly situated) by Defendant. We ask that this data be produced in electronic form to reduce expense and burden.

**RESPONSE:** Defendant objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. There is no such documentation available that is responsive to this Request for Production.

**REQUEST FOR PRODUCTION NO. 12:** Produce copies of all documents sent by Defendant to Plaintiff (and vice versa) concerning the terms and conditions of Plaintiff's employment. This includes, but is not limited to e-mail, memos, notes, and other documents discussing Plaintiff' compensation and other benefits.

**RESPONSE:** Defendant objects to this Request for Production that appears to seek documentation for each and every discussion about the Plaintiff's compensation that may have taken place over more than a two year period. Defendant has produced as Bates Labeled CSPH000001-78, the documents that it believes are responsive to this Request and are contained in his personnel file. Defendant will endeavor to determine whether there might exist additional information responsive to this Request.

**REQUEST FOR PRODUCTION NO. 13:** To the extent they are not maintained in personnel files, produce a copy of each employment review or evaluation for Plaintiff and those similarly situated.

**RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it

acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.   Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Any documents responsive to this Request for Production have been produced with the Plaintiff's personnel file, which was Bates Labeled as CSPH000001-78.

**REQUEST FOR PRODUCTION NO. 14:** Produce a copy of the employment evaluation or employment review form used to evaluate Plaintiff and those similarly situated.

**RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.   Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Defendant further objects to this Request for Production because it is unclear why and how the Plaintiff's performance at all is relevant to the Plaintiff's claims for unreimbursed expenses that violate the FLSA's requirements for compensating tipped employees.

**REQUEST FOR PRODUCTION NO. 15:** Produce copies of all documents or forms given to newly hired employees between during the Relevant Time Period that concern or explain the individual's compensation and the manner in which his/her compensation is set and/or paid.

**RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.   Defendant has already produced this information for those employees who were paid similarly as the Plaintiff while he was working as Bates Labeled CSPH000023.

**REQUEST FOR PRODUCTION NO. 16:** Produce copies of all advertisements or other marketing or promotional material for the position held by Plaintiff and those similarly situated.

**RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.   Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Defendant further objects to this Request for Production because it is unclear why and how the Plaintiff's position was marketed is relevant to the Plaintiff's claims for unreimbursed expenses that violates the FLSA's requirements for compensating tipped employees.

**REQUEST FOR PRODUCTION NO. 17:** Produce copies of all documents authorizing Defendant to make deductions from Plaintiff's (and any similarly situated workers') wages.

> **RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. Any documents responsive to this Request for Production have been produced with the Plaintiff's personnel file, which was Bates Labeled as CSPH00001-78.

**REQUEST FOR PRODUCTION NO. 18:** Produce copies of any compensation agreements or employment agreements between Defendant and Plaintiff and those similarly situated to Plaintiff.

> **RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. If the Plaintiff is inquiring as to what type of contractual arrangement, if any, between the Plaintiff and the Defendant during his tenure, the employment manual, which has been produced, along with an executed acknowledgement from his personnel file, that he maintained an at-will relationship with the Defendant.

**REQUEST FOR PRODUCTION NO. 19:** For the Relevant Time Period, produce a copy of any manual or document provided to supervisors or management personnel explaining Defendant's employment policies and procedures or giving guidance as to how to implement Defendant's policies and procedures for employees.

> **RESPONSE:** Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA. Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent. Defendant further objects to this Request for Production because it is unclear why and how all of the Defendant's policies and procedures for handing employees are relevant to the Plaintiff's claims for unreimbursed expenses that violates the FLSA's requirements for compensating tipped employees.

**REQUEST FOR PRODUCTION NO. 20:** Produce all organizational charts for Defendant or any other documents showing the management structure or reporting relationships between employees of Defendant.

---

**RESPONSE:**  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.   Defendant further objects to this Request for Production to the extent that the Plaintiff was not similarly situated, during the time period specified by the Definitions Section, as to the method of payment for the class he purports to represent.  Defendant further objects to this Request for Production because it is unclear why and how all of the Defendant's management structure or reporting relationships with employees policies is relevant to the Plaintiff's claims for unreimbursed expenses that violates the FLSA's requirements for compensating tipped employees.

**REQUEST FOR PRODUCTION NO. 21:** Produce  copies  of  all  correspondence  and  other documents sent to or received from the Department of Labor concerning any investigation of Defendant, if any exist.

**RESPONSE:**   Defendant  objects  to  this  Request  for  Production  to  the  extent  it  seeks documentation  which  is  protected  by  the  attorney-client  privilege  or  the  attorney  work product exemption.  Defendant objects to the time period specified by the Plaintiff in his Requests for Production, to the extent it automatically assumes that Defendant cannot show that it acted in good faith with respect to the manner and method for paying the Plaintiff as it did, in accordance with the requirements of the FLSA.   Defendant further objects to the Request for Production to the extent it has failed to provide any relevant nexus between the Plaintiff's  claims  for  unreimbursed  expenses  that  violates  the  FLSA's  requirements  for compensating tipped employees and any communication with the Department of Labor at any time for any reason.

Dated:  April 14, 2015                                    Respectfully submitted,


                                        By: */s/ Sonja J. McGill*
                                             Jay M. Wallace
                                             State Bar No. 20769200
                                             jwallace@bellnunnally.com
                                             Sonja J. McGill
                                             State Bar No. 24007648
                                             smcgill@bellnunnally.com


                                        **BELL NUNNALLY & MARTIN LLP**
                                        3232 McKinney Ave., Suite 1400
                                        Dallas, TX  75204-2429
                                        Tel: 214/740-1400
                                        Fax: 214/740-1499


                                        **ATTORNEYS FOR DEFENDANT
                                        C.S.P.H., INC. d/b/a DOMINO'S PIZZA**


                            <u>**CERTIFICATE OF SERVICE**</u>


        The undersigned hereby certifies that on the 14th day of April, 2016, a true and correct copy of the foregoing document has been sent to counsel of record via email, as follows:

**Via E-Mail:  forester@l-b-law.com**
J. Derek Braziel
J. Forester
Lee & Braziel, LLP
1801 N. Lamar Street, Suite 325
Dallas, Texas 75202


                                        */s/ Sonja J. McGill*
                                        Sonja J. McGill


2614124_1.DOCX // 8259.0004

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHN MICHAEL REDUS, on behalf of** | § | |
| **himself and others similarly-situated,** | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | Civil Action No. 3:15-cv-2364-M |
| | § | |
| **CSPH, INC. d/b/a Domino's Pizza.,** | § | Jury Demanded |
| | § | |
| *Defendant.* | § | |

---

**PLAINTIFF'S RESPONSE TO DEFENDANT C.S.P.H., INC.'S FIRST REQUESTS FOR PRODUCTION**

---

TO:   DEFENDANT, by and through its attorneys of record, Sonja McGill and Jay Wallace, BELL NUNNALLY & MARTIN LLP, 3232 McKinney Ave., Suite 1400, Dallas, TX  75204-2429

   Plaintiff, Michael Redus submits his objections and answers to Defendant's First Request for Production pursuant to the Federal Rules of Civil Procedure.  Plaintiff reserves the right to supplement and/or amend these Responses as permitted by the Federal Rules of Civil Procedure, the Local Rules, and by the Parties' Agreement.

