**Karen Loehr**
___

| | |
|---|---|
| **From:** | Megan Glass <megan109216@gmail.com> |
| **Sent:** | Tuesday, January 03, 2017 3:20 PM |
| **To:** | Karen Loehr |
| **Subject:** | Fwd: UNPAID WAGE INVESTIGATION FOR DOMINO'S "DELIVERY DRIVERS" |

---------- Forwarded message ----------
From: "Jay Forester" <forester@l-b-law.com>
Date: Jan 3, 2017 1:02 PM
Subject: UNPAID WAGE INVESTIGATION FOR DOMINO'S "DELIVERY DRIVERS"
To:
Cc:

We are writing to get your help with our ongoing minimum wage investigation we are conducting for **Delivery Drivers ("Workers")** who worked for **CSPH, Inc. ("Domino's")** at any time over the last three years.

Our unpaid wage investigation is concentrated on Workers that were paid:

**Hourly pay at below minimum wage rates ($7.25); and**

**Tips; <u>BUT</u>**

**Were required to incur various out of pocket expenses on motor vehicle insurance, uniforms, and other costs necessary to work as a Domino's delivery driver**

If this applies to you and or you may have useful information, please keep reading and help us out by contacting us about your experience at Domino's.

## <u>WHAT WE ARE INVESTIGATING</u>

Based on information from our current clients and related cases that were resolved in the workers' favor, we believe that Domino's may have failed to properly pay minimum wage rates to these Workers as required by federal law. However, we need your help to confirm whether our clients' understanding

1

APP 001

of the pay structure is correct and whether it broadly applied to other delivery drivers or, instead, was a limited practice.

## HOW TO HELP WITH THIS UNPAID WAGE INVESTIGATION

Because these potential unpaid wages mean a lot to the Domino's Workers that we are conducting this investigation for, we need to speak to you about your experience at Domino's. Specifically, we'd like to ask you a few questions about your pay and job duties to confirm the existence and scope of these practices.

A short phone call should only take 5-10 minutes, but will allow us to assess the validity and scope of an ongoing lawsuit. We invite you to help us with this investigation by responding to this email, or giving us a call or email at the following:

P: 214.749.1400

TF: 866.949.1400

E: jdbraziel@l-b-law.com   (J. Derek Braziel)

E: forester@l-b-law.com   (Jay Forester)

E: gasper@l-b-law.com (Travis Gasper)

**Who are we?** We are wage and hour lawyers that currently represent many workers in overtime and minimum wage litigation. We currently have suits against related companies, including **Pizza Hut.**

You can visit www.overtimelawyer.com to find more about our law firms and us.

**We thank you for your time and look forward to hearing from you soon.**

Respectfully,


Jay Forester

**LEE & BRAZIEL, LLP**

1801 N. Lamar St.

Suite 325

Dallas, Texas 75202

214-749-1400

214-749-1010 (fax)


www.overtimelawyer.com