# NOTICE:

# If you worked for CSPH, Inc. d/b/a "Domino's Pizza" as a Delivery Driver, you may be entitled to unpaid wages.

### Does This Affect Me?

You have been identified as an individual who worked for CSPH, Inc., as a **Delivery Driver** between May 12, 2014 and the present. If you have received this Notice, you may be affected by this lawsuit.

### What's This About?

A lawsuit was filed by former Delivery Drivers seeking to recover unpaid wages. The lawsuit claims that CSPH, Inc.'s Delivery Drivers received insufficient reimbursements to cover required expenses (such as gasoline, motor vehicle insurance, cell phone coverage, uniforms, etc.) or to provide minimum wage rates as required by federal law. CSPH Inc. denies the Delivery Drivers' claim. If you worked for CSPH, Inc. as a Delivery Driver during any week from May 12, 2014 to the present, you are eligible to join this action.

You have a choice to assert your legal rights in this case if you desire to do so. If you do not do so, you will not share in any money awarded in the case.

### What Can I Get?

If the Delivery Drivers win, they may get an amount up to two times the unpaid wages they should have received as well as attorneys' fees and costs to the Delivery Drivers' attorneys:

Lee & Braziel, LLP
CSPH, Inc. Wage & Pay Claims
1801 N. Lamar St., Suite 325
Dallas, TX  75202
info@l-b-law.com
www.overtimelawyer.com

### Can I be Retaliated Against?

*No. It is unlawful for CSPH, Inc., or your current employer to terminate your employment or take any adverse action, as defined by the law, against you, as a result of your participation in this suit.*

### How Do I Make a Claim?

If you want to join the lawsuit as a plaintiff, fill out the enclosed *Consent to Join* form and mail or fax it back. It must be mailed by **September 12, 2017**.

### What Are My Choices?

If you choose to join in this case, you will be bound by the result in this case, whether it is favorable or unfavorable. If you join the lawsuit, you will not have to pay the lawyers anything out of pocket, win or lose.

If you do not wish to join the lawsuit as a plaintiff, you are free to take action on your own or do nothing.

### Can I Get More Information?

To learn more, call the Delivery Drivers' attorneys toll free at 866-949-1400. There is no charge for the consultation and the call is confidential.

Or write to:

Lee & Braziel, LLP
CSPH, Inc. Wage & Pay Claims
1801 N. Lamar St., Suite 325
Dallas, TX  75202
Fax: 214-749-1010
info@l-b-law.com
www.overtimelawyer.com

The United States District Court in Dallas approved this Notice, but takes no position on the merits of the case.