## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| JOHN MICHAEL REDUS, on behalf of himself and others similarly-situated, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:15-cv-2364 |
| CSPH, INC. d/b/a Domino's Pizza | § § § | |
| Defendant. | § | |

## CONSENT TO JOIN LAWSUIT

I hereby consent to be a party plaintiff seeking unpaid wages and reimbursements to cover required expenses against the above-named Defendant. I have read the Notice and the criteria for joining this lawsuit. By joining the lawsuit in which this Consent is filed, I designate the Class Representative John Michael Redus and his attorneys (and other persons those individuals designate as necessary) as my representatives to make all decisions on my behalf, to the extent permitted by law, concerning the method and manner of conducting the case including settlement, the entering of an agreement with Plaintiff's counsel regarding payment of attorneys' fees and court costs, releasing of claims, and all other matters pertaining to this lawsuit. I further acknowledge that this Consent is intended to be filed to recover unpaid wages I believe I am owed by Defendant whether in the case in which this Consent is initially filed or in any subsequent action that may be filed on my behalf for such recovery. For purposes of pursuing my unpaid wage claims against Defendant, I choose to be represented by Lee & Braziel, LLP and other attorneys with whom they may associate.

_____
Signature
Date:_____

_____
Printed Name

**PLEASE PRINT OR TYPE THE FOLLOWING INFORMATION:**

**This information will NOT be made part of any public record and is necessary for your attorneys' files for litigation and possible settlement purposes.**

Name: _____

Any other Name(s) used or known by: _____

Street Address: _____

Mailing Address: _____

City, State & Zip Code: _____

Social Security No. (or last 4 digits): _____

Daytime Telephone: _____

Evening Telephone: _____

Cellular Telephone: _____

E-Mail Address: _____

Beginning Date of Employment: _____

Ending Date of Employment: _____

Average Monthly Earnings (appx): _____

City or Region Served: _____

Return this form to:

    CSPH, Inc. Wage and Pay Claims
    Lee & Braziel, LLP
    1801 N. Lamar St.
    Suite 325
    Dallas, Texas 75202
    Facsimile:  214-749-1010
    Phone:  214-749-1400
    Email: info@l-b-law.com