   Respectfully submitted,

   **LEE & BRAZIEL, L.L.P.**

   **/s/ J. Derek Braziel**
   **J. Derek Braziel**
   State Bar No. 00793380
   **J. Forester**
   State Bar No. 24087532
   **Lee & Braziel, L.L.P.**
   1801 N. Lamar Street, Suite 325

---

PLAINTIFF JOHN REDUS' RESPONSE TO DEFENDANT C.S.P.H., INC.'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS

1

APPENDIX E

Dallas, Texas 75202
(214) 749-1400 phone
(214) 749-1010 fax
**ATTORNEYS FOR PLAINTIFF**

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the 9th day of May, 2016, a true and correct copy of the foregoing document has been sent to counsel of record via email, as follows:

**SONJA MCGILL**
**JAY WALLACE**
**BELL NUNNALLY & MARTIN LLP**
3232 McKinney Ave., Suite 1400
Dallas, TX  75204-2429
Tel: 214/740-1400
Fax: 214/740-1499
smcgill@bellnunnally.com
JWallace@bellnunnally.com

# I. GENERAL OBJECTIONS

Plaintiff hereby objects to each and every Request for Production on the following grounds, which grounds shall be deemed incorporated into each and every response to the demands:

1.      Plaintiff objects to the Requests for Production to the extent they seek information or documents protected from discovery.

2.      Plaintiff objects to the Requests for Production to the extent they seek information or documents that are not within Plaintiff's possession, custody or control and are within the possession, custody or control of a third party.  Defendant is obligated to seek such documents from the third party.  Plaintiff is under no duty to identify information not within his control or knowledge.  Further, Plaintiff will not provide any confidential, proprietary or trade secret information of a third party.

3.      Plaintiff objects to these Requests for Production to the extent they seek information that is already in Defendant's possession, or that is equally available to them from other sources that are more convenient, less burdensome and/or less expensive.

4.      Plaintiff objects to the Requests for Production to the extent they seek the disclosure of information that is neither relevant to the issues raised in this action nor reasonably calculated to lead to the discovery of admissible evidence.

5.      No incidental or implied admissions are intended by any response by Plaintiff to these Requests for Production.  That Plaintiff has responded to any Request for Production is not an admission that Plaintiff accepts or admits the existence of any alleged facts set forth in or assumed by such Request for Production, or that the making of the response constitutes admissible evidence.

6.      Plaintiff's responses and any documents or information produced pursuant thereto are submitted subject to and without in any way waiving or intending to waive, and, on the contrary, intending to reserve and reserving:   (a) all questions as to competency, relevancy, materiality, privilege, and admissibility as evidence for any purpose of any of the responses given or the documents produced or the subject matter thereof; (b) the right to object to other discovery relating to the same subject matter; (c) the right at any time to revise, correct, add to, or clarify any of the responses set forth herein.

7.      Plaintiff hereby objects to Defendant's Requests to the extent that they require responses and answers which exceed the discovery obligations under the Federal Rules of Civil Procedure.

8.      Plaintiff hereby objects to Defendant's Requests because they seek information outside of the scope of permissible discovery.   Per the Court's Order(s) dated December 31, 2015 and April 29, 2016 and the Parties' Agreement, the only permissible discovery at this time is discovery related to class certification.

II.     REQUESTS FOR PRODUCTION

**REQUEST FOR PRODUCTION NO. 1:**  Please produce any and all documents which support your contention that "Plaintiff was paid between $4.00 and $5.00 per hour for his work, plus tips," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 2:**  Please produce any and all documents which support your contention that "Plaintiff was paid approximately $1.25 per delivery he made as a partial reimbursement of his automobile and other expenses," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 3:**  Please produce any and all documents which support your contention that [t]he amount paid by Defendant to Plaintiff and the Class Members per delivery for automobile expenses was insufficient to reimburse them for their actual automobile expenses incurred in delivering Defendant's pizza and other food items," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 4:**  Please produce any and all documents which support your contention that "Defendant wholly failed to reimburse Plaintiff and the Class Members for the other job-related expenses incurred by them for the purpose of delivery Defendant's pizza and other food items, including, but not limited to," uniform purchase, laundering, cleaning, and maintenance, as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 5:**  Please produce any and all documents which support your contention that "Defendant wholly failed to reimburse Plaintiff and the Class Members for the other job-related expenses incurred by them for the purpose of delivery Defendant's pizza and other food items, including, but not limited to," cellular telephone charges, as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 6:**  Please produce any and all documents which support your contention that "Defendant wholly failed to reimburse Plaintiff and the Class Members for the other job-related expenses incurred by them for the purpose of delivery Defendant's pizza and other food items, including, but not limited to," purchases of flashlights, batteries and maps, as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and

the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 7:**  Please produce any and all documents which support your contention that "As a result of the automobile and other job-related expenses incurred by Plaintiff and the Class Members, they were deprived of the minimum wage guaranteed to them by the FLSA,", as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 8:**  Please produce any and all documents which support your contention that "Plaintiff and the Class Members were not required to record their automobile and other job-related expenses and Defendant failed to maintain accurate records of job-related expenses and deductions from wages, as required by the FLSA," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 9:**  Please produce any and all documents which support your contention that "Plaintiff and the Class Members were not required to record their automobile and other job-related expenses and Defendant failed to maintain accurate records of

job-related expenses and deductions from wages, as required by the FLSA," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time. This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification. Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 10:** Please produce any and all documents which support your contention that "Plaintiff complained about not being paid minimum wage as a result of the insufficient automobile expense reimbursement," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time. This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification. Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 11:** Please produce any and all documents specifically reflecting or referencing the alleged complaints made by the Plaintiff concerning the Defendant's alleged failure to pay him the minimum as result of the allegedly insufficient automobile expense reimbursement, including, but not limited to the date(s) of the complaint(s), the actual substance of the complaint(s), the person(s) who received the complaint(s) on the Defendant's behalf, the response, if any, to the complaint(s), and the identity of any witnesses to such complaint(s).

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time. This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification. Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 12:**   Please produce any and all documents which support your contention that "Defendant did not change its wage payment practices after receiving those complaints," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 13:**   Please produce any and all documents which support your contention that "Defendant was aware of the FLSA's minimum wage requirements and chose not to pay Plaintiff and the Class Members lawfully," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 14:**   Please produce any and all documents which support your contention that Defendant's actions towards the Plaintiff with respect to the allegations contained in the Lawsuit, as they relate to the FLSA, were willful, as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 15:**   Please produce any and all documents which support your contention that "[d]uring the period from three years prior to the filing of this suit until the filing of this suit, Defendant employed other individuals as delivery drivers in its stores and failed to pay them wages as required by the FLSA," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as harassing and seeking information already in the possession, custody, and control of defendant or third parties.  Plaintiff objects to portions of this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  Plaintiff further objects to this request because it does not describe with particularity the documents being sought.  Subject to the foregoing objections, Plaintiff is aware of no responsive documents in his possession and reserves the right to supplement and/or amend this Response.

**REQUEST FOR PRODUCTION NO. 16:**   Please produce any and all documents which support your contention that "Plaintiff and the Class Members perform(ed) the same or similar duties and were/are paid under the same pay plan(s) that failed to pay them minimum wages as required by the FLSA," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as harassing and seeking information already in the possession, custody, and control of defendant or third parties.  Plaintiff objects to portions of this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  Plaintiff further objects to this request because it does not describe with particularity the documents being sought.  Subject to the foregoing objections, Plaintiff is aware of no responsive documents in his possession and reserves the right to supplement and/or amend this Response.

**REQUEST FOR PRODUCTION NO. 17:**   Please produce any and all documents which support your contention that "Defendant was aware of the FLSA's minimum wage requirements and chose not to pay Plaintiff and the Class Members lawfully," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 18:**   Please produce any and all documents which support your contention that "the Class Members victimized by Defendant's unlawful pattern and practices are similarly situated to Plaintiff in terms of job duties and pay provisions," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as harassing and seeking information already in the possession, custody, and control of defendant or third parties.  Plaintiff objects to portions of this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  Plaintiff further objects to this request because it does not describe with particularity the documents being sought.  Subject to the foregoing objections, Plaintiff is aware of no responsive documents in his possession and reserves the right to supplement and/or amend this Response.

**REQUEST FOR PRODUCTION NO. 19:**  Please produce any and all documents which support your contention that "the Class Members victimized by Defendant's unlawful pattern and practices are similarly situated to Plaintiff in terms of job duties and pay provisions," as described in the Lawsuit.

**RESPONSE:**

See Response to Request No. 18.

**REQUEST FOR PRODUCTION NO. 20:**  Please produce any and all documents which support your contention that "Plaintiff's experience is typical of the experience of the Class Members," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this Response as being disproportionate to the matters at issue in this case. Because this matter is styled as a collective action brought pursuant to the FLSA, and not a class action brought pursuant to Rule 23 of the Federal Rules of Civil Procedure "typicality" is not at issue in this case.  Moreover, Plaintiff objects to this request as harassing and seeking information already in the possession, custody, and control of defendant or third parties. Plaintiff further objects to this request because it does not describe with particularity the documents being sought.  Subject to the foregoing objections, Plaintiff has produced responsive documents to the non-objectionable portions of the Response and reserves the right to supplement and/or amend this Response.

**REQUEST FOR PRODUCTION NO. 21:**  Please produce any and all documents which support your contention that "Defendant knowingly, willfully, or with reckless disregard carried out its illegal pattern or practice of failing to pay minimum wages with respect to Plaintiff and the Class Members," as described in the Lawsuit.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is

limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 22:** Please produce any and all documents reflecting, referencing, or evidencing any communication(s) personally or on your behalf with the Department of Labor concerning any complaint(s) of your wages with Defendant not meeting the FLSA's minimum wage requirements at any time during your employment or following your dismissal in March 2014.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

**REQUEST FOR PRODUCTION NO. 23:**  Please produce any and all documents reflecting, referencing, or evidencing any responses from the Department of Labor to any complaint(s) of your wages with Defendant not meeting the FLSA's minimum wage requirements at any time during your employment or following your dismissal in March 2014, irrespective of whether you personally made such a complaint(s) or a complaint(s) was made on your behalf.

**RESPONSE:**

Plaintiff objects to this request as being premature and outside the scope of permissible and/or agreed discovery at this time.  This case is in the Certification Phase, not the Merits Phase and the Court's Order specifically mandates that scope of discovery at the Certification Phase is limited to Certification.  Subject to the foregoing objections, and without waiving the same, Plaintiff will provide responsive information, if any exists, to the non-objectionable portions of the request at the appropriate time.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| *Plaintiff,* | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364-M |
| CSPH, INC. d/b/a Domino's Pizza., | § § | Jury Demanded |
| *Defendant.* | § § | |

## DECLARATION OF SONJA J. MCGILL

I, Sonja J. McGill, subject to the laws concerning perjury, hereby submit this Declaration pursuant to 28 U.S.C. § 1746 and state as follows:

1.      My name is Sonja J. McGill. I am over 18 years of age, of sound mind, and competent in all respects to make this Declaration. I have personal knowledge, or knowledge based on my review of corporate records that are within my custody and control, of all the matters stated herein, and they are all true and correct.

2.      I am one of the attorneys representing Defendant C.S.P.H., Inc., d/b/a Domino's Pizza's in the above-referenced matter. I am submitting this Declaration in support of Defendant's Motion for Summary Judgment to its Response to Plaintiff John Redus's ("Plaintiff" or "Redus") Motion for Notice to Potential Plaintiffs and Conditional Certification, pursuant to Fed. R. Evid. 1006, for the sole purpose of evaluating Mr. Redus's and Mr. Rowe's hourly wage rate after combing their hourly wages, including overtime worked for a pay period, their reported tips, and

APPENDIX F

the reimbursement by run and actual mileage Defendant paid them as tipped employees can be paid as directed by the Fair Labor Standards Act ("FLSA").

3.      Exhibits 25 and 26 to my declaration constitute true and correct copies of the spreadsheets I created, relying on several sources of data from Defendant that represent some of their business records which are kept in the regular course of their business, as offered by the declaration of Joy Wilson, Defendant's Director of Human Resources Services.

4.      The documents I relied upon in order to make the calculations contained in Exhibits 25 and 26 include the following:

- Exhibit 8, Mr. Redus's Payroll Data Entry Report, which details his work hours, including any overtime, the hourly wage based on the FLSA's tip credit, the overtime hourly wage based on the FLSA's tip credit, the tips reported for each pay period, and the total amount of wages Defendant paid him each pay period.

- Exhibit 9, the spreadsheet Ms. Wilson prepared to compile various data points concerning Mr. Redus's hours and wages.

- Exhibit 10, the Mileage & Tips report for Mr. Redus at store 6806, which tracks the monthly tips he was paid along with his monthly vehicle reimbursement by run he made as a delivery driver.

- Exhibits 11 and 12, the Run Time Reports for 2013 and 2014 for Mr. Redus at store 6806, which tracks his daily work hours, number of runs, number of orders, miles driven, and pay per mile based on the run reimbursement rate.

- Exhibit 20, Mr. Rowe's Payroll Data Entry Report, which details his work hours, including any overtime, the hourly wage based on the FLSA's tip credit, the overtime hourly wage based on the FLSA's tip credit, the tips reported for each pay period, and the total amount of wages Defendant paid him each pay period.

- Exhibit 21, the spreadsheet Ms. Wilson prepared to compile various data points concerning Mr. Rowe's hours and wages.

- Exhibit 22, the Mileage & Tips report for Mr. Rowe at store 6806, which tracks the monthly tips he was paid along with his monthly vehicle reimbursement by run he made as a delivery driver.

- Exhibits 23 and 24, the Run Time Reports for 2013 and 2014 for Mr. Rowe at store 6806, which tracks his daily work hours, number of runs, number of orders, miles driven, and pay per mile based on the run reimbursement rate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration was executed on the 20th day of December, 2016, in Dallas, Texas.

_____
Sonja J. McGill

John Redus Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay plus Run Reimbursement | Hourly Rate based on Run Reimbursement for Pay Period | Actual Mileage Reimbursement Reimbursement | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John | 8/28/2013 | 6.58 | | | | | | | | | | | | |
| 6806 | Redus, John | 8/29/2013 | 10.31 | | | | | | | | | | | | |
| 6806 | Redus, John | 8/31/2013 | 9.47 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/1/2013 | 8.93 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 35.29 | $206.00 | 11.93 | $104.75 | $310.75 | $192.08 | $502.83 | $44.10 | $546.93 | $15.50 | $53.14 | $555.97 | $15.75 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 9/2/2013 | 8.30 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/4/2013 | 13.03 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/5/2013 | 8.56 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/6/2013 | 7.32 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/7/2013 | 4.94 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/8/2013 | 10.41 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 52.56 | $206.00 | 12.56 | $110.28 | $316.28 | $246.40 | $562.68 | $69.30 | $631.98 | $12.02 | $38.57 | $601.25 | $11.44 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 9/15/2013 | 11.39 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 11.39 | $58.66 | 0.00 | $0.00 | $58.66 | $40.48 | $99.14 | $18.00 | $117.14 | $10.28 | $24.80 | $123.94 | $10.88 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 9/16/2013 | 10.50 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/17/2013 | 8.11 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/18/2013 | 5.46 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/20/2013 | 7.60 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/21/2013 | 6.71 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 38.38 | $197.66 | 0.00 | $0.00 | $197.66 | $162.98 | $360.64 | $52.20 | $412.84 | $10.76 | $56.51 | $417.15 | $10.87 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 9/23/2013 | 8.26 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/24/2013 | 8.83 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/25/2013 | 9.88 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/26/2013 | 9.85 | | | | | | | | | | | | |
| 6806 | Redus, John | 9/29/2013 | 4.81 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 41.63 | $206.00 | 1.63 | $14.31 | $220.31 | $165.40 | $385.71 | $61.20 | $446.91 | $10.74 | $62.35 | $448.06 | $10.76 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 9/30/2013 | 8.80 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/1/2013 | 9.94 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/3/2013 | 9.27 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/4/2013 | 11.96 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/5/2013 | 8.74 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/6/2013 | 10.12 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 58.83 | $206.00 | 18.83 | $165.33 | $371.33 | $216.76 | $588.09 | $80.10 | $668.19 | $11.36 | $103.53 | $691.62 | $11.76 |

EXHIBIT 25

Mr. Redus worked as a Shift Supervisor for the pay periods ending 12/14/13, 2/2/14, and 2/18/14. Those weeks are highlighted with bold text.

John Redus Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John | 10/8/2013 | 8.36 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/9/2013 | 7.67 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/10/2013 | 10.12 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/11/2013 | 8.40 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/12/2013 | 3.56 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/13/2013 | 5.33 | | | | | | | | | | | | |
| | Pay Period Summary | | 43.44 | $206.00 | 3.44 | $30.20 | $236.20 | $239.19 | $475.39 | $55.80 | $531.19 | $12.23 | $62.07 | $537.46 | $12.37 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 10/14/2013 | 9.58 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/16/2013 | 6.30 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/17/2013 | 10.59 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/18/2013 | 7.95 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/19/2013 | 2.62 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/20/2013 | 6.03 | | | | | | | | | | | | |
| | Pay Period Summary | | 43.07 | $206.00 | 3.07 | $26.95 | $232.95 | $232.94 | $465.89 | $56.70 | $522.59 | $12.13 | $66.23 | $532.12 | $12.35 |
| 6806 | Redus, John | 10/21/2013 | 9.31 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/22/2013 | 7.60 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/23/2013 | 9.10 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/24/2013 | 2.33 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/25/2013 | 4.62 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/26/2013 | 7.94 | | | | | | | | | | | | |
| | Pay Period Summary | | 40.90 | $206.00 | 0.90 | $7.90 | $213.90 | $180.24 | $394.14 | $53.10 | $447.24 | $10.94 | $63.60 | $457.74 | $11.19 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 10/29/2013 | 6.41 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/30/2013 | 8.65 | | | | | | | | | | | | |
| 6806 | Redus, John | 10/31/2013 | 11.32 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/1/2013 | 11.33 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/2/2013 | 7.79 | | | | | | | | | | | | |
| | Pay Period Summary | | 45.50 | $206.00 | 5.50 | $48.29 | $254.29 | $186.49 | $440.78 | $67.50 | $508.28 | $11.17 | $81.35 | $522.13 | $11.48 |
| 6806 | Redus, John | 11/4/2013 | 10.00 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/5/2013 | 7.39 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/6/2013 | 7.75 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/7/2013 | 9.44 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/8/2013 | 9.37 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/9/2013 | 2.93 | | | | | | | | | | | | |
| | Pay Period Summary | | 46.88 | $206.00 | 6.88 | $60.41 | $266.41 | $139.83 | $406.24 | $59.40 | $465.64 | $9.93 | $63.41 | $469.65 | $10.02 |

Mr. Redus worked as a Shift Supervisor for the pay periods ending 12/14/13, 2/2/14, and 2/18/14. Those weeks are highlighted with bold text.

John Redus Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John | 11/12/2013 | 7.35 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/13/2013 | 7.23 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/14/2013 | 8.84 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/15/2013 | 9.46 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/16/2013 | 8.83 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/17/2013 | 8.66 | | | | | | | | | | | | |
| | Pay Period Summary | | 50.37 | $206.00 | 10.37 | $91.05 | $297.05 | $152.28 | $449.33 | $60.30 | $509.63 | $10.12 | $70.16 | $519.49 | $10.31 |
| 6806 | Redus, John | 11/18/2013 | 6.91 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/19/2013 | 1.96 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/20/2013 | 8.18 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/21/2013 | 7.48 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/22/2013 | 9.35 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/23/2013 | 9.69 | | | | | | | | | | | | |
| | Pay Period Summary | | 43.57 | $206.00 | 3.57 | $31.34 | $237.34 | $155.28 | $392.62 | $56.70 | $449.32 | $10.31 | $65.45 | $458.07 | $10.51 |
| 6806 | Redus, John | 11/25/2013 | 8.34 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/26/2013 | 8.73 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/27/2013 | 6.85 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/29/2013 | 6.01 | | | | | | | | | | | | |
| 6806 | Redus, John | 11/30/2013 | 7.45 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/1/2013 | 3.41 | | | | | | | | | | | | |
| | Pay Period Summary | | 40.79 | $206.00 | 0.79 | $6.94 | $212.94 | $212.48 | $425.42 | $55.80 | $481.22 | $11.80 | $59.90 | $485.32 | $11.90 |
| 6806 | Redus, John | 12/2/2013 | 8.45 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/3/2013 | 6.98 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/4/2013 | 7.05 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/5/2013 | 10.78 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/6/2013 | 10.81 | | | | | | | | | | | | |
| | Pay Period Summary | | 44.07 | $206.00 | 4.07 | $35.73 | $241.73 | $292.41 | $534.14 | $50.40 | $584.54 | $13.26 | $67.31 | $601.45 | $13.65 |
| 6806 | Redus, John | 12/12/2013 | 7.70 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/13/2013 | 9.20 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/14/2013 | 7.75 | | | | | | | | | | | | |
| | **Pay Period Summary** | | **24.65** | **$126.95** | **0.00** | **$0.00** | **$126.95** | **$54.88** | **$181.83** | **$31.50** | **$213.33** | **$8.65** | **$38.38** | **$220.21** | **$8.93** |

Mr. Redus worked as a Shift Supervisor for the pay periods ending 12/14/13, 2/2/14, and 2/18/14. Those weeks are highlighted with bold text.

John Redus Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John | 12/16/2013 | 6.99 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/17/2013 | 7.69 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/18/2013 | 10.30 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/19/2013 | 8.47 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/20/2013 | 10.12 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 43.57 | $206.00 | 3.57 | $31.34 | $237.34 | $161.47 | $398.81 | $52.20 | $451.01 | $10.35 | $58.99 | $457.80 | $10.51 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 12/23/2013 | 7.29 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/24/2013 | 11.16 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/27/2013 | 8.60 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/28/2013 | 9.27 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 36.32 | $187.05 | 0.00 | $0.00 | $187.05 | $120.02 | $307.07 | $36.90 | $343.97 | $9.47 | $49.70 | $356.77 | $9.82 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 12/30/2013 | 6.88 | | | | | | | | | | | | |
| 6806 | Redus, John | 12/31/2013 | 9.61 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/2/2014 | 8.62 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/3/2014 | 8.92 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/4/2014 | 12.90 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/5/2014 | 9.95 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 56.88 | $292.93 | 16.88 | $148.21 | $441.14 | $195.25 | $636.39 | $81.90 | $718.29 | $12.63 | $96.88 | $733.27 | $12.89 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 1/6/2014 | 8.26 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/7/2014 | 7.86 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/8/2014 | 5.40 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/10/2014 | 6.21 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/11/2014 | 7.01 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/12/2014 | 4.59 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 39.33 | $206.00 | 0.00 | $0.00 | $206.00 | $118.70 | $324.70 | $46.80 | $371.50 | $9.45 | $53.41 | $378.11 | $9.61 |
| | | | | | | | | | | | | | | | |
| 6806 | Redus, John | 1/13/2014 | 8.36 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/14/2014 | 8.43 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/16/2014 | 8.28 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/17/2014 | 10.51 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/18/2014 | 6.99 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/19/2014 | 12.10 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 54.67 | $206.00 | 14.67 | $128.80 | $334.80 | $205.13 | $539.93 | $68.40 | $608.33 | $11.13 | $74.39 | $614.32 | $11.24 |

Mr. Redus worked as a Shift Supervisor for the pay periods ending 12/14/13, 2/2/14, and 2/18/14. Those weeks are highlighted with bold text.

John Redus Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay plus Run Reimbursement | Hourly Rate based on Run Reimbursement for Pay Period | Actual Mileage Reimbursement Reimbursement | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John | 1/20/2014 | 4.74 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/21/2014 | 6.98 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/22/2014 | 9.57 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/23/2014 | 3.40 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/24/2014 | 8.47 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/25/2014 | 3.81 | | | | | | | | | | | | |
| | Pay Period Summary | | 36.97 | $206.00 | 0.00 | $0.00 | $206.00 | $114.00 | $320.00 | $39.60 | $359.60 | $9.73 | $41.64 | $361.64 | $9.78 |
| 6806 | Redus, John | 1/27/2014 | 6.59 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/29/2014 | 6.82 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/30/2014 | 7.39 | | | | | | | | | | | | |
| 6806 | Redus, John | 1/31/2014 | 5.00 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/1/2014 | 9.72 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/2/2014 | 7.88 | | | | | | | | | | | | |
| | **Pay Period Summary** | | **43.40** | **$360.00** | **3.40** | **$44.20** | **$404.20** | **$170.93** | **$575.13** | **$61.20** | **$636.33** | **$14.66** | **$67.03** | **$642.16** | **$14.80** |
| 6806 | Redus, John | 2/3/2014 | 4.49 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/4/2014 | 6.27 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/5/2014 | 7.42 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/6/2014 | 10.50 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/7/2014 | 8.56 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/8/2014 | 2.90 | | | | | | | | | | | | |
| | Pay Period Summary | | 40.14 | $360.00 | 0.14 | $1.23 | $361.23 | $184.15 | $545.38 | $55.80 | $601.18 | $14.98 | $69.62 | $615.00 | $15.32 |
| 6806 | Redus, John | 2/10/2014 | 4.26 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/11/2014 | 7.42 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/13/2014 | 7.71 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/14/2014 | 8.11 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/15/2014 | 10.35 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/16/2014 | 9.14 | | | | | | | | | | | | |
| | Pay Period Summary | | 46.99 | $206.00 | 6.99 | 166.00 | $372.00 | $187.11 | $559.11 | $56.70 | $615.81 | $13.11 | $77.12 | $636.23 | $13.54 |
| 6806 | Redus, John | 2/18/2014 | 7.12 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/19/2014 | 4.31 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/20/2014 | 5.98 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/21/2014 | 7.17 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/22/2014 | 5.45 | | | | | | | | | | | | |
| | Pay Period Summary | | 30.03 | $154.65 | 0.00 | $0.00 | $154.65 | $131.20 | $285.85 | $42.30 | $328.15 | $10.93 | $47.34 | $333.19 | $11.10 |

Mr. Redus worked as a Shift Supervisor for the pay periods ending 12/14/13, 2/2/14, and 2/18/14. Those weeks are highlighted with bold text.

APP 194

**John Redus Hourly Wage Rate Calculations**

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay plus Run Reimbursement | Hourly Rate based on Run Reimbursement for Pay Period | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Redus, John | 2/25/2014 | 6.71 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/26/2014 | 7.33 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/27/2014 | 5.11 | | | | | | | | | | | | |
| 6806 | Redus, John | 2/28/2014 | 8.76 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/1/2014 | 7.50 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/2/2014 | 6.94 | | | | | | | | | | | | |
| | Pay Period Summary | | 42.35 | $206.00 | 2.35 | $20.63 | $226.63 | $176.32 | $402.95 | $63.00 | $465.95 | $11.00 | $80.35 | $483.30 | $11.41 |
| 6806 | Redus, John | 3/4/2014 | 10.16 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/5/2014 | 4.09 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/6/2014 | 7.73 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/7/2014 | 8.40 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/8/2014 | 8.52 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/9/2014 | 11.05 | | | | | | | | | | | | |
| | Pay Period Summary | | 49.95 | $206.00 | 9.95 | $87.36 | $293.36 | $171.81 | $465.17 | $66.60 | $531.77 | $10.65 | $74.99 | $540.16 | $10.81 |
| 6806 | Redus, John | 3/11/2014 | 8.79 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/12/2014 | 5.03 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/13/2014 | 13.11 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/14/2014 | 7.57 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/15/2014 | 6.34 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/16/2014 | 9.26 | | | | | | | | | | | | |
| | Pay Period Summary | | 50.10 | $206.00 | 10.10 | $88.68 | $294.68 | $186.63 | $481.31 | $66.60 | $547.91 | $10.94 | $76.21 | $557.52 | $11.13 |
| 6806 | Redus, John | 3/17/2014 | 7.90 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/18/2014 | 8.58 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/20/2014 | 7.77 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/21/2014 | 8.10 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/22/2014 | 7.70 | | | | | | | | | | | | |
| 6806 | Redus, John | 3/23/2014 | 2.20 | | | | | | | | | | | | |
| | Pay Period Summary | | 42.25 | $206.00 | 2.25 | $19.76 | $225.76 | $441.39 | $667.15 | $59.40 | $726.55 | $17.20 | $72.55 | $739.70 | $17.51 |

Mr. Redus worked as a Shift Supervisor for the pay periods ending 12/14/13, 2/2/14, and 2/18/14. Those weeks are highlighted with bold text.

Russell Rowe Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay Plus Run Reimbursement | Hourly Rate based on Run Reimbursement Pay Period | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Russell Rowe | 8/29/2013 | 4.12 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 8/30/2013 | 6.23 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 8/31/2013 | 8.51 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 9/1/2013 | 5.50 | | | | | | | | | | | | |
| | Pay Period Summary | | 24.36 | $125.45 | 0.00 | $0.00 | $125.45 | $150.67 | 276.12 | $38.70 | $314.82 | $12.92 | $47.20 | $323.32 | $13.27 |
| 6806 | Russell Rowe | 10/14/2013 | 5.81 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/15/2013 | 6.10 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/16/2013 | 8.38 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/18/2013 | 7.37 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/19/2013 | 8.33 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/20/2013 | 4.28 | | | | | | | | | | | | |
| | Pay Period Summary | | 40.00 | $206.00 | 0.27 | $2.37 | $208.37 | $150.43 | 358.80 | $60.30 | $419.10 | $10.41 | $66.30 | $425.10 | $10.56 |
| 6806 | Russell Rowe | 10/21/2013 | 2.28 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/22/2013 | 2.75 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/23/2013 | 4.53 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/25/2013 | 2.94 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/26/2013 | 7.21 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/27/2013 | 9.94 | | | | | | | | | | | | |
| | Pay Period Summary | | 29.67 | $152.80 | 0.00 | $0.00 | $152.80 | $115.31 | 268.11 | $45.00 | $313.11 | $10.55 | $52.41 | $320.52 | $10.80 |
| 6806 | Russell Rowe | 10/28/2013 | 4.12 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/30/2013 | 8.43 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 10/31/2013 | 6.02 | | | | | | | | | | | | |
| | Pay Period Summary | | 18.57 | $95.64 | 0.00 | $0.00 | $95.64 | $111.76 | 207.40 | $24.30 | $231.70 | $12.48 | $32.63 | $240.03 | $12.93 |
| 6806 | Russell Rowe | 11/4/2013 | 2.88 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/6/2013 | 3.39 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/7/2013 | 4.06 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/8/2013 | 6.56 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/9/2013 | 11.08 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/10/2013 | 11.61 | | | | | | | | | | | | |
| | Pay Period Summary | | 39.58 | $203.84 | 0.00 | $0.00 | $203.84 | $162.20 | 366.04 | $54.90 | $420.94 | $10.64 | $66.94 | $432.98 | $10.94 |

EXHIBIT 26

Russell Rowe Hourly Wage Rate Calculations

| Store | Team Member | Date | Domino's Regular Hours Rate per Pay Period | Work Hours Per Day | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay Plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Russell Rowe | 11/12/2013 | | 3.49 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/13/2013 | | 2.82 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/14/2013 | | 4.97 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/15/2013 | | 4.74 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/16/2013 | | 6.31 | | | | | | | | | | | |
| | Pay Period Summary | | 22.33 | | 0.00 | $0.00 | $115.00 | $67.10 | 182.10 | $34.20 | $216.30 | $9.69 | $39.19 | $221.29 | $9.91 |
| | | | $115.00 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/23/2013 | | 8.72 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/24/2013 | | 8.37 | | | | | | | | | | | |
| | Pay Period Summary | | 17.09 | | 0.00 | $0.00 | $88.01 | $76.97 | 164.98 | $27.00 | $191.98 | $11.23 | $31.96 | $196.94 | $11.52 |
| | | | $88.01 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/25/2013 | | 7.08 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/26/2013 | | 7.47 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/27/2013 | | 5.53 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/29/2013 | | 6.03 | | | | | | | | | | | |
| 6806 | Russell Rowe | 11/30/2013 | | 9.51 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/1/2013 | | 6.24 | | | | | | | | | | | |
| | Pay Period Summary | | 40.00 | | 1.86 | $16.33 | $222.33 | $141.96 | 364.29 | $58.50 | $422.79 | $10.10 | $70.11 | $434.40 | $10.38 |
| | | | $206.00 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/3/2013 | | 3.90 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/4/2013 | | 4.47 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/5/2013 | | 7.52 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/6/2013 | | 10.29 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/7/2013 | | 12.80 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/8/2013 | | 8.80 | | | | | | | | | | | |
| | Pay Period Summary | | 40.00 | | 7.78 | $68.31 | $274.31 | $226.27 | 500.58 | $51.30 | $551.88 | $11.55 | $89.76 | $590.34 | $12.36 |
| | | | $206.00 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/9/2013 | | 5.19 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/10/2013 | | 4.51 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/11/2013 | | 7.97 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/12/2013 | | 4.01 | | | | | | | | | | | |
| | Pay Period Summary | | 21.68 | | 0.00 | $0.00 | $111.65 | $89.00 | 200.65 | $24.30 | $224.95 | $10.38 | $31.75 | $232.40 | $10.72 |
| | | | $111.65 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/17/2013 | | 7.97 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/18/2013 | | 8.49 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/19/2013 | | 5.60 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/20/2013 | | 8.98 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/21/2013 | | 9.01 | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/22/2013 | | 12.07 | | | | | | | | | | | |
| | Pay Period Summary | | 40.00 | | 12.12 | $106.41 | $312.41 | $207.84 | 520.25 | $74.70 | $594.95 | $11.42 | $88.46 | $608.71 | $11.68 |
| | | | $206.00 | | | | | | | | | | | | |

Russell Rowe Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay Plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Russell Rowe | 12/27/2013 | 2.33 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/28/2013 | 9.22 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/29/2013 | 8.54 | | | | | | | | | | | | |
| | Pay Period Summary | | 20.09 | $103.46 | 0.00 | $0.00 | $103.46 | $88.05 | 191.51 | $29.70 | $221.21 | $11.01 | $35.45 | $226.96 | $11.30 |
| 6806 | Russell Rowe | 12/30/2013 | 8.00 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 12/31/2013 | 8.58 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/1/2014 | 8.71 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/3/2014 | 9.35 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/4/2014 | 8.99 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/5/2014 | 10.92 | | | | | | | | | | | | |
| | Pay Period Summary | | 40.00 | $206.00 | 14.55 | $127.75 | $333.75 | $272.77 | 606.52 | $77.40 | $683.92 | $12.54 | $103.84 | $710.36 | $13.02 |
| 6806 | Russell Rowe | 1/6/2014 | 7.80 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/8/2014 | 7.84 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/10/2014 | 9.58 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/11/2014 | 6.52 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/12/2014 | 6.74 | | | | | | | | | | | | |
| | Pay Period Summary | | 38.48 | $198.17 | 0.00 | $0.00 | $198.17 | $182.96 | 381.13 | $57.60 | $438.73 | $11.40 | $61.81 | $442.94 | $11.51 |
| 6806 | Russell Rowe | 1/13/2014 | 7.84 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/14/2014 | 2.65 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/15/2014 | 8.57 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/16/2014 | 7.37 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/17/2014 | 6.86 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/18/2014 | 10.70 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/19/2014 | 9.90 | | | | | | | | | | | | |
| | Pay Period Summary | | 40.00 | $206.00 | 13.89 | $121.95 | $327.95 | $167.32 | 495.27 | $78.30 | $573.57 | $10.64 | $91.63 | $586.90 | $10.89 |
| 6806 | Russell Rowe | 1/20/2014 | 7.71 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/21/2014 | 8.27 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/22/2014 | 6.34 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/24/2014 | 5.50 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/25/2014 | 7.87 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/26/2014 | 3.53 | | | | | | | | | | | | |
| | Pay Period Summary | | 39.22 | $201.98 | 0.00 | $0.00 | $201.98 | $142.02 | 344.00 | $47.70 | $391.70 | $9.99 | $57.65 | $401.65 | $10.24 |

Russell Rowe Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay Plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Russell Rowe | 1/27/2014 | 3.14 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/30/2014 | 3.57 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 1/31/2014 | 6.00 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/1/2014 | 8.78 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/2/2014 | 10.42 | | | | | | | | | | | | |
| | Pay Period Summary | | 31.91 | $164.34 | 0.00 | $0.00 | $164.34 | 115.19 | 279.53 | $43.20 | $322.73 | $10.11 | $54.12 | $333.65 | $10.46 |
| 6806 | Russell Rowe | 2/3/2014 | 5.50 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/5/2014 | 5.92 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/8/2014 | 6.62 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/9/2014 | 9.05 | | | | | | | | | | | | |
| | Pay Period Summary | | 27.09 | $139.51 | 0.00 | $0.00 | $139.51 | $117.70 | 257.21 | $35.10 | $292.31 | $10.79 | $44.22 | $301.43 | $11.13 |
| 6806 | Russell Rowe | 2/12/2014 | 7.57 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/14/2014 | 7.44 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/15/2014 | 9.85 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/16/2014 | 6.85 | | | | | | | | | | | | |
| | Pay Period Summary | | 31.71 | $163.31 | 0.00 | $0.00 | $163.31 | $152.78 | 316.09 | $41.40 | $357.49 | $11.27 | $61.98 | $378.07 | $11.92 |
| 6806 | Russell Rowe | 2/21/2014 | 2.18 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/22/2014 | 6.94 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 2/23/2014 | 5.90 | | | | | | | | | | | | |
| | Pay Period Summary | | 15.02 | $77.35 | 0.00 | $0.00 | $77.35 | $99.41 | 176.76 | $21.60 | $198.36 | $13.21 | $26.72 | $203.48 | $13.55 |
| 6806 | Russell Rowe | 2/26/2014 | 5.01 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/1/2014 | 9.41 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/2/2014 | 11.88 | | | | | | | | | | | | |
| | Pay Period Summary | | 26.30 | $135.45 | 0.00 | $0.00 | $135.45 | $121.39 | 256.84 | $36.90 | $293.74 | $11.17 | $51.39 | $308.23 | $11.72 |
| 6806 | Russell Rowe | 3/5/2014 | 5.39 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/8/2014 | 5.78 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/9/2014 | 6.11 | | | | | | | | | | | | |
| | Pay Period Summary | | 17.28 | $88.99 | 0.00 | $0.00 | $88.99 | $84.62 | 173.61 | $20.70 | $194.31 | $11.24 | $22.84 | $196.45 | $11.37 |

**Russell Rowe Hourly Wage Rate Calculations**

| Store | Team Member | Date | Work Hours Per Day | Domino's Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay Plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 6806 | Russell Rowe | 3/10/2014 | 5.88 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/11/2014 | 5.05 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/14/2014 | 5.87 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/15/2014 | 10.75 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/16/2014 | 8.06 | | | | | | | | | | | | |
| | Pay Period Summary | | 35.61 | $183.39 | 0.00 | $0.00 | $183.39 | $139.10 | 322.49 | $51.30 | $373.79 | $10.50 | $57.57 | $380.06 | $10.67 |
| 6806 | Russell Rowe | 3/19/2014 | 4.68 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/22/2014 | 5.23 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/23/2014 | 10.41 | | | | | | | | | | | | |
| | Pay Period Summary | | 20.32 | $104.65 | 0.00 | $0.00 | $104.65 | $105.38 | 210.03 | $34.20 | $244.23 | $12.02 | $43.32 | $253.35 | $12.47 |
| 6806 | Russell Rowe | 3/24/2014 | 5.03 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/25/2014 | 2.56 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/28/2014 | 3.98 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/29/2014 | 8.13 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 3/30/2014 | 10.05 | | | | | | | | | | | | |
| | Pay Period Summary | | 29.75 | $153.21 | 0.00 | $0.00 | $153.21 | $114.87 | 268.08 | $43.20 | $311.28 | $10.46 | $49.31 | $317.39 | $10.67 |
| 6806 | Russell Rowe | 4/4/2014 | 8.98 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 4/5/2014 | 8.82 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 4/6/2014 | 12.48 | | | | | | | | | | | | |
| | Pay Period Summary | | 30.28 | $155.94 | 0.00 | $0.00 | $155.94 | $159.13 | 315.07 | $48.60 | $363.67 | $12.01 | $58.57 | $373.64 | $12.34 |
| 6806 | Russell Rowe | 4/7/2014 | 5.74 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 4/9/2014 | 4.76 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 4/11/2014 | 7.40 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 4/12/2014 | 7.84 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 4/13/2014 | 8.88 | | | | | | | | | | | | |
| | Pay Period Summary | | 34.62 | $178.29 | 0.00 | $0.00 | $178.29 | $156.28 | 334.57 | $53.10 | $387.67 | $11.20 | $64.25 | $398.82 | $11.52 |
| 6806 | Russell Rowe | 6/4/2014 | 2.60 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 6/6/2014 | 6.63 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 6/7/2014 | 9.50 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 6/8/2014 | 9.12 | | | | | | | | | | | | |

Russell Rowe Hourly Wage Rate Calculations

| Store | Team Member | Date | Work Hours Per Day | Domino s Regular Hours Rate per Pay Period | Overtime Hours | Overtime Pay | Domino's Total Pay (Straight plus Overtime Hours) | Tips Reported | Domino's Total Pay plus Tips Reported | Run Reimbursement for Pay Period | Total Pay Plus Run Reimbursement | Hourly Rate based on Run Reimbursement | Actual Mileage Reimbursement for Pay Period | Total Pay Plus Mileage Reimbursement | Hourly Rate based on Mileage Reimbursement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Pay Period Summary | | 26.44 | $136.17 | 0.00 | $0.00 | $136.17 | $90.84 | 227.01 | $35.10 | $262.11 | $9.91 | $38.40 | $265.41 | $10.04 |
| | | | | | | | | | | | | | | | |
| 6806 | Russell Rowe | 6/9/2014 | 5.14 | | | | | | | | | | | | |
| 6806 | Russell Rowe | 6/11/2014 | 3.29 | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |
| | Pay Period Summary | | 8.43 | $43.41 | 0.00 | $0.00 | $43.41 | $30.23 | 73.64 | $11.70 | $85.34 | $10.12 | $13.29 | $86.93 | $10.31 |
| | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | |